COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Charles Llewelyn (J)# | CASE NO: | 00-4006-BSS |
| AUSA: | Roger Stefin *present* | ATTNY: | Fred Robbins (temp) |
| AGENT: | | VIOL: | Conspiracy to PWID cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | 150,000 Corp. Surety |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

*advised of charges*

FILED ___ D.C.
JAN 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 1-28-00 | 11:00am | BSS |
| PTD/BOND HEARING: | 1-20-00 | NOON | BSS |
| PRELIM/ARRAIGN. or REMOVAL: | 1-28-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 1-18-00    TIME: 11:00am    TAPE # 00-002   PG # 7
1536-