COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Charles Llewylin (J)#          CASE NO: 00-4006-BSS
AUSA: Roger Stefin — present         ATTNY: Fred Robbins — present
AGENT:                                VIOL:
PROCEEDING: Bond Hearing             BOND REC:
BOND HEARING HELD — (yes)/no         COUNSEL APPOINTED:
BOND SET @ $100,000 PSB + $50,000 — 10% cash
CO-SIGNATURES: wife co-signs         COPY FOR JUDGE
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed / or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew
11) Travel extended to:
12) Halfway House ___ Electronic Monitoring ___

Reside at curr address, no illegal drugs or excessive alcohol.

A-USA - he may not be legally in USA

Ct. wants a better background check done — bond hrg to be re-set.

NEXT COURT APPEARANCE:    DATE:       TIME:         JUDGE:
                          1-28-00     11:00am       BSS
INQUIRY RE COUNSEL:       1-21-00     10:00am       Miami Duty
PTD/BOND HEARING:         1-28-00     11:00am       BSS
PRELIM/ARRAIGN. XXXXXXAL:
STATUS CONFERENCE:
DATE: 1-20-00             TIME: NOON   TAPE # 00-605   PG # 14
                                       973