RHS:2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6022 CR-HURLEY
21 U.S.C. §846

**MAGISTRATE JUDGE
VITUNAC**



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN.

    Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about January 13, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

1



did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with intent to distribute and to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 14, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

CHARLES LLEWLYN, ET AL           **Superseding Case Information:**

**Court Division**: (Select One)
New Defendant(s)     Yes ___   No _X_
Number of New Defendants  ___
Total number of counts    ___

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _Yes_
   List language and/or dialect  _Creole_

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_       Petty      ___
   II   6 to 10 days      ___       Minor      ___
   III  11 to 20 days     ___       Misdem.    ___
   IV   21 to 60 days     ___       Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No.  _00-4006-BSS_
Related Miscellaneous numbers: _N/A_
Defendant(s) in federal custody as of _1/14/00_
Defendant(s) in state custody as of   N/A
Rule 20 from the   N/A         District of   N/A

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

ROGER H. STEFIN
ASSISTANT U.S. ATTORNEY
FLORIDA BAR NO: 287334

*Penalty Sheet(s) attached                                REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: CHARLES LLEWLYN     Case No. _____

Count #: I

Conspiracy to distribute cocaine.

21 U.S.C. §846

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
========================================================================
Count #: II

Attempted possession of cocaine with intent to distribute.

21 U.S.C. §846

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
========================================================================
Count #:



*Max. Penalty:
========================================================================
Count #:



*Max. Penalty:
========================================================================
Count #:



*Max. Penalty:
========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: __DOUGLAS McCLOUD__    Case No._____

Count #: I_____

Conspiracy to distribute cocaine._____

21 U.S.C. §846_____

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
===============================================================================
Count #: II_____

Attempted possession of cocaine with intent to distribute._____

21 U.S.C. §846_____

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
===============================================================================
Count #:_____


*Max. Penalty:_____
===============================================================================
Count #:_____


*Max. Penalty:_____
===============================================================================
Count #:_____


*Max. Penalty:_____
===============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: __CHRISTOPHER GILBOURNE__     Case No._____

Count #: I_____

Conspiracy to distribute cocaine._____

21 U.S.C. §846_____

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
=====================================================================================
Count #: II_____

Attempted possession of cocaine with intent to distribute._____

21 U.S.C. §846_____

*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.
=====================================================================================
Count #:_____



*Max. Penalty:_____
=====================================================================================
Count #:_____



*Max. Penalty:_____
=====================================================================================
Count #:_____



*Max. Penalty:_____
=====================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:** EDWARD DANY            **Case No.** _____

**Count #:** I

Conspiracy to distribute cocaine.

21 U.S.C. §846

**\*Max Penalty:** Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.

=====================================================================

**Count #:** II

Attempted possession of cocaine with intent to distribute.

21 U.S.C. §846

**\*Max Penalty:** Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.

=====================================================================

**Count #:**



**\*Max. Penalty:**

=====================================================================

**Count #:**



**\*Max. Penalty:**

=====================================================================

**Count #:**



**\*Max. Penalty:**

=====================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name:** DORREL BRYAN          Case No._____

Count #: I

Conspiracy to distribute cocaine.

21 U.S.C. §846

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**

===============================================================================

Count #: II

Attempted possession of cocaine with intent to distribute.

21 U.S.C. §846

**\*Max Penalty: Life imprisonment with ten years' mandatory minimum; and $4,000,000 fine.**

===============================================================================

Count #:



**\*Max. Penalty:**

===============================================================================

Count #:



**\*Max. Penalty:**

===============================================================================

Count #:



**\*Max. Penalty:**

===============================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98