DEFT: Charles Llewylin (J)#
CASE NO: 00-6022-CR-Hurley ~~00-4006-LSS~~

AUSA: Roger Stefin *present*
ATTNY: ~~Fred Robbins~~ /Alan Ross/ *standing in (not able to retain)*

AGENT: ___
VIOL: ___

PROCEEDING: Inquiry re Counsel/~~Prelim~~/Arraignment/Bond HRG
BOND REC: PSB + 10%

BOND HEARING HELD - yes /(no)
COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS:

REC'D by INTAKE ___ D.C.  JAN 3 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

FILED by ___ D.C.  JAN 28 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

*Phil Horowitz*

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

1 - sworn for Counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: ~~NO~~/(BOND HEARING): | 2-4-00 | 9:30 | AEV/WPB |
| PRELIM/ARRAIGN. OR REMOVAL: STATUS CONFERENCE: | 2-28-00 | 9:00am | AEV/WPB |

DATE: 1-28-00    TIME: 11:00am    TAPE # 00-010  PG # 3338-3404
Recall 00-011 708-905