UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO.: 00-6022-CR-HURLEY

CHARLES LLEWLYN,

                                 Magistrate Judge Vitunac

    Defendant.

_____/

### NOTICE OF APPEARANCE

COMES NOW Philip R. Horowitz, Esquire, 12651 South Dixie Highway, Suite #328, Miami, Florida 33156 and pursuant to the Criminal Justice Act as set forth in 18 U.S.C. § 3006A and files this his notice of appearance as court appointed attorney of record for the Defendant, CHARLES LLEWLYN.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of January, 2000 to: ROGER STEFFIN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to all counsel of record.

                                          Respectfully submitted,

                                          LAW OFFICES OF PHILIP R. HOROWITZ
                                          Court Appointed Attorney for the
                                             Defendant LLEWLYN
                                          Suite #328 - Southpark Centre
                                          12651 South Dixie Highway
                                          Miami, Florida 33156
                                          Tel.: (305) 232-1949
                                          Fax.: (305) 232-1963

                                          By: PHILIP R. HOROWITZ, ESQUIRE
                                          Florida Bar No.: 466557