FILED by ____ D.C.
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

REC'D by ____ D.C.
INTAKE
____ 0 ; 2000
CLERK U.S. DIST. CT.
S. D. OF FLA. - W.F.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-Hurley

UNITED STATES OF AMERICA

vs

Charles Llewlyn

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on  1-28-00  , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: In Custody

                    Telephone: ____

DEFENSE COUNSEL:   Name: Phil Horowitz

                    Address: ____

                    Telephone: ____

BOND SET/CONTINUED:  $ PSB % 10% Requested

Bond hearing held: yes ____  no  X   Bond hearing set for 2-4-00

Dated this  28  day of  January , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No.  00-010

cc: Clerk for Judge
    U. S. Attorney

