# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 02/04/2000   TIME: 9:30 AM

DEFT. CHARLES LLEWLYN (J) ✓   CASE NO. 00-6022-CR-HURLEY/VITUNAC

AUSA. *Janice LeClainette* ROGER STEFIN   ATTY. PHIL HOROWITZ (CJA) ✓

AGENT. _____   VIOL. 21:846

PROCEEDING   BOND HEARING   BOND. $150,000 RECOMMENDED

DISPOSITION: Bond held

Deft present with counsel & proffers evidence

Parties agree to a $100,000 CSB w/ Nebbia

Court sets bond @ $100,000 CSB w/ Nebbia further hearing will be required.

Court orders PTS to clear up discrepancy in PTS report & that Supervisor be made aware of discrepancy.

DATE: 2-4-00   TAPE: AEV 00-10-303