UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CASE NO. 00-6022-CR-HURLEY

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,
    Defendants.
_____/



## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** come before the court upon its own motion. Accordingly, it is

**ORDERED** and **ADJUDGED** as follows:

### Time & Location

1. Unless instructed otherwise by subsequent order, all proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. Counsel for all parties shall attend a status conference on **Monday, February 28, 2000,** at **9:10 a.m.** It shall be Plaintiff's duty to notify any defendant not currently represented by counsel of this status conference. Counsel should notify the Courtroom Deputy immediately of any errors or omissions in the service list set forth below.

### Telephonic Conference

3. Counsel may attend the status conference by general conference call placed through an operator-assisted service. Arrangements should be made at least **48 hours in advance** with the Courtroom Deputy (561/803-3452).



4. At the status conference, counsel for the Government shall prepare and serve on opposing counsel a calculation of elapsed and remaining time for speedy trial.

5. At the status conference, counsel for each party shall submit a list of motions now pending before the court. Counsel shall be prepared to argue, at the court's discretion, the merits of all nonevidentiary motions. (Please provide a copy of cited cases.).

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of February, 2000.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Roger H. Stefin
Philip R. Horowitz, Esq.
AFPD Daryl E. Wilcox
Arthur E. Marchetta, Jr., Esq.
Paul McKenna, Esq.