# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/28/00   TIME: 10:00 AM   *10:30 am*

DEFT. 1) CHARLES LLEWLYN (J)             CASE NO. 00-6022-CR-HURLEY
        (Defendant not needed)

AUSA. ROGER STEFIN                        ATTY. PHILIP HOROWITZ

AGENT.                                    VIOL. CONSP/PWID COCAINE
                                                21:846

PROCEEDING STATUS RE: DISCOVERY           BOND.

DISPOSITION: Transcripts of tapes will be provided by Government.

Estimated trial time - 5 days.

DATE: 2/28/00.        TAPE: LRJ-00- 15-142