TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __CHARLES LLEWLYN__

CASE NO. __00-6022-_____CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __February 28, 2000__.

The parties report as follows

_____ There are no pending motions for pre-trial determination

_XX_ The following motions are pending before the assigned Magistrate Judge:

   __Discovery motions filed by a co-defendant__

   __are pending.__

   _____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

   _____

   _____

   _____

_____ There are no discovery problems.

_____ The case is likely to settle by plea.(**It's too early to ascertain whether the case will plea**)

_____The case is ready for trial and not likely to settle by plea.

_XX_ The parties estimate trial will take __5___ days to complete.

_XX_ Other comments: **The Government has not produced the tape transcripts but is in the process of doing so.**

Respectfully submitted,

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE



cc: District Judge
    U.S. Attorney's Office
    Defendant