UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      CASE NO. 00-6022-CR-HURLEY

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY,
DORREL BRYAN,
    Defendants.
_____/



## ORDER SETTING TRIAL DATE & ESTABLISHING PRETRIAL PROCEDURES

**THIS CAUSE** was before the court at a status conference on February 28, 2000. Counsel representing the parties were present and the proceedings were court reported. The court being fully informed, it is

**ORDERED** and **ADJUDGED** as follows:

1. Unless instructed otherwise by subsequent order, all proceedings in this case shall be conducted in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. This case is set for trial on a calendar commencing on **May 1, 2000.**

3. A calendar call will be conducted on **Friday, April 21, 2000, at 1:30 p.m.** in courtroom 5 at the U.S. Courthouse. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the calendar call by general conference call.

4. At the calendar call, counsel for each party shall provide the court, and serve on opposing counsel, a list of proposed voir dire questions, proposed jury instructions and all motions in limine



with accompanying memoranda. (Please provide a copy of cited cases.)

**THE COURT FINDS** that the period of delay resulting, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. 3161 et seq. A continuance has been granted to permit defense counsel to prepare an effective defense. Therefore, the court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant with regard to a speedy trial pursuant to 18 U.S.C. 3161.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _5th_ day of March, 2000.

**copy furnished:**
AUSA Roger H. Stefin
Philip R. Horowitz, Esq.
Russell Rosenblum, Esq.
David P. Rowe, Esq.
Arthur E. Marchetta, Jr., Esq.
Paul A. McKenna, Esq.

Daniel T. K. Hurley
United States District Judge