UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by **HW** D.C.
MAY 11 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA

vs                                        CASE NO. _00-6022-CR-Hurley_
                                                   _(Middlebrooks)_

_CHARLES LLEWLYN_

CHANGE OF PLEA

On _5-11-00_ he above named defendant appeared in person in person before the **Honorable Donald M. Middlebrooks** with _Philip Horowitz_ counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) _One_ of the indictment/information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon

( ) The Court proceeded to pronounce sentence. (See J& C)
(✓) The Court postponed sentencing until _8/9/00 @ 4:30 pm_
( ) The Defendant was allowed to remain on present bond until time of sentencing.
(✓) The Defendant was remanded to custody of the Marshal.
( ) The Defendant was remanded to the custody of the Marshal until bond in the amount of _____ is posted.

deputy clerk _JOYCE WALDEN_
Court Reporter _ROGER WATFORD_

\* Court defers adjudication of guilty until time of sentencing.

Rec'd in MIA Dkt 5/18