UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CASE NO. 00-6022-CR-HURLEY

CHARLES LLEWLYN,
DOUGLAS McCLOUD,
CHRISTOPHER GILBOURNE,
EDWARD DANY,
DORREL BRYAN,
    Defendants.
_____/

FILED by _____ D.C.
MAY 15 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF TRANSFER

THIS CAUSE is before the court sua sponte. It is

ORDERED and ADJUDGED that the above-captioned case be transferred to the calendar of the Honorable Donald M. Middlebrooks for all proceedings. Further, It is

ORDERED and ADJUDGED that all pleadings hereinafter filed pertaining to the above-named defendants shall bear the following case number: 00-6022-CR-MIDDLEBROOKS, indicating the judge to whom the pleadings should be routed or otherwise brought for attention.

DATED and SIGNED in Chambers at West Palm Beach, Florida, this 9th day of May, 2000.

Daniel T. K. Hurley
United States District Judge

**ORDER OF TRANSFER**
**Case No. 00-6022-Cr-Hurley**
=========================================================

        THE FOREGOING transfer is herewith accepted, this _____ day of May, 2000.

                                                                             Donald M. Middlebrooks

**copy furnished:**
AUSA Roger H. Stefin
Philip R. Horowitz, Esq.
Russell Rosenblum, Esq.
David P. Rowe, Esq.
Arthur E. Marchetta, Jr, Esq.
Paul McKenna, Esq.
Clerk of Court (ATTN: Lucy Lara)

                                        United States District Judge