UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CR-HURLEY

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
CHARLES LLEWLYN, ET AL. )
)
        Defendants )
_____)

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the United States of America, through the undersigned Assistant United States Attorney, files its Proposed Voir Dire Questions and respectfully requests the Court to include in its voir dire the following proposed questions in addition to all questions normally asked by the Court. The government also respectfully requests leave to tender supplemental questions should the situation warrant it.

                          Respectfully submitted,

                          THOMAS E. SCOTT
                          UNITED STATES ATTORNEY

By: _____
     ROGER H. STEFIN,
     ASSISTANT UNITED STATES ATTORNEY
     500 E. Broward Blvd., STE.700
     Fort Lauderdale, Florida 33394
     Telephone: (954) 356-7255 ex. 3558

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

1. Have you, or has any relative or close friend of yours ever been a victim of a crime?
    a. If so, was the case investigated by the police?
    b. Were you satisfied by the manner in which the investigation was handled?
    c. Would anything about that experience prevent you from serving as a fair juror in this case?
2. Have you ever been a witness in a criminal or civil case?
    A. If yes, what were circumstances?
    b. Testify at a trial or deposition?
3. Have you ever been involved in a civil law suit?
    a. If so, please explain the circumstances.
    b. Was the dispute resolved to your satisfaction?
    c. If not, explain.
    d. Would anything about that experience prevent you from serving as a fair juror in this case?

4. Have you, or family member or close friend ever been arrested or charged with a crime?
    a. If so, what was the nature of the offense and its outcome?

   b. Do you think that the police and prosecution officials handled the matter properly?

   c. Do you feel that you (or relative) was treated fairly and properly by the criminal justice system?

   d. Do you believe that this experience might affect your ability to be a fair and impartial juror in this case?

5. Have you, family member or close friend ever been involved in a dispute with the Federal government or any agency of the federal government?

  a. What were the details and how was the dispute resolved?

6. As a result of recent news events in Miami, or for any other reason, do any of you have any strong feelings against the United States Department of Justice, the United States Attorney's Office or the Drug Enforcement Administration (DEA)?

  a. If yes, what are those feelings? Can you set those feelings aside in considering the evidence in this case?

7. Do any of you have any moral, religious, personal or philosophical beliefs that would make it difficult for you to be a juror,- such as the belief that you cannot "sit in judgment" of another person?

8. Having heard all the questions posed so far, can you think of any reason that would affect your ability to be fair and impartial in this case?

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Government's Proposed Voir Dire Questions was delivered this 11th day of May, 2000 to all counsel of record.

_____
ROGER H. STEFIN
Assistant United States Attorney

RHS:2

*Court Exh. 1?*
*Redacted*
*Indictment*
*used by*
*deliberating*
*Jury.*
*Joyce.*
*Thanks.*



... on or about January 13, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

1

MAY 1 9 2000

Rec'd in MIA Dkt _____

**COURT EXHIBIT**

CASE NO. _____

EXHIBIT NO. 1

did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with intent to distribute and to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 14, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CHRISTOPHER GILBOURNE,
EDWARD DANY, and
DORREL BRYAN,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
UNITED STATES ATTORNEY

3