UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 AUG -7 PM 1:02

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO.: 00-6022-CR-MIDDLEBROOKS

CHARLES LLEWLYN,

                                 Magistrate Judge Vitunac

    Defendant.

_____/

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant CHARLES LLEWLYN by and through his undersigned counsel and moves this Court for the entry of an order continuing the sentencing in this matter and in support thereof would state as follows:

1. That on May 11, 2000 this Defendant pled guilty to Count I of the indictment which generally charged him with conspiracy to possess with the intent to distribute cocaine.

2. That currently, sentencing is set in this matter for **Wednesday, August 9, 2000** at 4:30 p.m. in Miami.

3. Due to extensive research and a recent trial that consumed the time of defense counsel, on August 2, 2000 the objections to the presentence investigation report (hereinafter "PSI") were forwarded to the probation office.

4. On Saturday, August 5, 2000 counsel for the Defendant received a copy of a revised PSI and addendum thereto. The crux of the PSI is that now, according to probation, the Defendant is a career offender whose guidelines have more than doubled since the prior PSI. The probation office has discovered what appears to be an identical second conviction of the defendant under another name

in the State of New Jersey.

5. Counsel and the Defendant have yet to review the revised PSI as it was just received Saturday morning and there are extensive supplementary objections that now need to be prepared including those under the recent United States Supreme Court case of <u>Apprendi vs. New Jersey</u>, 2000 WL 807189 (2000) which prior to the revisions was not applicable.

6. Furthermore, negotiations are continuing in the Defendant's other pending federal case in Western District of North Carolina towards resolution via Rule 20.

7. Therefore, it is respectfully requested that the sentencing in this matter be continued for at least thirty (30) days.

8. That in light of this motion be mailed on Saturday, August 5, 2000 (and within one hour of receipt of the revised PSI) the undersigned has not had the opportunity under Local Rule 88.9 to discuss this matter with Assistant United States Attorney Roger Steffin and therefore cannot represent the Government's view.

WHEREFORE, the Defendant CHARLES LLEWLYN respectfully requests that this Court enter an order continuing the sentencing in this case as requested.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of August, 2000 to: ROGER STEFFIN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MS. SHEILA TIERNEY, United States Probation Officer, 501 South Flagler Drive, Suite

#400, West Palm Beach, FL 33401.

                      Respectfully submitted,

                      LAW OFFICES OF PHILIP R. HOROWITZ
                      Attorney for Defendant LLEWLYN
                      Suite #328 - Southpark Centre
                      12651 South Dixie Highway
                      Miami, Florida 33156
                      Tel.: (305) 232-1949
                      Fax.: (305) 232-1963

                      By: PHILIP R. HOROWITZ, ESQUIRE
                      Florida Bar No. 466557