SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT _Charles Hewlyn_   CASE # _00-6022 CR_

Deputy Clerk _Joyce Walden_   JUDGE _Middlebrooks_

Court Reporter _Roger Watford_   DATE _9-6-00_

AUSA _Roger Stefin_   USPO _Theresa Bradman_

   Deft's Counsel _Philip Horowitz_

COUNTS DISMISSED _____

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until _9/27/00_ at _5:00_ AM/**PM**

## JUDGMENT AND SENTENCE

| | Imprisonment | Years | Months | Counts |
|---|---|---|---|---|
| | | ___ | ___ | _____ |
| | | ___ | ___ | _____ |
| | | ___ | ___ | _____ |

FILED by ____ D.C.
SEP 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Supervised Release _____

___

| | Probation | Years | Months | Counts |
|---|---|---|---|---|
| | | ___ | ___ | _____ |
| | | ___ | ___ | _____ |

Comments _____

Assessment $_____   Fine $_____

Restitution /Other _____

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

147