UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO.: 00-6022-CR-MIDDLEBROOKS

CHARLES LLEWLYN,
                                   Magistrate Judge Vitunac

    Defendant.
_____/

## MOTION TO WITHDRAW AND TO APPOINT COUNSEL
## FOR APPELLATE PURPOSES

COMES NOW the undersigned court appointed counsel for the Defendant CHARLES LLEWLYN and moves this Court for the entry of an order allowing him to withdraw as counsel of record for appeal for the Defendant and to appoint appellate counsel for the Defendant and as grounds therefore would state as follows:

1. That on January 28, 2000 the undersigned counsel was appointed pursuant to the Criminal Justice Act as counsel of record for this Defendant by United States Magistrate Judge Barry S. Seltzer.

2. On May 11, 2000, the Defendant entered a guilty plea before this Court in West Palm Beach pursuant to a written agreement with the Government.

3. On September 6, 2000 this Court denied defense counsel's *ore tenus* motion to continue the sentencing to allow continued negotiations to resolve the Defendant's pending case in the Western District of North Carolina.

4. After the denial of the motion, the lion's share of the defendant's sentencing was held. The Court ruled upon each and

SCANNED
LAW OFFICES OF PHILIP R. HOROWITZ

every objection except for the Defendant's second supplemental objection to the PSI challenging a qualifying prior conviction in the State of New Jersey.

5. Based on the arguments and the positions of the parties, the court continued the sentencing until Wednesday, September 27, 2000 at 5:00 p.m. solely to allow probation to check once again with the State of New Jersey as to whether the defendant had pled guilty and was convicted of the offense charged there in 1993 or 1994.

6. On September 13, 2000 the undersigned received correspondence from the defendant, which, without attempting to violate the attorney/client privilege, has necessitated that the Defendant be appointed other counsel for appeal.

7. In light of the foregoing, this Defendant has an absolute right to appeal under 18 U.S.C. §3742 and has expressed his desire to appeal and on September 27, 2000, after sentencing, the appropriate notice of appeal will be filed with the Clerk of Court should the defendant remain desirous of such an appeal.

8. Prior to his arraignment, the defendant was found indigent by United States Magistrate Judge Barry S. Seltzer and based on his presentence investigation report, the Defendant's clearly appears to be in a worse financial position than when he was first arrested.

9. Therefore, it is respectfully requested that appellate counsel be appointed pursuant to the Criminal Justice Act for appellate purposes. Current counsel pledges to fully cooperate

with newly appointed counsel should this motion be granted.

WHEREFORE, the undersigned counsel for the Defendant CHARLES LLEWLYN respectfully requests that the Court enter an order granting this motion and allowing him to withdraw as counsel of record for the Defendant and to appoint appellate counsel for him.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of September, 2000 to: ROGER STEFFIN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant LLEWLYN
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557