UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs

CHARLES LLEWYLN                   CASE NO. 00-6022-CR-MIDDLEBROOKS

    Defendant.

_____/

FILED by ___ D.C.
SEP 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

## ADDENDUM TO CERTIFIED LETTER SENT TO COURT ON SEPTEMBER 13,2000 AND SUBSEQUENT MOTION TO ASSIGN NEW COUNSEL

**COMES NOW** DEFENDANT CHARLES LLEWYLN Pro Se moves this Court to vacate plea to the above captioned Indictment as to other stated reasons previously and in addition the claim of ineffective assistance of counsel and to duly re appoint counsel from the Criminal Justice Act as to the foregoing reasons so stated as follows;

1. Failure to provide Defendant with copy of Indictment, not with standing repeated request.

2. Failure to provide Defendant with complete discovery to so enable Defendant to make rationale decision, not with standing repeated requests.

3. Failure to interview co-defendants to ascertain any theory of defense.

4. Failure to properly explain the **"mens rea"** element of the crime to so enable Defendant to ascertain if he was indeed guilty as a matter of law, thus making any plea not knowingly and voluntary. **Gaddy,**780 F2d 943-44 (citation omitted)& **Stano v Dugger** 921 F2d 1125,1142 (11th Cir. 1991) (en banc).

5. Failure to properly investigate Defendant background to ascertain if Defendant was career offender. **U.S. Davis** 47 F3d 1515 (11th Cir. 1995).

6. Failure to file motion as requested when Defendant found out perjured testimony was used to secure his arrest and subsequent Indictment by which actions would deprive Defendant of his liberty through capricious prosecution.

7. Defendant construed from counsel instruction one had to plead guilty to cooperation and without any definitive plea agreement been negotiated.

"Whilst none of the above factors is controlling in itself taken in the aggregate, shows an interlocking intent of "clear ineffectiveness". Defendant prays this court will enter such an order to vacate his plea and so preserve Defendants constitutional rights under the constitution amendment of the United States.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this day the 19th of September, 2000 to: Honorable Judge DONALD M. MIDDLEBROOKS, 301 N. Miami Ave. Miami, Florida 33128, ROGER STEFFIN, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33101.

    Respectfully Submitted,

    CHARLES LLEWYLN,
    Reg # 60206-004
    F.D.C. - Miami
    P.O. Box 019120
    Miami, Florida 33101