UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN,

    Defendant(s).

_____/

FILED by _____ D.C.
SEP 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion to Withdraw Guilty Plea, filed September 27, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED, for the reasons stated on the record at the sentencing hearing.

DONE AND ORDERED at Miami, Florida, this 28 day of September, 2000.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Philip Horowitz, Esq.
    Roger Stefin, AUSA
    Charles Llewlyn, defendant

