SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _OO-6022-CR_

DEFENDANT _Charles Llewtyn_     JUDGE _Middlebrooks_

Deputy Clerk _Ilene Walden_     DATE _9-27-00_

Court Reporter _Roger Watford_     USPO _Sara Garcia_

AUSA _Peter Outerbridge for_     Deft's Counsel _Philip Horowitz_
_Roger Stefin_

_____ & COUNTS DISMISSED _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ____/___/____ at _____ AM / PM

FILED by _____ D.C.

SEP 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ___ | 110 | ___ |
| | ___ | | ___ |

Supervised Release _3 yrs_ _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |

Comments _(deportation tag)_ _____

Assessment $ _100_     Fine $ _No fine imposed_

Restitution /Other _____

### CUSTODY

✓ appeal    Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ____/___/____

Commitment Recommendation: _____
_____
_____

_Court grants defts m/withdraw & appoint
new cnsl for purposes of appeal._

167/WC