

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN,

    Defendant.
_____/

ORDER

THIS CAUSE has come before the Court on the Defendant's Motion to Withdraw and to Appoint Counsel for Appellate Purposes, filed September 15, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is GRANTED. Further, the Court hereby relieves Philip Horowitz, Esquire as counsel of record, and Mark G. Hanson, Esquire, 2530 SW 3rd Avenue, Suite 102, Miami, Florida 33129, telephone no.: (305) 285-0816, appointed to represent the aforementioned defendant for purposes of the appeal.

DONE AND ORDERED at Miami, Florida, this 28 day of September, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  Philip Horowitz, Esq.
     Mark Hanson, Esq.
     Roger Stefin, Esq.
     Charles Llewlyn, defendant
     Clerk of Court (Appeals Section)