October, 1st, 2000

(Miami, Florida)

Clerk Of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

301 N.Miami Avenue

Miami, Fl.33128



RE CASE NO.00-6022-CR- MIDDLEBROOKS

Dear Sir, Madam;

    I forward the following Pro Se Motion to be so filed with the Court as indicative of my notice to appeal Judgement that was so rendered against me on September 27,2000, by the Honorable Judge MIDDLEBROOKS, the Defendant has previously been adjudge indigent by magistrate Judge Barry Seltzer on Janurary 28,2000. At time of sentence the Defendant was represented by counsel, Mr. Philip Horowitz Esg. who since has filed a motion to be so removed as counsel for appellate purposes, the Defendant been yet to be re appointed counsel ,in the interest of caution,hence the Defendant seeks to file this notice of appeal as to decisions rendered against said Defendant on September 27,2000.,

Thanks kindly for your assistance in filing said notice as indicated in a timely manner.

                          Respectfully submitted,

                          CHARLES LLEWYLN

                          Reg #60206-004

                          F.D.C-Miami

                          P.o Box 019120

                          Miami, Florida

                          33101



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

Vsb                                                   CASE    NO.00-6022-Cr-MIDDLEBROOKS

CHARLES LLEWYLN

_____/

**NOW COMES** the Defendant CHARLES LLEWYLN, **Pro Se,** and respectfully gives notice of his appeal pursuant to the Rules governing such conduct. The Defendant was sentenced to a term of 110 months on September 27,2000, over the denial of Defendants Motion to withdraw his plea on various grounds,and to proceed to trial. The Defendant hereby certify that this notice was done in a timely manner pursuant to the Rules governing Federal Criminal Procedure.

**Certificate of Service**

I Hereby Certify that a true and correct copy of the foregoing was deposited in mail box at the Federal Detention Center for delivery via United States mail to the following. This day October 1st,2000.

1. **Honorable Judge Donald M. Middlebrooks, District Court Judge for the Southern District Of Florida,** 301 N. Miami Avenue, 6th Floor, Miami,Florida 33128.

2. Mr. Roger Steffin Esq. Assistant United States Attorney, 500 East Broward Blvd.,Suite #700, Ft.Lauderdale Florida 33301.

3. Clerk of Court for the Southern District Of Florida, Miami Division,301 N.Miami Avenue, Miami,Florida 33128.

cc/Defendants File

Respectfully submitted,

CHARLES LLEWYLN
F.D.C.-Miami
Reg#60206-004
P.o Box 019120
Miami,Fl.33101