UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWYLN,

    Defendant(s).

_____/

FILED by _____ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Pro Se Renewed Motion for Withdrawal of Plea, filed October 3, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this ___4___ day of October, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Charles Llewlyn, defendant
    Mark Hanson, Esq.
    Roger Stefin, AUSA
    Clerk of Court (Appeals Section)

