UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Vs                                    CASE NO. 00-6022-CR-MIDDLEBROOKS

CHARLES LLEWYLN

    Defendant



_____/

## DEFENDANTS PRO SE MOTION FOR RETURN OF PROPERTY

**NOW COMES** the Defendant CHARLES LLEWYLN, Pro Se, respectfully Moves this Court pursuant to the rules governing such conduct for the return of his property forthwith, or in the alternative a trial to contest such forfeitures, which was taken from his person and vehicle on January 13,2000. i.e (two set of cash #1757, #9000, keys, wallet, diary and $10 English pound).



## AFFIDAVIT IN SUPPORT

ON January 13, 2000, the Defendant was arrested via a "reverse sting" drug conspiracy, the sums of $1757, $9000 U.S.currency and $10 English pound along with other items were confiscated. Sometime there after the Defendant received notice of the intended seizure of such funds by the Drug Enforcement Administration, by then attorney at record MR PHILIP HOROWITZ ESQUIRE, said attorney ask Defendant how to proceed, the Defendant informed Mr. Horowitz Esq., of his intention to contest such forfeiture both orally and correspondence via U.S mail, Mr. Horowitz Esq.,informed the Defendant that such request was made by him, this fact is confirmed by correspondence from Mr.Horowitz to the Defendant, as such the Defendant would contend that he satisfied the requirement of giving his notice to contest such forfeiture. The deprivation of such monetary instrument is causing great economic hardship on Defendant family which comprises of three children, common law wife and mother 70 years of age, of whom I am the only child. As such the Defendant seeks such an order for the return of his property forthwith, as evident by the underlying action surrounding his case, Defendant money was not been used to further any criminal enterprise or was been used illicitly, the confiscated funds were derived from legitimate sources. The Defendant prays this Court will enter such an order for the return of his property or in the alternative a hearing to contest such forfeiture. The Defendant responsibility to his family is not severed by his current incarceration under litigation.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to, Honorable Judge MIDDLEBROOKS, United States District Court, 301 N. Miami ave. Miami, Fl. 33128. Mr.ROGER STEFFIN ESQ. of the United States Attorney office 500 East Broward Blvd. Ft. Lauderdale Florida 33301. Clerk of the Court, United States District Court for the Southern District of Florida.   *October 4th 2000*

 Respectfully submitted,
 CHARLES LLEWYLN
 F.D.C-Miami
 *Llewyln, Reg # 60206-004*
 P.o Box 019120
 Miami,florida
 33101-9120

*cc/ Llewyln's File*