UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN,

    Defendant(s).
_____/



FILED by _____ D.C.
OCT 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE

Upon consideration, the undersigned United States District Judge hereby refers the Defendant's Pro Se Motion for Return of Property, filed October 10, 2000, to the Honorable Ted E. Bandstra, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED at Miami, Florida, this _10_ day of October, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Honorable Ted E. Bandstra
       Charles Llewlyn, pro se defendant
       Roger Stefin, AUSA

