UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

CHARLES LLEWYLN,

    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court on Defendant's Pro Se Motion for Return of Property filed on October 10, 2000. This motion having been referred to the undersigned, and the United States having filed no response thereto, it is hereby

ORDERED that the United States shall file a written response to Defendant's Pro Se Motion for Return of Property (D.E. 176) within ten (10) days of the date of this Order.

DONE AND ORDERED, in Chambers, at Miami, Florida this 17th day of October, 2000.

                                      TED E. BANDSTRA
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Donald M. Middlebrooks

Charles Leewyln, pro se
F.D.C. - Miami - #60206-004
P.O. Box 019120
Miami, Florida 33101-9120

Roger Steffin, AUSA

