RHS:rhs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS
MAGISTRATE JUDGE BANDSTRA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHARLES LLEWLYN, et al., | ) |
| Defendants | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## PRO SE MOTION FOR RETURN OF PROPERTY

The United States of America files this response to defendant Charles Llewlyn's Pro Se Motion for Return of Property and states:

1. On or about October 4, 2000, the defendant filed a motion seeking the return of property - approximately $10,757 in cash - which was seized from him at the time of his arrest on January 14, 2000.

2. In his motion, the defendant claims he was notified of a forfeiture action instituted by the DEA and asked his attorney to contest such forfeiture.

3. No such contest of the forfeiture action was made. Instead, there being no objection or claim filed, the DEA forfeited said property on August 1, 2000. (See attached exhibits 1 and 2).



Wherefore, the United States requests that defendant's Pro Se Motion for Return of Property be denied.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of October, 2000 to: Charles Lllewyln, Reg no. #60206-004, F.D.C. Miami, P.O. Box 019120, Miami, FL 33101-9120.

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY



**U.S. Department of Justice**

Drug Enforcement Administration

---

```
Asset ID: 00-DEA-373969      Case #: GS-00-0057
Asset Description: $1,736.00 U.S. Currency

Seizure Date: 01/14/00       Seizure Value: $1736.00
Seizure Place: Sunrise, FL
Owner Name: Charles LLEWYLN
Seized From: Charles LLEWYLN
Judicial District: Southern District of Florida
```

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 20 days from the date of first publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient probable cause to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

_____
Senior Attorney
Asset Forfeiture Section

8-1-00
Date

cc: DEA/DO: MIAMI
    DEA/RO: FT. LAUDERDALE
    USMS: MIAMI

DEA.294 (JUNE 99)

TC
BY: MARIE J.     AD CODE #: 559






U. S. Department of Justice

Drug Enforcement Administration

Washington, D.C. 20537

Asset ID: 00-DEA-373966   Case #: GS-00-0057
Asset Description: $9,000.00 U.S. Currency

Seizure Date: 01/14/00   Seizure Value: $9000.00
Seizure Place: Sunrise, FL
Owner Name: Charles LLEWYLN
Seized From: Charles LLEWYLN
Judicial District: Southern District of Florida

# DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 20 days from the date of first publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient probable cause to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

_____
Senior Attorney
Asset Forfeiture Section

5-31-00
Date

cc: DEA/DO: MIAMI
    DEA/RO: FT. LAUDERDALE
    USMS: MIAMI

DEA.294 (JUNE 99)

BY: BYG   AD CODE #: 548

GOVERNMENT EXHIBIT 2