UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

CHARLES LLEWYLN,

    Defendant.
_____/



## ORDER

THIS CAUSE is before the Court on Defendant's <u>Pro Se</u> Motion for Return of Property (D.E. 176) filed on October 10, 2000. Reviewing this motion, the government's response thereto, the Court file and applicable law, it is hereby

ORDERED AND ADJUDGED that Defendant's <u>Pro Se</u> Motion for Return of Property is DENIED, the Court finding that no claim contesting forfeiture was ever made by this defendant or any other person or party on his behalf within twenty (20) days after publication of seizure as required by 19 U.S.C. § 1607.

Defendant shall have leave, within ten (10) days of the date of this Order, to refile this motion with proof of a claim being filed for the subject property within



the allowable time period.

DONE AND ORDERED, in Chambers, at Miami, Florida this 2d day of November, 2000.

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Donald M. Middlebrooks

Charles Llewyln, pro se
F.D.C. - Miami - #60206-004
P.O. Box 019120
Miami, Florida 33101-9120

Roger Steffin, AUSA