1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF FLORIDA
          WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA     )  CASE NO. 00-6022-CR
                             )  West Palm Beach, Florida
                             )  May 11, 2000
              vs.            )  8:30 a.m.
                             )
                             )
CHARLES LLEWLYN,             )
                             )
              Defendant.     )
_____)


         TRANSCRIPT OF CHANGE OF PLEA HEARING
    BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
           UNITED STATES DISTRICT JUDGE



APPEARANCES:

For The Government:    Roger A. Stefin, Esq.
                       Assistant U.S. Attorney
                       West Palm Beach, Florida


For The Defendant:     Philip R. Horowitz, Esq.
                       Attorney-At-Law
                       West Palm Beach, Florida


Court Reporter:        Roger Watford, RPR/CM
                       Official Court Reporter
                       Miami, Florida
```

FILED by __ D.C.
APPEAL
NOV 17 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI