```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION


UNITED STATES OF AMERICA   )    CASE NO. 00-6022-CR
                           )    Miami, Florida
                           )    September 6, 2000
            vs.            )    4:30 p.m.
                           )
                           )
CHARLES LLEWLYN,           )
                           )
            Defendant.     )
_____)
```

FILED by _____ D.C.
APPEAL
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
              TRANSCRIPT OF SENTENCING HEARING
       BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Government:      Roger Stefin, Esq.
                         Assistant U.S. Attorney
                         Miami, Florida


For The Defendant:       Philip Horowitz, Esq.
                         Attorney-At-Law
                         Miami, Florida


Court Reporter:          Roger Watford, RPR/CM
                         Official Court Reporter
                         Miami, Florida
```