1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6022-CR |
| | ) | Miami, Florida |
| | ) | September 27, 2000 |
| vs. | ) | 4:00 p.m. |
| | ) | |
| | ) | |
| CHARLES LLEWLYN, | ) | |
| | ) | |
| Defendant. | ) | |

FILED by _____ D.C.
APPEAL
NOV 17 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF CONTINUED SENTENCING HEARING
BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For The Government:     Peter Outerbridge, Esq.
                        Assistant U.S. Attorney
                        Miami, Florida

For The Defendant:      Philip Horowitz, Esq.
                        Attorney-At-Law
                        Miami, Florida

Court Reporter:         Roger Watford, RPR/CM
                        Official Court Reporter
                        Miami, Florida