CJA 24
(REV. 7/95)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. FLST200054?

1. JURISDICTION
   1. ☐ MAG. JUDGE
   2. ☒ DISTRICT
   3. ☐ APPEALS
   4. ☐ OTHER

2. MAG. JUDGE DOCKET NO.

PAID BY MKC — 11/22/00

3. DISTRICT DOCKETING NO.: 00-6022-CR-DMM
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/CIRCUIT): SOUTHERN DIST FLA

ACCTG. CLASS. NOS.

6. IN THE CASE OF: UNITED STATES vs. CHARLES LLEWLYN

7. PERSON REPRESENTED: CHARLES LLEWLYN
8. LOCATION/ORGANIZATION CODE: FLSXX

DATE PAID: 11/22/00

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY):
DIRECT APPEAL FROM JUDGMENT OF CONVICTION & SENTENCE

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

(1) ENTRY OF PLEA ON 5-11-2000   (2) SENTENCING ON 9-6 & 9-27-00

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: [signature]   DATE: 10-6-2000
PRINTED NAME OF ATTORNEY: MARK HANSON   PHONE NUMBER: 305-285-0816
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signature]
DATE: 10/1/00

13. SPECIAL AUTHORIZATIONS

A. Apportion ____ % of transcript with ____

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act.

FILED by ___ D.C.
CT. REP.
NOV 27 2000
CLARENCE MADDOX
S.D. OF FLA.

14. JUDGE'S INITIALS
14. A.
14. B.
14. C.
14. D.

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official   ☐ Contract   ☐ Transcriber   ☐ Other

16. FULL NAME OF PAYEE: Roger Whitford

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE):
Rm. 617
301 N. Miami Ave.
Miami, Fl. 33128

19. TELEPHONE NO. AREA CODE (305) NUMBER 523-5548

20. TRANSCRIPT

| | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-67 | 67 | $3.00 | $201.00 | $ | $201.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | DEA 200 filed 11-17-00 | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION: [signature Roger Whitford]   DATE: 11-17-00

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT: [signature Myrna McKinney]   DATE: 11/22/00

23. TOTAL CLAIMED: $201.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signature]   DATE: 11/__/00

25. AMT. APPROVED: $201.00

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT