UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWLYN,

    Defendant.
_____/



## ORDER

THIS CAUSE came before the Court on Defendant's [Charles Llewlyn's] Motion for Relief of Order by Magistrate Judge Ted E. Bandstra received by the Court on or about December 10, 2000. Reviewing this motion, and finding that it seeks relief from the Order of the undersigned dated November 2, 2000, and further finding that this motion has not been properly filed with the Clerk of Court, it is hereby

ORDERED AND ADJUDGED as follows:

a. Defendant's Motion for Relief from Order [Etc.] is DENIED, the Court continuing to find that defendant Charles Llewlyn has not filed a proper claim contesting forfeiture of the monies referred to in his motion as required by 19 U.S.C. § 1607. Accordingly, defendant has no basis to request the return of such monies from this Court by letter, motion, or any other communication with the Court.

b. Defendant is ordered to seek no further relief from this Court except as provided by law with respect to the subject monies.

DONE AND ORDERED in Chambers, at Miami, Florida this 18th day of December, 2000.

```
                                    _____
                                    TED E. BANDSTRA
                                    UNITED STATES MAGISTRATE JUDGE
```

Copies furnished to:

Honorable Donald M. Middlebrooks
Charles Llewlyn, pro se