December 28, 2000
(Asheville, NC)

Honorable Judge Donald M Middlebrooks,
United States District Court,
301 N. Miami Ave, 6th Floor,
Miami, Florida 33128

00-6022-CR-Middle
Motion for Extension
of Time to file No.

Re. FORFEITURE CLAIM

FILED by _____ D.C.
JAN 02 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Honorable Judge;

Belated seasons greeting extended to you and your staff. Recently I submitted to you a letter seeking an appeal based on the Magistrate Judge ruling in which the opportunity to appeal his decision was missed due to my change of address. However, realizing that time limits are mandatory and jurisdictional — which is to say they are etched in stone.

Accordingly the district Court may upon a showing of "excusable neglect," extend the time for an additional thirty days to aid the Court I rely on United States v Reyes, F.2d 351, 353-54 (4th cir 1985). Furthermore a letter filed by incarcerated prisoner can be a valid notice of appeal Fed. R. App. P. 3 if it (1) notifies the court that an appeal is taken and (2) notifies the party opposites. Smith v Barry, U.S. 244, 248 (1992); Coppedge v United States, 369 U.S. (1962). The Defendant advocates he satisfy these criteria

Miss Campbell (fiancee) informed me she had requested also your intervention in reference to her innocent owner claim. Your intervention was sought by her after submitting motion for appropriate relief to the magistrate judge without a response.

The court response to our contention is eagerly awaited and appreciated.

Respectfully submitted,

Charles Okorough
[illegible]
BCDF
20 [illegible]
[illegible]