UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWYLN,

    Defendant(s).

_____/



## ORDER

THIS CAUSE has come before the Court upon the Defendant's Letter Re: Forfeiture Claim, filed January 2, 2001. The Court construes the aforementioned letter as a Letter/Motion for Extension of Time to File a Notice of Appeal. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this __3__ day of January, 2001.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  Charles Llewlyn, pro se defendant
    Roger Stefin, AUSA

