FILED by_____ D.C.
APPEAL

MAR 0 8 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:     3/8/01

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:     District Court No:  00-06022-CR  -  DMM

           U.S.C.A. No:   00-15230-F

           Style:  UKSA V. LLEWLYN

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

**Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:**

____1____ Volume(s) of pleadings

____3____ Volume(s) of Transcripts

____X____ Exhibits: ____0____ boxes; ____0____ folders;

                    ____0____ envelopes;  ____1____ PSIs (sealed)

                    ☐ other: _____

                    ☐ other: _____

☒ Other:  **PLEASE SEE USCA#. s 00-14903-F & 00-13377-F**
          **FOR TRANSCRIPTS OF CO-DEFENDANT's**

Sincerely,

Clarence Maddox, Clerk of Court

By: *Patrice L. Christian*

           **Deputy Clerk**

Attachment                                          S/F A-15
c: court file                                       Rev. 10/94

═══════════════════════════════════════════════════

☒ **301 N. Miami Avenue**      ☐ **299 E. Broward Boulevard**     ☐ **701 Clematis Street**
   **Miami, Fl 33128-7788**       **Ft. Lauderdale, Fl 33301**        **West Palm Beach, Fl 33401**
        **305-523-5080**               **954-769-5413**                   **561-803-3408**



                                                        AEV      CLOSED
                                                        APPEAL

                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6022-ALL

USA v. Llewlyn                                      Filed: 01/25/00

Other Dkt # 0:00-m -04006

Case Assigned to:  Judge Donald M. Middlebrooks

CHARLES LLEWLYN (1)              Philip Robert Horowitz
aka                               [term  09/28/00]
Charles Llewylin                FTS 232-1963
     defendant                  [COR LD NTC ret]
     [term  09/28/00]           Philip R. Horowitz
                                12651 South Dixie Highway
                                Suite 328, Southpark Centre
                                Miami, FL 33156
                                305-232-1949

                                Mark Graham Hanson
                                305-285-0816
                                Suite 102
                                [COR LD NTC cja]
                                2530 SW 3rd Avenue
                                Miami, FL 33129-2034


Pending Counts:                      Disposition

21:846=CD.F CONSPIRACY          Imprisonment for a term of 110
DISTRIBUTE CONTRL SUBST         months.  Supervised release
(1)                             for a period of 3 years.
                                Assessment of $100.00.
                                (1)

Offense Level (opening): 4


Terminated Counts:                   Disposition

21:841A=CD.F CONTROLLED SUBST   Dismissed
SELL/DISTR/DISPENSE             (2)
(2)

Offense Level (disposition): 4

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
by
                    Deputy Clerk
Date  3/8/01

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL


Complaints                          Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================

Case Assigned to:  Judge Donald M. Middlebrooks

DOUGLAS MCCLOUD (2)                  Public Defender
      defendant                      [term  02/01/00]
   [term  09/07/00]                  FTS 356-7556
                                     [COR LD NTC pda]
                                     Daryl Elliott Wilcox
                                      [term  02/01/00]
                                     [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     101 NE 3rd Avenue
                                     Suite 202
                                     Fort Lauderdale, FL 33301-1145
                                     954-356-7436

                                     Leon Watts
                                      [term  02/24/00]
                                     Below Address Terminated on 11/15/00
                                     FTS 833-0368
                                     [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     400 Australian Avenue N
                                     Suite 300
                                     West Palm Beach, FL 33401-5634
                                     561-833-6288

                                     Russell Karl Rosenthal
                                      [term  09/07/00]
                                     FTS 856-8056
                                     305-857-9220
                                     Suite D207
                                     [COR LD NTC cja]
                                     1925 Brickell Avenue
                                     Miami, FL 33129

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL
```

Pending Counts:                    Disposition

```
21:846=CD.F CONSPIRACY        Imprisonment for a term of 88
DISTRIBUTE CONTRL SUBST       months.  Supervised release
(1)                          for a period of 5 years.
                             Assessment of $100.00.
                             (1)
```

Offense Level (opening): 4

Terminated Counts:                 Disposition

```
21:841A=CD.F CONTROLLED SUBST  Dismissed
SELL/DISTR/DISPENSE            (2)
(2)
```

Offense Level (disposition): 4

Complaints                         Disposition

```
21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]
```

========================

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL
```

Case Assigned to: Judge Donald M. Middlebrooks

CHRISTOPHER GILBOURNE (3) ,          Abe Anselheart Bailey
PRISONER # (not listed) DOB:          [term  09/07/00]
(not listed) Place: Kingston,         FTS 653-5286
Jamaica                               305-653-8860
     defendant                        5th Floor
  [term  09/07/00]                    [COR LD NTC cja]
                                      18350 NW 2nd Avenue
                                      Miami, FL 33169

                                      David Patrick Rowe
                                       [term  09/07/00]
                                      305-412-0059
                                      Suite 105-A
                                      [COR LD NTC tmp]
                                      18800 NW 2nd Avenue
                                      Miami, FL 33169

Pending Counts:                            Disposition

21:846=CD.F CONSPIRACY              Imprisonment for a term of 160
DISTRIBUTE CONTRL SUBST             months as to each of Counts    1
(1)                                 and 2, to be served
                                    concurrently.  Supervised
                                    release as   to each of Counts
                                    1 and 2, to be served
                                    concurrently.       Assessment
                                    of $200.00.
                                    (1)

21:841A=CD.F CONTROLLED SUBST       Imprisonment for a term of 160
SELL/DISTR/DISPENSE                 months as to each of Counts    1
(2)                                 and 2, to be served
                                    concurrently.  Supervised
                                    release as   to each of Counts
                                    1 and 2, to be served
                                    concurrently.       Assessment.
                                    of $200.00.
                                    (2)

Offense Level (opening): 4

Terminated Counts:

    NONE

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                CLOSED APPEAL


Complaints                              Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================

Case Assigned to:  Judge Donald M. Middlebrooks

EDWARD DANY (4)                    Abe Anselheart Bailey
     defendant                      [term  10/27/00]
  [term  10/27/00]                 FTS 653-5286
                                   305-653-8860
                                   5th Floor
                                   [COR LD NTC cja]
                                   18350 NW 2nd Avenue
                                   Miami, FL 33169

                                   Steven Hunter Kassner
                                    [term  10/27/00]
                                   FTS 461-2998
                                   305-461-2744
                                   Suite 303
                                   [COR LD NTC cja]
                                   815 Ponce De Leon Boulevard
                                   Coral Gables, FL 33134

                                   Arthur Elliot Marchetta, Jr.
                                    [term  09/05/00]
                                   954-566-9889
                                   Suite 401
                                   [COR LD NTC ret]
                                   Galleria Professional Building
                                   915 Middle River Drive
                                   Fort Lauderdale, FL 33304

Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY             Seventy-eight (78) months
DISTRIBUTE CONTRL SUBST            imprisonment; 3 years
(1)                               supervised   release, $100
                                   assessment
                                   (1)


Offense Level (opening): 4

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL


Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                              Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================

Case Assigned to:  Judge Donald M. Middlebrooks

DORREL BRYAN (5) , DOB:           Paul A. McKenna
unknown Prisoner # 60205-004       [term  08/10/00]
     defendant                    FTS 373-2040
  [term  10/27/00]                [COR LD NTC ret]
                                  McKenna & Obront
                                  200 S Biscayne Boulevard
                                  Suite 2940
                                  Miami, FL 33131
                                  305-373-1040

                                  James Scott Benjamin
                                   [term  10/27/00]
                                  FTS 779-1771
                                  [COR LD NTC cja]
                                  Benjamin & Aaronson
                                  One Financial Plaza
                                  Suite 1615
                                  Fort Lauderdale, FL 33394-2843
                                  954-779-1700


Pending Counts:                        Disposition

21:846=CD.F CONSPIRACY           Eighty-seven (87) months
DISTRIBUTE CONTRL SUBST          imprisonment; 3 years
(1)                              supervised    release; $100
                                 assessment.
                                 (1)


Docket as of March 8, 2001 8:22 am              Page 6

```
Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL
```

Offense Level (opening): 4


Terminated Counts:                    Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                            Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]


U. S. Attorneys:

  Roger Harris Stefin, AUSA
  FTS 356-7336
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 803-3469
  561-803-3460
  [COR LD NTC]
  Pretrial Services Office
  701 Clematis Street
  Room 221
  West Palm Beach, FL 33401
  561-803-3460

  Probation Officer
  FTS 655-1049
  561-804-6894
  [COR LD NTC]
  United States Probation Office
  501 S Flagler Drive
  Suite 400
  West Palm Beach, FL 33401-5912
  561-804-6894

