| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2001768 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☑ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY 2/20/01 MILL — 2/16/01 |
| 3. DISTRICT DOCKETING NO. 00-6022-CR-DMM | 4. APPEALS DOCKET NO. 00-15230-F | 5. FOR (DISTRICT/CIRCUIT) SOUTH DIST FLA | ACCTG. CLASS. NOS. returned 2/16/01 |
| 6. IN THE CASE OF UNITED STATES vs. CHARLES LLEWLYN | | | |
| 7. PERSON REPRESENTED CHARLES LLEWLYN | 8. LOCATION/ORGANIZATION CODE FLSXX | | DATE PAID 3/12/01 AM |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)

DIRECT APPEAL FROM JUDGMENT OF CONVICTION

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

AIS attached

TRIAL OF CODEFENDANTS HELD ON 5-11-00 & 5/15 - 5/17/00

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

► M. Hinson    ► 11/20/00
SIGNATURE OF ATTORNEY        DATE
MARK HANSON    305 285 0816
PRINTED NAME OF ATTORNEY    PHONE NUMBER
1 ☐ FPD   2 ☐ CDO   3 ☑ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

[signature]
SIGNATURE OF PRESIDING JUDICIAL OFFICER
► 12-4-00  DATE

FILED BY ____ D.C. CT. REP.
MAR 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

13. SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS
---|---|---
A. Apportion ____ % of transcript with ____ | | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B.
C. ☑ Prosecution Opening Statement  ☑ Prosecution Argument  ☑ Prosecution Rebuttal  ☑ Defense Opening Statement  ☑ Defense Argument  ☑ Voir Dire  ☑ Jury Instructions | | 14. C. X Dm
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Roger Watford
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE): Rm. 617, 301 N. Miami Ave, Miami, FL 33128
19. TELEPHONE NO. AREA CODE (305) NUMBER 523-5548

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | [redacted] | | $ | $ | $ | $ |
| B. Copy | 1-940; 1-19; 1-49 | 1,006 | $.25¢ | $251.50 | $ | $251.50 |
| C. Expenses (Itemize): | | filed 2/12/01 | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

► Roger Watford    2-12-01
CLAIMANT'S CERTIFICATION    DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

► Myra McKinney    2/13/01
SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE

23. TOTAL CLAIMED $251.50

24. APPROVED FOR PAYMENT ► [signature]
SIGNATURE OF PRESIDING JUDICIAL OFFICER

25. AMT. APPROVED $251.50