February 20th, 2001

00-6022-CR-
Middlebrooks
DMM/
AEU

Honorable Judge Donald M. Middlebrooks,

United States District Court,

Miami Division,

301 North Miami Avenue (4th floor,

Miami, Florida 33128.

FILED BY _____ D.C.

01 MAR 20  AM 10:53

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

RE: UNITED STATES vs CHARLES ALLEN KEN

Honorable Judge;

On September 27th, 2000, I was adjudicated guilty, in your court and a sentence of 110 months imposed over the independent objection to the Christelle amount, Appeal Objection and the defendant request to withdraw his plea and proceed to trial.

The court subsequently appointed the attorney Glen Henson, esq. to assist the defendant in pursuit of his appeal. In my last conversation with mr Henson, he's still awaiting copy of transcript.

The purpose of this avenue is to ask the court to appoint counsel to assist the defendant in filing the 18 U.S.C.§ or petition. Mr Henson has informed me his assistance does not extend to § 2255. The defendant continues to languish in jail for charges that were manufactured by Government agents and duly used to secure his conviction in trial.

234
98

The Defendant thank the Court for the expeditious assistance in his pursuit of justice.

Gonzales Llompt.

Reg # 60206-004

BCDF

20 Brooklyn Drive

Asheville, NC 28801