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

1/15/00   --        ARREST of Charles Llewylin, Douglas McCloud, Christopher
                    Gilbourne, Edward Dany, Dorrel Bryan, Howard Beckford
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/15/00   1         COMPLAINT as to Charles Llewylin, Douglas McCloud,
                    Christopher Gilbourne, Edward Dany, Dorrel Bryan, Howard
                    Beckford
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   2         ORDER on Initial Appearance as to Douglas McCloud Bond set
                    to No Bond earing-Stipulated $250,000 CSB w/nebbia for
                    Appointment of Public Defender Arraignment set for 11:00
                    1/28/00 before Magistrate Barry S. Seltzer, , ( Signed
                    by Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   3         ORDER on Initial Appearance as to Charles Llewylin Bond set
                    to $150,000 Corp. Surety recommended for Charles Llewylin.
                    Arraignment set for 11:00 1/28/00 for Charles Llewylin ;
                    Report re counsel set for 11:00 1/28/00 for Charles
                    Llewylin ;   before Magistrate Barry S. Seltzer, ,  (
                    Signed by Magistrate Barry S. Seltzer  on 1/18/00)  Tape #
                    00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   4         ORDER on Initial Appearance as to Dorrel Bryan Bond set to
                    $100,000 PSB/ $25,000-10% Cash Arraignment set for 11:00
                    1/28/00 ; Report re counsel set for 11:00 1/28/00 before
                    Magistrate Barry S. Seltzer, , ( Signed by Magistrate
                    Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   5         ORDER on Initial Appearance as to Christopher Gilbourne
                    Bond set to $150,000 Corp. Surety Requested for Christopher
                    Gilbourne.   Arraignment set for 11:00 1/28/00 for
                    Christopher Gilbourne ; Report re counsel  and bond hearing
                    set for 11:00 1/21/00 for Christopher Gilbourne ; before
                    Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                    Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   7         Minute of Initial Appearance held on 1/18/00 before
                    Magistrate Barry S. Seltzer  as to Dorrel Bryan ; Atty.
                    Paul McKenna temporarily retained, $100,000 PSB-$25,000-10%
                    Cash, IRC/arraignment 1/28/00. Court Reporter Name or Tape
                    #: 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   8         Minute of Initial Appearance held on 1/18/00  before
                    Magistrate Barry S. Seltzer  as to Charles Llewylin ; Atty.
                    Fred Robbins temporarily retained, IRC/arraignment 1/28/00,
                    bond hearing 1/20/00. Court Reporter Name or Tape #: 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                           CLOSED APPEAL
```

1/18/00   9      Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Douglas McCloud ; FPD
                 appointed, no bond hearing held, both sides stipulate to a
                 $250,000 Corp. surety bond with a nebbia. arraignment set
                 1/28/00. Court Reporter Name or Tape #: 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   10     Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Christopher Gilbourne ;
                 Defendant advised of charges, will hire an atty., IRC/bond
                 hearing set 1/21/00, arraignment 1/28/00. Court Reporter
                 Name or Tape #: 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   11     Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Edward Dany ; Defendant
                 advised of charges, CREOLE INTERPRETER ORDERED, will be
                 brought back tomorrow when Interpreter available,
                 arraignment set 1/28/00. Court Reporter Name or Tape #:
                 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   13      PERSONAL SURETY BOND entered by Dorrel Bryan  in  Amount $
                 100,000   Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing;  Full-time
                 employment;  Avoid victims/witnesses;  No firearms/weapons;
                  Curfew from: 11:00 pm to 6:00 am  Additional conditions:
                 no excessive alcohol no illegal drugs.
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   14     Minute of initial appearance held on 1/19/00  before
                 Magistrate Barry S. Seltzer  as to Edward Dany ; Tape #:
                 00-003
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   15     INTERPRETER required for Edward Dany   Language: Creole
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   16     ORDER on Initial Appearance as to Edward Dany Pretrial
                 Detention Requested . Detention hearing set for 10:00
                 1/24/00 ; Preliminary examination set for 11:00 1/28/00 ;
                 before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-003 CCAP
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   17      10% BOND entered by Dorrel Bryan  in  Amount $ 25,000
                 Receipt # 401 518336   Approved by Magistrate Barry S.
                 Seltzer .
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL

1/19/00   18    CJA 20 as to Edward Dany : Appointment of Attorney Abe
                Anselheart Bailey ( Signed by Magistrate Barry S. Seltzer
                on 1/19/00) Voucher# 0859519
                [ 0:00-m -4006 ] (dd) [Entry date 01/19/00]

1/19/00   19    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Douglas McCloud
                [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/19/00   20    NOTICE of Assignment of Assistant Public Defender for
                Douglas McCloud . Terminated attorney Public Defender for
                Douglas McCloud AFPD Daryl Elliott Wilcox assigned.
                [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/20/00   21    Minute of Bond Hearing held on 1/20/00  before Magistrate
                Barry S. Seltzer  as to Charles Llewylin ; THere was a
                question about the defendant's INS status so the hearing
                was continued until 1/21/00 in MIAMI (at the special
                request of BSS). Court Reporter Name or Tape #: 00-005
                [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/20/00   --    Bond hearing as to Charles Llewylin  set for 10:00 1/21/00
                for Charles Llewylin   before Duty Magistrate in Miami
                [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/21/00   22    REPORT Commencing Criminal Action as to Dorrel Bryan  DOB:
                unknown  Prisoner # 60205-004
                [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/21/00   25    Minute of inquiry re cnsl/bond hearing held on 1/21/00
                before Magistrate Barry S. Seltzer  as to Christopher
                Gilbourne ;   Tape #: 99-006
                [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/24/00   26    Minute of Pretrial Detention Hearing held on 1/24/00
                before Magistrate Barry S. Seltzer  as to Edward Dany ;
                Parties stipulated to 200,000 CSB w/Nebbia with both sides
                reserving the right to proceed with a PTD hearing at a
                later date. Tape #: 00-006
                [ 0:00-m -4006 ] (pb) [Entry date 01/24/00]

1/24/00   27    REPORT Commencing Criminal Action as to Christopher
                Gilbourne  DOB: none given  Prisoner # none given
                [ 0:00-m -4006 ] (dd) [Entry date 01/25/00]

1/25/00   28    INDICTMENT as to Charles Llewlyn (1) count(s) 1, 2, Douglas
                McCloud (2) count(s) 1, 2, Christopher Gilbourne (3)
                count(s) 1, 2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan
                (5) count(s) 1, 2 (Criminal Category 1) (Preliminary
                Examination cancelled.) (pb) [Entry date 01/26/00]

1/25/00   --    Magistrate identification:  Magistrate Judge Ann E. Vitunac
                (pb) [Entry date 01/26/00]                  Begin Vol. 1

Docket as of March 8, 2001 8:22 am                  Page 11

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                 CLOSED APPEAL

1/26/00  29    NOTICE of Temporary Appearance for Christopher Gilbourne by
               Attorney David Patrick Rowe (pa) [Entry date 01/27/00]

1/28/00  30    Minute of IRC held on 1/28/00  before Magistrate Barry S.
               Seltzer  as to Charles Llewlyn ;  Court Reporter Name or
               Tape #: 00-010 3338-3404 recall 00-011 708-905 (kw)
               [Entry date 01/31/00]

1/28/00  31    Minute of IRC/arraignment held on 1/28/00  before
               Magistrate Barry S. Seltzer  as to Dorrel Bryan ;  Court
               Reporter Name or Tape #: 00-011 10-170 (kw)
               [Entry date 01/31/00]

1/28/00  32    Minute of arraignment held on 1/28/00  before Magistrate
               Barry S. Seltzer  as to Douglas McCloud ;  Court Reporter
               Name or Tape #: 00-011 10219 (kw) [Entry date 01/31/00]

1/28/00  33    Minute of arraignment held on 1/28/00  before Magistrate
               Barry S. Seltzer  as to Edward Dany ; Tape #: 00-010 10-375
               (kw) [Entry date 01/31/00]            *Vol. 1 Cont'd*

1/28/00  34    Minute of IRC held on 1/28/00  before Magistrate Barry S.
               Seltzer  as to Christopher Gilbourne ; Tape # 00-011 10-100
               00-011 950-1000 1286-1400 (kw) [Entry date 01/31/00]

1/28/00  35    NOTICE of Appearance for Edward Dany by Attorney Arthur
               Elliot Marchetta Jr. (kw) [Entry date 01/31/00]

1/28/00  36    NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
               McKenna (kw) [Entry date 01/31/00]

1/28/00  37    ORDER RE: STATUS CONFERENCE SPEEDY TRIAL AND PRETRIAL
               MATTERS as to Charles Llewlyn, Douglas McCloud, Christopher
               Gilbourne, Edward Dany, Dorrel Bryan  set status
               conference for 9:30 2/28/00 for Charles Llewlyn, for
               Douglas McCloud, for Christopher Gilbourne, for Edward
               Dany, for Dorrel Bryan  before Magistrate Ann E. Vitunac
               ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
               [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

1/28/00  38    STANDING DISCOVERY ORDER as to Charles Llewlyn, Douglas
               McCloud, Christopher Gilbourne, Edward Dany, Dorrel Bryan
               all motions concerning matters not covered by this order
               must be filed within 28 days of this order ( Signed by
               Magistrate Barry S. Seltzer on 1/28/00)  CCAP (kw)
               [Entry date 01/31/00]

1/28/00  39    ORDER on partial indigency for appointment of counsel and
               distribution of available funds as to Christopher Gilbourne
               ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
               [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

1/28/00   43     ARRAIGNMENT INFORMATION SHEET for Christopher Gilbourne (3)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00   44     ARRAIGNMENT INFORMATION SHEET for Edward Dany (4) count(s)
                 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (pa) [Entry date 02/01/00]

1/28/00   45     ARRAIGNMENT INFORMATION SHEET for Douglas McCloud (2)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00   46     ARRAIGNMENT INFORMATION SHEET for Dorrel Bryan (5) count(s)
                 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (pa) [Entry date 02/01/00] *Vol. 1 Cont'd*

1/28/00   47     ARRAIGNMENT INFORMATION SHEET for Charles Llewlyn (1)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/31/00   40     NOTICE of Appearance for Charles Llewlyn by Attorney Philip
                 Robert Horowitz (pa) [Entry date 02/01/00]

1/31/00   41     CJA 20 as to Charles Llewlyn : Appointment of Attorney (
                 Signed by Magistrate Barry S. Seltzer  on 1/31/00 Nunc Pro
                 Tunc Date 1/28/00) (pa) [Entry date 02/01/00]

1/31/00   42     CJA 20 as to Christopher Gilbourne : Appointment of
                 Attorney Abe Anselheart Bailey ( Signed by Magistrate Barry
                 S. Seltzer  on 1/31/00 Nunc Pro Tun Date 1/28/00) (pa)
                 [Entry date 02/01/00]

2/1/00    48     NOTICE of Assignment of Assistant Public Defender for
                 Douglas McCloud. Terminated attorney Daryl Elliott Wilcox
                 for Douglas McCloud AFPD Leon Watts assigned. (pa)
                 [Entry date 02/02/00]

2/3/00    49     NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                 McKenna (pa) [Entry date 02/03/00]

2/4/00    50     Minute of Bond Hearing held on 2/4/00  before Magistrate
                 Ann E. Vitunac as to Charles Llewlyn; Tape #: AEV00-10-303
                 (pa) [Entry date 02/04/00]

2/4/00    --     Bond hearing as to Charles Llewlyn  held (pa)
                 [Entry date 02/04/00]

2/7/00    51     ORDER SETTING STATUS CONFERENCE: ORDER as to Charles
                 Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                 Dany, Dorrel Bryan set status conference for 9:10 2/28/00
                 before Judge Daniel T. K. Hurley (Signed by Judge T. K.
                 Hurley on 2/4/00) CCAP [EOD Date: 2/7/00] CCAP (pa)
                 [Entry date 02/07/00]

Docket as of March 8, 2001 8:22 am                          Page 13

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

2/11/00   53      NOTICE of Appearance for Christopher Gilbourne by Attorney
                  David P. Rowe Esq. (pa) [Entry date 02/15/00]

2/11/00   54      NOTICE of filing the attached letter to the legal
                  Department, Federal Detention Center, Miami, by Christopher
                  Gilbourne (pa) [Entry date 02/15/00]

2/14/00   (52)    RESPONSE to Standing Discovery Order by USA  as to Charles
                  Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                  Dany, Dorrel Bryan (pa) [Entry date 02/14/00]

2/16/00   56      MOTION by Christopher Gilbourne for disclosure of of
                  existence of confidential informers (at)
                  [Entry date 02/22/00]                      *Vol. 1 Cont'd*

2/18/00   55      MOTION by Christopher Gilbourne for disclosure of giglio
                  materials (kw) [Entry date 02/18/00]

2/18/00   57      MOTION by Christopher Gilbourne for giglio materials (pa)
                  [Entry date 02/23/00]

2/22/00   58      MOTION by Douglas McCloud for Leon Daniel Watts to
                  withdraw as attorney (pa) [Entry date 02/23/00]

2/24/00   59      ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
                  McCLOUD: ORDER as to Douglas McCloud granting [58-1] motion
                  for Leon Daniel Watts to withdraw as attorney (Terminated:
                  attorney Leon Watts). New counsel shall be appointed by
                  separate order (Signed by Magistrate Ann E. Vitunac on
                  2/24/00) CCAP [EOD Date: 2/24/00] CCAP% (pa)
                  [Entry date 02/24/00]

2/25/00   60      MOTION by Edward Dany for disclosure of existence of
                  confinential informers (pa) [Entry date 02/28/00]

2/25/00   61      MOTION by Edward Dany for giglio materials (pa)
                  [Entry date 02/28/00]

2/25/00   62      MOTION by Edward Dany to reduce Bond, for Evidentiary
                  Hearing on [62-1] motion for reduction of bond (pa)
                  [Entry date 02/28/00]

2/28/00   (63)    Minute of Status Re: Discovery held on 2/28/00  before
                  Magistrate Linnea R. Johnson as to Charles Llewlyn; Tape #:
                  LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --      Status conference as to Charles Llewlyn  held (pa)
                  [Entry date 02/28/00]

2/28/00   64      Minute of Status RE: Discovery held on 2/28/00  before
                  Magistrate Linnea R. Johnson as to Dorrel Bryan; Tape #:
                  LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --      Status conference as to Dorrel Bryan  held (pa)

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

                    [Entry date 02/28/00]

2/28/00   65    Minute of Status Re: Discovery held on 2/28/00  before
                Magistrate Linnea R. Johnson as to Douglas McCloud; Tape #:
                LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Douglas McCloud  held (pa)
                [Entry date 02/28/00]

2/28/00   66    Minute of Status Conference Re: Discovery held on 2/28/00
                before Magistrate Linnea R. Johnson as to Christopher
                Gilbourne;  Tape #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Christopher Gilbourne  held (pa)
                [Entry date 02/28/00]

2/28/00   67    Minute of Status Re:Discovery held on 2/28/00  before
                Magistrate Linnea R. Johnson as to Edward Dany;  Court Tape
                #: LRJ-00-15-142 (pa) [Entry date 02/28/00]     *Vol. 1 Cont'd*

2/28/00   --    Status conference as to Edward Dany  held (pa)
                [Entry date 02/28/00]

2/28/00   68    ORDER as to Christopher Gilbourne, there are pending
                motions. It is too early to determine whether or not the
                case will plead. The parties estimate trial will take 5
                days to complete. The government is preparing transcript of
                conversations (Signed by Magistrate Linnea R. Johnson on
                2/28/00) CCAP [EOD Date: 2/29/00] (pa) [Entry date 02/29/00]

2/28/00   69    ORDER as to Douglas McCloud, there are pending motions. It
                is too early to determine whether or not the case will
                plead. The parties estimate trial will take 5 days to
                complete. The government is preparing transcripts but has
                not completed them. (Signed by Magistrate Linnea R. Johnson
                on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00] [Edit date 02/29/00]

2/28/00   70    ORDER as to Dorrel Bryan, Motions are pending. It is to
                early to ascertain whether a plea is likely. The parties
                estimate trial will take 5 days. The government has not
                produced transcripts of tapes (Signed by Magistrate Linnea
                R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00]

2/28/00   (71)  ORDER as to Charles Llewlyn, Motions pending. It is too
                early to ascertain whether the case will plea. The parties
                estimate trial will take 5 days. The Goverment has not
                produced the tape trascripts  (Signed by Magistrate Linnea
                R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

2/28/00   72     ORDER as to Edward Dany, there are pending motions. It is
                 too early to ascertain whether the case will plea. The
                 parties estimate trial will take 5 days. The Goverment has
                 not produced the tape trascripts but is in the process of
                 doing so (Signed by Magistrate Linnea R. Johnson on
                 2/28/00) CCAP [EOD Date: 2/29/00] CCAP※ (pa)
                 [Entry date 02/29/00]

2/28/00   --     Status conference as to Christopher Gilbourne, Douglas
                 McCloud, Dorrel Bryan, Charles Llewlyn, Edward Dany  held
                 (pa) [Entry date 02/29/00]

2/28/00   --     Status conference as to Charles Llewlyn, Douglas McCloud,
                 Christopher Gilbourne, Edward Dany, Dorrel Bryan  held (pa)
                 [Entry date 03/06/00]                      *Vol. / Cont'd*

3/1/00    73     NOTICE of Appearance for Christopher Gilbourne by Attorney
                 David P. Rowe (pa) [Entry date 03/01/00]

3/6/00    74     ORDER SETTING TRIAL DATE & ESTABLISING PRETRIAL PROCEDURES:
                 ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                 Gilbourne, Edward Dany, Dorrel Bryan set Jury trial for
                 5/1/00 before Judge Daniel T. K. Hurley, set calendar
                 call for 1:30 4/21/00 before Judge Daniel T. K. Hurley,
                 to Continue in Interest of Justice (Signed by Judge
                 Daniel T. K. Hurley on CCAP [EOD Date: 3/6/00] CCAP※ (pa)
                 [Entry date 03/06/00]

3/6/00    75     ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT
                 OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS: ORDER as to
                 Christopher Gilbourne vacating [39-1] order ( Signed by
                 Magistrate Barry S. Seltzer on 3/6/00) CCAP [EOD Date:
                 3/7/00] CCAP※ (pa) [Entry date 03/07/00]

3/7/00    76     NOTICE of Hearing as to Edward Dany: Motion hearing before
                 Magistrate Ann E. Vitunac set for 9:30 3/13/00 for [62-1]
                 motion to reduce Bond,and for [62-2] motion for Evidentiary
                 Hearing on [62-1] motion for reduction of bond (pa)
                 [Entry date 03/07/00]

3/7/00    77     RESPONSE by USA  as to Christopher Gilbourne; Edward Dany
                 re [61-1] motion for giglio materials (pa)
                 [Entry date 03/07/00]

3/7/00    78     CJA 20 as to Douglas McCloud : Appointment of Attorney
                 Russell Karl Rosenthal ( Signed by Magistrate Ann E.
                 Vitunac on 3/7/00) (pa) [Entry date 03/08/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

3/17/00  (79)      ORDER as to Christopher Gilbourne, Edward Dany, Charles
                   Llewlyn denying [55-1] motion for disclosure of giglio
                   materials as to Christopher Gilbourne (3), denying [56-1]
                   motion for disclosure of of existence of confidential
                   informers as to Christopher Gilbourne (3), denying [60-1]
                   motion for disclosure of existence of confinential
                   informers, denying [61-1] motion for giglio materials as to
                   Edward Dany (4) (Signed by Magistrate Ann E. Vitunac on
                   3/17/00) CCAP [EOD Date: 3/17/00] CCAP (pa)
                   [Entry date 03/17/00]

3/17/00  80        NOTICE of Hearing as to Edward Dany : Motion hearing
                   before Magistrate Ann E. Vitunac set for 9:30 3/29/00 for
                   [62-1] motion to reduce Bond, for [62-2] motion for
                   Evidentiary Hearing on [62-1] motion for reduction of bond
                   (pa) [Entry date 03/17/00]                    *Vol. / Cont'd*

3/29/00  81        Minute of Motion to Reduce Bond held on 3/29/00 before
                   Magistrate Ann E. Vitunac as to Edward Dany; Court set bond
                   at $50,000 Corporate Surety Bond with Nebbia. Conditions to
                   be set at Nebia. Tape #: AEV00-21-890/1744 (pa)
                   [Entry date 03/29/00]

3/29/00  --        Motion hearing  as to Edward Dany re: [62-1] motion to
                   reduce Bond. Motion hearing held  before Magistrate Ann E.
                   Vitunac (pa) [Entry date 03/29/00]

4/7/00   82        NOTICE of Hearing as to Edward Dany: set Nebbia Hearing
                   for 10:00 4/11/00 for Edward Dany  before Magistrate Ann E.
                   Vitunac (pa) [Entry date 04/07/00]

4/11/00  83        Minute of Nebbia Hearing held on 4/11/00  before Magistrate
                   Ann E. Vitunac as to Edward Dany;  Bond set at $50,000 CSB.
                   Tape #: AEV00-25-1009 (pa) [Entry date 04/11/00]

4/11/00  84        Exhibit and Witness List, as to Edward Dany (pa)
                   [Entry date 04/11/00]

4/12/00  85        CORPORATE SURETY BOND entered by Edward Dany, in  Amount $
                   50,000. Approved by Magistrate Ann E. Vitunac. Surrender
                   passports/travel documents; Report to PTS as follows: 1X
                   per week by phone & in person as directed. Random urine
                   testing; Full-time employment; 40 Hours per week-verified
                   by PTS> Avoid victims/witnesses; No firearms/weapons;
                   Additional conditions: Reside at current address, do not
                   move without Court's permission, no drugs/Narcotics, do not
                   violate any other laws, not to be in an airplane or the
                   highways, travel restricted to S/D of Florida. (pa)
                   [Entry date 04/12/00]

4/19/00  86        UNOPPOSED MOTION by Dorrel Bryan to continue trial (pa)
                   [Entry date 04/20/00]

4/20/00  87        UNOPPOSED MOTION by Edward Dany to continue trial (pa)

Docket as of March 8, 2001 8:22 am                      Page 17

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL

                    [Entry date 04/20/00]

4/21/00   88    ORDER DENYING MOTION FOR CONTINANCE:ORDER as to Dorrel
                Bryan denying [86-1] motion to continue trial (Signed by
                Judge Daniel T. K. Hurley on 4/20/00) CCAP [EOD Date:
                4/24/00] CCAP (pa) [Entry date 04/24/00]

4/27/00   89    ORDER DENYING MOTION TO CONTINUE:ORDER as to Edward Dany
                denying [87-1] motion to continue trial (Signed by Judge
                Daniel T. K. Hurley on 4/26/00) CCAP [EOD Date: 4/27/00]
                CCAP (pa) [Entry date 04/27/00]

5/8/00    90    NOTICE of Hearing as to Douglas McCloud :  set Change of
                Plea Hearing for 3:00 6/2/00 for Douglas McCloud    before
                Judge Daniel T. K. Hurley (pa) [Entry date 05/08/00]

5/9/00    91    Requested Voir Dire Questions by Dorrel Bryan (pa)
                [Entry date 05/10/00]                  *Vol. 1 Cont'd*

5/11/00   92    Minute of Jury Trial, Jury Impaneled, Voir Dire Begins held
                on 5/11/00 before Judge Donald M. Middlebrooks as to
                Christopher Gilbourne, Edward Dany, Dorrel Bryan ;
                Continued to 9:30 5/15/00; Court Reporter Name or Tape #:
                Roger Watford (nt) [Entry date 05/15/00]

5/11/00   --    Voir dire begun as to Christopher Gilbourne (3) count(s) 1,
                2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan (5) count(s)
                1, 2 (nt) [Entry date 05/15/00]

5/11/00   --    Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (nt) [Entry date 05/15/00]

5/11/00   --    Change of Plea Hearing as to Charles Llewlyn  held (wc)
                [Entry date 05/18/00]

5/11/00   96    Minutes of Change of Plea hearing held on 5/11/00  before
                Judge Donald M. Middlebrooks as to Charles Llewlyn ;  Court
                defers adjudication of guilty until time of sentencing.
                GUILTY: Charles Llewlyn (1) count(s) 1 Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00   97    Plea Agreement as to Charles Llewlyn (wc)
                [Entry date 05/18/00]

5/11/00   98    NOTICE of Hearing as to Charles Llewlyn :  set Sentencing
                for 4:30 8/9/00 for Charles Llewlyn   before Judge Donald
                M. Middlebrooks (wc) [Entry date 05/18/00]

5/11/00   --    Change of Plea Hearing as to Douglas McCloud  held (wc)
                [Entry date 05/18/00]

5/11/00  99     Minutes of Change of Plea hearing held on 5/11/00  before
                Judge Donald M. Middlebrooks as to Douglas McCloud ;
                GUILTY: Douglas McCloud (2) count(s) 1  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00  100    Plea Agreement as to Douglas McCloud (wc)
                [Entry date 05/18/00]

5/11/00  101    NOTICE of Hearing as to Douglas McCloud :  set Sentencing
                for 4:30 8/9/00 for Douglas McCloud   before Judge Donald
                M. Middlebrooks (wc) [Entry date 05/18/00]

5/15/00  --     Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/18/00]

5/15/00  102    Minutes of Jury trial held on 5/15/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                Watford (wc) [Entry date 05/18/00]

5/15/00  103    ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                Gilbourne, Edward Dany, Dorrel Bryan transferring case to
                the calendar of Judge Donald M. Middlebrooks ( Signed by
                Judge Daniel T. K. Hurley on 5/9/00 and Judge Donald M.
                Middlebrooks on 5/15/00) CCAP [EOD Date: 5/18/00] CCAP (wc)
                [Entry date 05/18/00]

5/15/00  --     CASE reassigned  to Judge Donald M. Middlebrooks (wc)
                [Entry date 05/18/00]

5/16/00  93     NOTICE of Filing Memorandum of Law In Support of
                Defendant's Motion To Exclude Tape Transcripts by
                Christopher Gilbourne (at) [Entry date 05/17/00]

5/16/00  94     MOTION by Christopher Gilbourne to exclude tape
                transcripts of tape recordings and notice of Jencks
                violations (at) [Entry date 05/17/00]

5/16/00  95     MEMORANDUM OF LAW by Christopher Gilbourne in support of
                [94-1] motion to exclude tape transcripts of tape
                recordings and notice of Jencks violations (at)
                [Entry date 05/17/00]

5/16/00  --     Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/18/00]

5/16/00  104    Minutes of Jury trial held on 5/16/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                Watford (wc) [Entry date 05/18/00]

5/17/00  --     Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/19/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

5/17/00   105   Minutes of Jury trial held on 5/17/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Closing arguments made.  Deliberations
                commenced.  Trial ends.  See verdict forms.  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/19/00]

5/17/00   106   Court's Jury instructions as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   107   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   108   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   109   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   110   JURY VERDICT as to Edward Dany Guilty: Edward Dany (4)
                count(s) 1, Not Guilty: Edward Dany (4) count(s) 2 (wc)
                [Entry date 05/19/00]                          *Vol.1 Cont'd*

5/17/00   111   JURY VERDICT as to Christopher Gilbourne Guilty:
                Christopher Gilbourne (3) count(s) 1, 2 (wc)
                [Entry date 05/19/00]

5/17/00   112   JURY VERDICT as to Dorrel Bryan Guilty: Dorrel Bryan (5)
                count(s) 1, Not Guilty: Dorrel Bryan (5) count(s) 2 (wc)
                [Entry date 05/19/00]

5/17/00   (114) Jury notes and Court's answers as to Charles Llewlyn (pa)
                [Entry date 05/23/00]

5/22/00   113   MOTION by Christopher Gilbourne for new trial (pa)
                [Entry date 05/22/00]

5/23/00   115   ORDER as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan granting ore tenus motion to extend time for filing
                post-trial motions.  All post-trial motions shall be filed
                by 6/1/00 ( Signed by Judge Donald M. Middlebrooks on
                5/22/00) CCAP [EOD Date: 5/24/00] CCAP# (wc)
                [Entry date 05/24/00]

5/23/00   116   NOTICE of Hearing as to Dorrel Bryan :  set Sentencing for
                4:30 9/6/00 for Dorrel Bryan  before Judge Donald M.
                Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   117   NOTICE of Hearing as to Edward Dany :  set Sentencing for
                4:30 9/6/00 for Edward Dany  before Judge Donald M.
                Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   118   NOTICE of Hearing as to Christopher Gilbourne :  set
                Sentencing for 4:30 9/6/00 for Christopher Gilbourne before
                Judge Donald M. Middlebrooks (wc) [Entry date 05/24/00]

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL
```

5/24/00   119   ORDER as to Christopher Gilbourne  denying [113-1] motion
                for new trial as to Christopher Gilbourne (3) ( Signed by
                Judge Donald M. Middlebrooks on 5/24/00) CCAP [EOD Date:
                5/25/00] CCAP⅜ (wc) [Entry date 05/25/00]

5/26/00   120   FURTHER MOTION by Christopher Gilbourne for new trial (pa)
                [Entry date 05/26/00]

5/30/00   121   MOTION by Dorrel Bryan for disbursement of bond (wc)
                [Entry date 06/01/00]

5/30/00   121   ORDER as to Dorrel Bryan granting [121-1] motion for
                disbursement of bond. The amount of $2,500.00 with any
                accrued interest is to be returned to Betty Bryan ( Signed
                by Judge Donald M. Middlebrooks on 5/17/00) CCAP [EOD Date:
                6/1/00] CCAP⅜ (wc) [Entry date 06/01/00] *Vol. 1 Cont'd*

5/30/00   122   Release of exhibits as to Christopher Gilbourne  Released
                to: David P. Rowe, P.A. (wc) [Entry date 06/01/00]

6/5/00    123   NOTICE OF INTERLOCUTORY APPEAL by Christopher Gilbourne re:
                [119-1] order EOD Date: 5/25/00; FEE NOT PAID; Copies to
                USCA, AUSA, USM, USPTS and Counsel of Record. (sn)
                [Entry date 06/26/00]

6/29/00   124   Release of exhibits as to Christopher Gilbourne, Edward
                Dany, Dorrel Bryan  Released to: TFO James Barnick (wc)
                [Entry date 06/29/00]

7/7/00    --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Christopher Gilbourne Re: [123-1] appeal USCA Number:
                00-13377-F (sn) [Entry date 07/07/00]

7/19/00   125   NOTICE of RECEIPT OF CORRESPONDENCE requesting a re-trial
                as to Dorrel Bryan.  The Court does not accept ex parte
                communications.  A copy of defendant's letter, dated
                7/13/00 is being forwarded to counsel. Counsel is requested
                to discuss this matter with the defendant and take whatever
                action counsel deems appropriate (wc) [Entry date 07/20/00]

7/25/00   126   NOTICE of receipt of correspondence sent directly to Judges
                Chambers by Edward Dany (td) [Entry date 07/26/00]

8/3/00    127   MOTION by Dorrel Bryan for Paul A. McKenna to withdraw as
                attorney (wc) [Entry date 08/04/00]

8/3/00    128   ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                Judge Linnea R. Johnson as to Dorrel Bryan : [127-1] motion
                for Paul A. McKenna to withdraw as attorney as to Dorrel
                Bryan (5)  ( Signed by Judge Donald M. Middlebrooks on
                8/3/00) CCAP [EOD Date: 8/4/00]  CCAP (wc)
                [Entry date 08/04/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

8/7/00   (129)   OBJECTION by Charles Llewlyn to Presentence Investigation
                 Report (wc) [Entry date 08/07/00]

8/7/00   (130)   MOTION by Charles Llewlyn to continue sentencing (wc)
                 [Entry date 08/07/00]

8/7/00   (131)   SUPPLEMENTAL OBJECTIONS by Charles Llewlyn to Presentence
                 Investigation Report (wc) [Entry date 08/08/00]

8/8/00   132     EMERGENCY MOTION by Douglas McCloud to continue Sentencing
                 date (wc) [Entry date 08/08/00]   *Vol. / Cont'd*

8/9/00   (133)   SECOND SUPPLEMENTAL OBJECTION by Charles Llewlyn to
                 Presentence Investigation Report (wc) [Entry date 08/09/00]

8/9/00   134     ORDER as to Douglas McCloud granting [132-1] motion to
                 continue Sentencing date  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00   (135)   ORDER as to Charles Llewlyn granting [130-1] motion to
                 continue sentencing  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00   --      Report Re Counsel  as to Dorrel Bryan held (wc)
                 [Entry date 08/11/00]

8/9/00   136     Minutes of Inquiry re: counsel held on 8/9/00  before Ch.
                 Magistrate Judge Linnea R. Johnson as to Dorrel Bryan ;
                 Defendant sworn.  CJA counsel James Benjamin is hereby
                 appointed.  Paul McKenna is relieved as counsel of record.
                 Court Reporter Name or Tape #: LRJ-00-69-578 (wc)
                 [Entry date 08/11/00]

8/10/00  137     ORDER as to Dorrel Bryan  granting [127-1] motion for Paul
                 A. McKenna to withdraw as attorney (Terminated: attorney
                 Paul A. McKenna) for appointment of James Benjamin as
                 counsel under the Criminal Justice Act ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/9/00) CCAP [EOD
                 Date: 8/14/00] CCAP※ (wc) [Entry date 08/14/00]

8/16/00  138     MOTION by Edward Dany for Arthur E. Marchetta, Jr. to
                 withdraw as attorney, and to extend time to file
                 objections to the PSI report (lk) [Entry date 08/18/00]

8/23/00  139     ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                 Judge Linnea R. Johnson as to Edward Dany : [138-1] motion
                 for Arthur E. Marchetta, Jr. to withdraw as attorney,
                 [138-2] motion to extend time to file objections to the PSI
                 report (Signed by Judge Donald M. Middlebrooks on 8/21/00)
                 CCAP [EOD Date: 8/24/00] CCAP (wc) [Entry date 08/24/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

8/28/00   140   ORDER as to Edward Dany Motion hearing before Ch.
                Magistrate Judge Linnea R. Johnson set for 9:30 8/31/00 for
                [138-1] motion for Arthur E. Marchetta, Jr. to withdraw as
                attorney (Signed by Ch. Magistrate Judge Linnea R. Johnson
                on 8/28/00) CCAP [EOD Date: 8/30/00] (wc)
                [Entry date 08/30/00]

8/30/00   141   NOTICE of Intent to call up for Hearing on 8/31/00 at
                9:30am:  Motion to withdraw as counsel for the defendant
                and request for additional time to file objections to the
                PSI investigation by Edward Dany (wc) [Entry date 08/31/00]

8/31/00   142   MOTION by Dorrel Bryan to continue sentencing date set for
                9/6/00 (wc) [Entry date 09/01/00]          *Vol. 1 Cont'd*

8/31/00   145   Minutes of motion to withdraw attorney held on 8/31/00
                before Magistrate Judge Linnea R. Johnson as to Edward Dany
                ; Steven Kassner is apointed as counsel of record  Court
                Reporter Name or Tape #: LRJ00-81-1006 (cj)
                [Entry date 09/06/00]

8/31/00   --    Motion hearing  as to Edward Dany re: [138-1] motion for
                Arthur E. Marchetta, Jr. to withdraw as attorney  before
                Ch. Magistrate Judge Linnea R. Johnson (cj)
                [Entry date 09/06/00]

9/1/00    143   ORDER as to Dorrel Bryan  granting [142-1] motion to
                continue sentencing date set for 9/6/00  reset Sentencing
                for 4:30 10/2/00 before Judge Donald M. Middlebrooks (
                Signed by Judge Donald M. Middlebrooks on 9/1/00) CCAP [EOD
                Date: 9/5/00] CCAP (wc) [Entry date 09/05/00]

9/5/00    144   ORDER as to Edward Dany  granting [138-1] motion for Arthur
                E. Marchetta, Jr. to withdraw as attorney (Terminated:
                attorney Arthur Elliot Marchetta ) for appointment of
                Steven Kassner as CJA counsel ( Signed by Ch. Magistrate
                Judge Linnea R. Johnson on 8/31/00) CCAP [EOD Date: 9/6/00]
                CCAP (wc) [Entry date 09/06/00]

9/6/00    146   MOTION by USA  as to Douglas McCloud for downward
                departure pursuant to 5K1.1, Sentencing Guidelines (wc)
                [Entry date 09/07/00]

9/6/00    --    Sentencing  held Christopher Gilbourne (3) count(s) 1, 2 (wc)
                [Entry date 09/11/00]

9/6/00    --    Sentencing  held Douglas McCloud (2) count(s) 1 (wc)
                [Entry date 09/11/00]

9/7/00    (147) Minutes of Sentencing held on 09/07/00  before Judge Donald
                M. Middlebrooks as to Charles Llewlyn ;  continuing
                Sentencing for 5:00 09/27/00  before Judge Donald M.
                Middlebrooks Court Reporter Name or Tape #: Roger Watford

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

           (nt) [Entry date 09/08/00]

9/7/00    --    Deadline updated as to Charles Llewlyn,  setting
                Sentencing for 5:00 9/27/00 for Charles Llewlyn   before
                Judge Donald M. Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    148   Minutes of  Sentencing on 9/7/00  before Judge Donald M.
                Middlebrooks as to Edward Dany ; Sentencing continued to
                10/5/00 at 4:30; Defendant's oral motion to continue
                granted; Court Reporter Name or Tape #: Roger Watford (nt)
                [Entry date 09/08/00]

9/7/00    --    Deadline updated as to Edward Dany,  setting Sentencing
                for 4:30 10/5/00 for Edward Dany   before Judge Donald M.
                Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    149   Minutes of Sentencing held on 9/6/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne ;  Court
                Reporter Name or Tape #: Roger Watford (wc) *Vol. I Cont'd*
                [Entry date 09/11/00]

9/7/00    150   JUDGMENT as to  Christopher Gilbourne (3) counts 1, 2 -
                Imprisonment for a term of 160 months to each of Counts
                1 and 2, to be served concurrently.  Supervised release as
                to each of Counts 1 and 2, to be served concurrently.
                Assessment of $200.00.  ( Signed by Judge Donald M.
                Middlebrooks on 9/7/00) CCAP [EOD Date: 9/11/00]   CCAP (wc)
                [Entry date 09/11/00]

9/7/00    151   Minutes of Sentencing held on 9/6/00  before Judge Donald
                M. Middlebrooks as to Douglas McCloud ;  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 09/11/00]

9/7/00    152   JUDGMENT as to Douglas McCloud (2) as to count 1 -
                Imprisonment for a term of 88 months. Supervised release
                for a period of 5 years. Assessment of $100.00.; count 2 -
                Dismissed ( Signed by Judge Donald M. Middlebrooks on
                9/7/00) CCAP [EOD Date: 9/11/00] CCAP (wc)
                [Entry date 09/11/00]

9/7/00    153   CJA 20 as to Edward Dany : Appointment of Attorney Steven
                Hunter Kassner ( Signed by Ch. Magistrate Judge Linnea R.
                Johnson  on 9/7/00) (wc) [Entry date 09/11/00]

9/7/00    154   CJA 20 as to Dorrel Bryan : Appointment of Attorney James
                S. Benjamin ( Signed by Ch. Magistrate Judge Linnea R.
                Johnson on 9/7/00 [nunc pro tunc date:  8/9/00]) (wc)
                [Entry date 09/11/00]

9/11/00   155   NOTICE OF APPEAL by Christopher Gilbourne re: [150-1]
                judgment order.  EOD Date: 9/11/00; Christopher Gilbourne
                (3) count(s) 1, 2;  Receipt #: FEE NOT PAID; Copies to
                USCA, AUSA, USM, USPO and Counsel of Record. (sn)
                [Entry date 09/12/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL


9/11/00   161    DUPLICATE NOTICE OF APPEAL by Christopher Gilbourne re:
                 [150-1] judgment order. EOD Date: 9/11/00; ; Filing Fee: $
                 FEE NOT PAID/DUPLICATE NOA; Copies to USCA, AUSA, USM, USPO
                 and Counsel of Record. (sn) [Entry date 09/21/00]

9/13/00   --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Christopher Gilbourne [155-1]
                 appeal (sn) [Entry date 09/13/00]

9/15/00   156    NOTICE OF APPEAL by Douglas McCloud re: [152-1] judgment
                 order . EOD Date: 9/11/00; Douglas McCloud (2) count(s) 1;
                 FEE NOT PAID/FILED BY CJA; Copies to USCA, AUSA, USM, USPO
                 and Counsel of Record. (sn) [Entry date 09/18/00]

9/15/00   157    MOTION by Douglas McCloud to proceed in forma pauperis on
                 appeal, and for appointment of counsel (sn)
                 [Entry date 09/18/00]

9/15/00   159    MOTION by Charles Llewlyn for Philip Horowitz to withdraw
                 as attorney, and for appointment of counsel for appellate
                 purposes (sn) [Entry date 09/19/00]

9/18/00   --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Douglas McCloud [156-1] appeal
                 (sn) [Entry date 09/18/00]

9/18/00   158    UNOPPOSED AND AGREED MOTION by Dorrel Bryan to continue
                 Sentencing date of 10/2/00 (wc) [Entry date 09/19/00]

9/19/00   160    DUPLICATE NOTICE OF APPEAL by Douglas McCloud re: [152-1]
                 judgment order . EOD Date: 9/11/00; ; Receipt #: FEE NOT
                 PAID; Copies to USCA, AUSA, USM, USPO and Counsel of
                 Record. (sn) [Entry date 09/19/00]

9/26/00   162    ORDER as to Dorrel Bryan granting [158-1] motion to
                 continue Sentencing date of 10/2/00  reset Sentencing for
                 4:30 10/26/00 before Judge Donald M. Middlebrooks ( Signed
                 by Judge Donald M. Middlebrooks on 9/25/00) CCAP [EOD Date:
                 9/27/00] CCAP※ (wc) [Entry date 09/27/00]

9/26/00   163    ORDER as to Douglas McCloud granting [157-1] motion to
                 proceed in forma pauperis on appeal as to Douglas McCloud
                 (2) (Signed by Judge Donald M. Middlebrooks on 9/25/00)
                 CCAP [EOD Date: 9/27/00] CCAP※ (sn) [Entry date 09/27/00]

9/26/00   --     NOTICE of Receipt of Transmittal Letter from USCA as to
                 Douglas McCloud Re: [156-1] appeal  USCA Number:
                 00-14903-F (sn) [Entry date 09/28/00]

9/27/00   164    Letter MOTION by Charles Llewlyn to Withdraw Plea of
                 Guilty (wc) [Entry date 09/29/00]

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                          CLOSED APPEAL

9/27/00  (165)    ADDENDUM by Charles Llewlyn  in support of [164-1] motion
                  to Withdraw Plea of Guilty (wc) [Entry date 09/29/00]

9/27/00  (65)     MOTION by Charles Llewlyn for appointment of counsel (wc)
                  [Entry date 09/29/00]

9/27/00  --       Sentencing  held Charles Llewlyn (1) count(s) 1 (wc)
                  [Entry date 09/29/00]

9/28/00  (166)    ORDER as to Charles Llewlyn  denying [164-1] motion to
                  Withdraw Plea of Guilty ( Signed by Judge Donald M.
                  Middlebrooks on 9/28/00) CCAP [EOD Date: 9/29/00] CCAP※ (wc)
                  [Entry date 09/29/00]                        *Vol. / Copb*

9/28/00  (167)    Minutes of Sentencing held on 9/27/00  before Judge Donald
                  M. Middlebrooks as to Charles Llewlyn ;  Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 09/29/00]

9/28/00  (168)    JUDGMENT as to Charles Llewlyn (1) count 1 - Imprisonment
                  for a term of 110 months. Supervised release for a period
                  of 3 years.  Assessment of $100.00.;  count 2 -  Dismissed
                  ( Signed by Judge Donald M. Middlebrooks on 9/28/00) CCAP
                  [EOD Date: 9/29/00]  CCAP (wc) [Entry date 09/29/00]

9/28/00  (170)    ORDER as to Charles Llewlyn granting [159-1] motion for
                  Philip Horowitz to withdraw as attorney (Terminated:
                  attorney Philip Robert Horowitz for Charles Llewlyn as to
                  Charles Llewlyn (1), granting [159-2] motion for
                  appointment of counsel for appellate purposes as to Charles
                  Llewlyn (1) appointing Mark G. Hanson for purposes of
                  appeal. (Signed by Judge Donald M. Middlebrooks on 9/28/00)
                  CCAP [EOD Date: 10/2/00] CCAP※ (sn) [Entry date 10/02/00]

9/29/00  --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Christopher Gilbourne  Re: [155-1] appeal  USCA Number:
                  00-13377-F (sn) [Entry date 10/02/00]

9/29/00  (169)    NOTICE OF APPEAL by Charles Llewlyn re: [168-1] judgment
                  order.  EOD Date: 9/29/00; Charles Llewlyn (1) count(s) 1;
                  FILING FEE: FEE NOT PAID; Copies to USCA, AUSA, USM, USPO
                  and Counsel of Record. (sn) [Entry date 10/02/00]

10/2/00  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Charles Llewlyn [169-1] appeal
                  (sn) [Entry date 10/02/00]

10/2/00  (171)    NOTICE of intent to appeal by Charles Llewlyn - appeal
                  previously filed 9/29/00 [169-1] (sn) [Entry date 10/03/00]

10/3/00  (172)    RENEWED MOTION by Charles Llewlyn to Withdraw Plea of
                  Guilty (wc) [Entry date 10/04/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL

10/5/00  (173)    ORDER as to Charles Llewlyn denying [172-1] motion to
                  Withdraw Plea of Guilty ( Signed by Judge Donald M.
                  Middlebrooks on 10/4/00) CCAP [EOD Date: 10/6/00] CCAP (wc)
                  [Entry date 10/06/00]

10/5/00  174      ORDER as to Edward Dany granting Government's Oral Motion
                  to continue  reset Sentencing for 4:30 10/26/00 before
                  Judge Donald M. Middlebrooks ( Signed by Judge Donald M.
                  Middlebrooks on 10/5/00) CCAP Date: 10/6/00] CCAP (wc)
                  [Entry date 10/06/00]

10/6/00  (175)    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                  [169-1] appeal received. (Forwarded to Court Reporter
                  Coordinator) (sn) [Entry date 10/10/00]  *Vol. 1 Cont'd*

10/10/00 (176)    PRO SE MOTION by Charles Llewlyn for Return of Property as
                  to 2 sets of cash, $1,757 and $9,000, keys, wallet, diary
                  and $10 English pound (wc) [Entry date 10/11/00]

10/10/00 (177)    ORDER OF REFERENCE referring Motion(s)  to Magistrate Ted
                  E. Bandstra as to Charles Llewlyn : [176-1] motion for
                  Return of Property as to 2 sets of cash, $1,757 and $9,000,
                  keys, wallet, diary and $10 English pound  ( Signed by
                  Judge Donald M. Middlebrooks on 10/10/00) CCAP [EOD Date:
                  10/11/00]  CCAP (wc) [Entry date 10/11/00]

10/13/00 (178)    Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                  appeal Transcript due 11/11/00 for pretrial proceedings on
                  5/11/00 and sentence on 9/6/00 & 9/27/00. (sn)
                  [Entry date 10/17/00]

10/13/00 --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Charles Llewlyn  Re: [169-1] appeal  USCA Number:
                  00-15230-F (sn) [Entry date 10/17/00]

10/17/00 (179)    ORDER as to Charles Llewlyn that the US file a written
                  response to the Defendant's Pro Se Motion for Return of
                  Property  within 10 days of the date of this Order ( Signed
                  by Judge Donald M. Middlebrooks on 10/17/00) CCAP [EOD
                  Date: 10/18/00] CCAP (wc) [Entry date 10/18/00]

10/20/00 180      TRANSCRIPT INFORMATION FORM as to Douglas McCloud re:
                  [156-1] appeal received. (Forwarded to Court Reporter
                  Coordinator) (sn) [Entry date 10/23/00]

10/25/00 181      OBJECTION by Edward Dany  to Presentence Investigation
                  Report (wc) [Entry date 10/25/00]

10/25/00 182      EMERGENCY MOTION by Dorrel Bryan to continue Sentencing (wc)
                  [Entry date 10/25/00]

10/25/00 183      MOTION by Dorrel Bryan to determine competency of
                  defendant (wc) [Entry date 10/25/00]

Docket as of March 8, 2001 8:22 am                    Page 27

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

10/25/00 184    ORDER as to Dorrel Bryan denying [183-1] motion to
                determine competency of defendant, denying [182-1] motion
                to continue Sentencing ( Signed by Judge Donald M.
                Middlebrooks on 10/25/00) CCAP [EOD Date: 10/26/00] CCAP※
                (wc) [Entry date 10/26/00]

10/25/00 (185)  RESPONSE by USA  as to Charles Llewlyn re [176-1] motion
                for Return of Property as to 2 sets of cash, $1,757 and
                $9,000, keys, wallet, diary and $10 English pound (wc)
                [Entry date 10/26/00]

10/25/00 186    OBJECTIONS and Addendum by Dorrel Bryan  to Presentence
                Investigation Report (wc) [Entry date 10/26/00]

10/26/00 187    MOTION by Christopher Gilbourne to extend time to file
                motion to withdraw as counsel (sn) [Entry date 10/30/00]

10/26/00 --     Sentencing  held Edward Dany (4) count(s) 1, Dorrel Bryan
                (5) count(s) 1 (sp) [Entry date 11/01/00]       *Vol. / Cont'd*

10/26/00 --     Sentencing  held (sp) [Entry date 11/01/00]

10/27/00 188    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Dorrel Bryan ;  Court Reporter Name
                or Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 189    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Edward Dany ;  Court Reporter Name or
                Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 190    JUDGMENT as to  Edward Dany (4) count(s) 1.  Seventy-eight
                (78) months imprisonment; 3 years supervised release, $100
                assessment  ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                [Entry date 11/01/00]

10/27/00 191    JUDGMENT as to  Dorrel Bryan (5) count(s) 1.  Eighty-seven
                (87) months imprisonment; 3 years supervised release; $100
                assessment.  ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                [Entry date 11/01/00]

11/2/00 (192)   ORDER as to Charles Llewlyn  denying [176-1] motion for
                Return of Property as to 2 sets of cash, $1,757 and $9,000,
                keys, wallet, diary and $10 English pound.  Defendant shall
                have leave to refile, within 10 days of the date of this
                Order, this motion with proof of a claim being filed for
                the subject property within the allowable time period. (
                Signed by Magistrate Ted E. Bandstra on 11/2/00) CCAP [EOD
                Date: 11/2/00] CCAP※ (wc) [Entry date 11/02/00]

11/3/00 193     FURTHER MOTION by Christopher Gilbourne for David P. Rowe
                to withdraw as attorney (wc) [Entry date 11/06/00]

| 11/6/00 | 194 | NOTICE OF APPEAL by Edward Dany re: [190-1] judgment order . EOD Date: 11/1/00; Edward Dany (4) count(s) 1;  Filing Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc) [Entry date 11/07/00] |
|---|---|---|
| 11/6/00 | 195 | NOTICE OF APPEAL by Dorrel Bryan re: [191-1] judgment order . EOD Date: 11/1/00; Dorrel Bryan (5) count(s) 1;  Filing Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc) [Entry date 11/07/00] |
| 11/6/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Dorrel Bryan [195-1] appeal (nc) [Entry date 11/07/00] |
| 11/7/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Edward Dany [194-1] appeal (nc) [Entry date 11/07/00] |
| 11/7/00 | 196 | Judgment Returned Executed as to Douglas McCloud on 10/6/00 at FCI Loretto, PA (wc) [Entry date 11/08/00] |
| 11/7/00 | 197 | APPEAL INFORMATION SHEET as to Douglas McCloud re: [156-1] appeal; Transcript ordered. No financial arrangements made with Court Reporter. (sn) [Entry date 11/08/00] |
| 11/7/00 | 198 | ORDER as to Christopher Gilbourne  denying [193-1] motion for David P. Rowe to withdraw as attorney ( Signed by Judge Donald M. Middlebrooks on 11/7/00) CCAP [EOD Date: 11/9/00] CCAP (wc) [Entry date 11/09/00] |
| 11/13/00 | 199 | Appeal Information Sheet as to Douglas McCloud re: [160-1] appeal, [156-1] appeal Transcript due 12/8/00 for sentence on 9/6/00 (Court Reporter Watford) (sn) [Entry date 11/15/00] |
| 11/17/00 | 200 | TRANSCRIPT filed as to Charles Llewlyn of change of plea hearing held 5/11/00 before Judge Donald M. Middlebrooks Pages: 1-22 re: [169-1] appeal. (sn) [Entry date 11/20/00] |
| 11/17/00 | 201 | TRANSCRIPT filed as to Charles Llewlyn of sentencing hearing held 9/6/00 before Judge Donald M. Middlebrooks Pages: 1-25  re: [169-1] appeal. (sn) [Entry date 11/20/00] |
| 11/17/00 | 202 | TRANSCRIPT filed as to Charles Llewlyn of continued sentencing hearing held 9/27/00 before Judge Donald M. Middlebrooks Pages: 1-21 re: [169-1] appeal. Appeal record due on 12/2/00 for Charles Llewlyn (sn) [Entry date 11/20/00] [Edit date 12/19/00] |
| 11/17/00 | 203 | Appeal Information Sheet as to Charles Llewlyn re: [169-1] appeal.  3 transcripts for 5/11/00, 9/6/00 & 9/27/00 filed. (sn) [Entry date 11/20/00] |

*Vol. / Cont'd*

*Vol.#2*

*Vol.#3*

*Vol# 4*

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

| 11/20/00 (204) | TRANSCRIPT INFORMATION FORM as to Charles Llewlyn re: [169-1] appeal received. (Forwarded to Court Reporter Coordinator) (sn) [Entry date 11/22/00] |
| 11/22/00 -- | NOTICE of Receipt of Transmittal Letter from USCA as to Edward Dany Re: [194-1] appeal  USCA Number: 00-13377-F (ga) [Entry date 11/27/00] *Vol. 1 Cont'd* |
| 11/22/00 -- | NOTICE of Receipt of Transmittal Letter from USCA as to Dorrel Bryan  Re: [195-1] appeal  USCA Number: 00-13377-F (ga) [Entry date 11/27/00] |
| 11/27/00 (205) | CJA 24 as to Charles Llewlyn Authorization to Pay Amount: $ 201.00 for Transcript Voucher # FLST2000549 (Signed by Judge Donald M. Middlebrooks on 11/17/00) CCAP [EOD Date: 12/7/00] (sn) [Entry date 12/07/00] |
| 12/5/00   206 | Appeal Information Sheet as to Edward Dany re: [194-1] appeal Transcript due 1/4/01 for trial on 5/11-5/17/00 (Watford) (sn) [Entry date 12/07/00] |
| 12/11/00 207 | TRANSCRIPT filed as to Douglas McCloud  of sentencing hearing held 9/6/00  before Judge Donald M. Middlebrooks Pages: 1-9 re: [160-1] appeal, [156-1] appeal. Appeal record due on 12/26/00 for Douglas McCloud (sn) [Entry date 12/11/00] *See USCA # 00-14903F Vol. # 2* |
| 12/11/00 208 | Appeal Information Sheet as to Douglas McCloud re: [160-1] appeal, [156-1] appeal.  Transcript for 9/6/00 filed, (sn) [Entry date 12/11/00] *Vol. 1 Cont'd* |
| 12/18/00 (209) | ORDER as to Charles Llewlyn  denying Defendant's Motion for Relief from Order by Magistrate Judge Ted E. Bandstra [motion not found] ( Signed by Magistrate Ted E. Bandstra on 12/18/00) CCAP [EOD Date: 12/20/00] CCAP* (wc) [Entry date 12/20/00] |
| 12/22/00 210 | Certificate of readiness transmitted to USCA and Certified Copies sent to: Atty Russell Rosenthal and AUSA Office as to Douglas McCloud  re: [160-1] appeal  by Douglas McCloud, [156-1] appeal  by Douglas McCloud  USCA # 00-14903-F (nc) [Entry date 12/22/00] |
| 12/22/00 -- | Transmitted record on appeal to U.S. Court of Appeals as to Douglas McCloud  :(Miami Office) Consisting of (1)Volume of Pleadings, (1)Volume of Transcripts and (1)Sealed Envelope containing PSI Report [160-1] appeal, [156-1] appeal (nc) [Entry date 12/22/00] |

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

| 12/28/00 | 211 | Appeal Information Sheet as to Charles Llewlyn re: [169-1] appeal Transcript due 1/28/01. Requested: trial on 5/11/00, 5/15/00, 5/17/00; any trial proceedings on 5/12/00; transcript of trial of co-defendants, which was relevant to sentencing of defendant Llewlyn (5 days of hearing - Court Reporter Watford) (sn) [Entry date 01/02/01] |
|---|---|---|
| 1/2/01 | 212 | Letter MOTION by Charles Llewlyn to extend time to file NOA (sn) [Entry date 01/04/01] |
| 1/2/01 | 213 | ORDER as to Charles Llewlyn denying [212-1] motion to extend time to file NOA as to Charles Llewlyn (1) (Signed by Judge Donald M. Middlebrooks on 1/3/01) CCAP [EOD Date: 1/4/01] CCAP (sn) [Entry date 01/04/01]   *Vol. 1 Cont'd* |
| 1/8/01 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: C.O.R. on 12/26/00 U.S.C.A. # 00-14903-F (sn) [Entry date 01/09/01] |
| 1/23/01 | 214 | Judgment Returned Executed as to Edward Dany on 1/17/01 at Wamer LOR (undecipherable) (sk) [Entry date 01/24/01] |
| 1/30/01 | 215 | Appeal Information Sheet as to Dorrel Bryan re: [195-1] appeal Transcript due 2/25/01 for Dorrel Bryan (gp) [Entry date 02/05/01] |
| 2/2/01 | 217 | MOTION by Christopher Gilbourne to Declare appellant Indigent for costs , and to extend time to file Appellant's Brief and Record Exceprts (gp) [Entry date 02/09/01] |
| 2/6/01 | 216 | Judgment Returned Executed as to Dorrel Bryan on 1/25/01 at ALF, White Deer, PA (wc) [Entry date 02/07/01] |
| 2/12/01 | 218 | TRANSCRIPT filed as to Dorrel Bryan of Sentencing Hearing held 10/26/00 before Judge Donald M. Middlebrooks; Court Reporter #: Roger Watford; Pages: 1-49 re: [195-1] appeal . (gp) [Entry date 02/13/01] *See USCA # 00-13377 F Vol. #7* |
| 2/12/01 | 219 | TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany, Dorrel Bryan of Trial held 5/11/00 before Judge Donald M. Middlebrooks; Court Reporter: Roger Watford; Volume #: 1 Pages: 1-303 re: [195-1] appeal, [194-1] appeal, [161-1] appeal, [155-1] appeal . (gp) [Entry date 02/13/01] *Vol. #3* *See USCA # 00-13377 F* |
| 2/12/01 | 220 | TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany, Dorrel Bryan of Trial held 5/15/00 before Judge Donald M. Middlebrooks; Court Reporter: Roger Watford; Volume #: 2 Pages: 305-520 re: [195-1] appeal, [194-1] appeal, [161-1] appeal, [155-1] appeal . (gp) [Entry date 02/13/01] *See USCA # 00-13377 F Vol. #4* |

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

---

2/12/01  221   TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
               Dorrel Bryan  of Trial held 5/16/00  before Judge Donald M.
               Middlebrooks; Court Reporter: Roger Watford; Volume #: 3
               Pages: 521-795 re: [195-1] appeal, [194-1] appeal, [161-1]
               appeal, [155-1] appeal . (gp) [Entry date 02/13/01]
               *See USCA # 00-13377F  Vol #5*

---

2/12/01  222   TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
               Dorrel Bryan  of Trial held 5/17/00  before Judge Donald M.
               Middlebrooks; Court Reporter: Roger Watford; Volume #: 4
               Pages: 796-940 re: [195-1] appeal, [194-1] appeal, [161-1]
               appeal, [155-1] appeal . (gp) [Entry date 02/13/01]
               *See USCA # 00-13377F  Vol #6*

---

2/12/01  223   TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
               Dorrel Bryan  of Sentencing Hearing held 10/26/00  before
               Judge Donald M. Middlebrooks; Court Reporter #: Roger
               Watford Pages: 1-19  re: [194-1] appeal . (gp)
               [Entry date 02/13/01]
               *See USCA # 00-13377F  Vol #8*

---

2/12/01  224   Appeal Information Sheet as to Dorrel Bryan  re: [195-1]
               appeal; The following Transcripts are already on file:
               Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
               held on 5/15/00, Trial held on 5/16/00, Trial held on
               5/17/00 and Sentencing held on 10/26/00 (gp)
               [Entry date 02/13/01] [Edit date 02/13/01]
               *Vol 1 Cont'd*

2/12/01  225   Appeal Information Sheet as to Edward Dany  re: [194-1]
               appeal; The following Transcripts are already on file:
               Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
               held on 5/15/00, Trial held on 5/16/00, Trial held on
               5/17/00 and Sentencing held on 10/26/00 (gp)
               [Entry date 02/13/01]

2/12/01  (226)  Appeal Information Sheet as to Charles Llewlyn  re: [169-1]
               appeal; The following Transcripts are already on file:
               Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
               held on 5/15/00, Trial held on 5/16/00, Trial held on
               5/17/00 and Sentencing held on 10/26/00 (gp)
               [Entry date 02/13/01]
               *End Vol 1*

---

2/12/01  227   MOTION by Christopher Gilbourne to proceed in forma
               pauperis on appeal, and to extend time File Appellant's
               Brief and Record excerpts (gp) [Entry date 02/16/01]

2/15/01  228   ORDER as to Christopher Gilbourne  granting in part [227-1]
               motion to proceed in forma pauperis on appeal as to
               Christopher Gilbourne (3), denying [227-2] motion to extend
               time File Appellant's Brief and Record excerpts, this court
               does not have jurisdiction over the relief seeking an
               extension of time. As to Christopher Gilbourne (3) ( Signed
               by Judge Donald M. Middlebrooks on 2/15/01) CCAP [EOD Date:
               2/26/01] CCAP  (gp) [Entry date 02/26/01]

# U.S.D.C. CASE #  <u>00-06022-CR</u>

# U.S.C.A. CASE #  <u>00-15230-F</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**CHARLES LLEWLYN**