UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CHARLES LLEWYLN,
Reg. No. 60206-004

          Defendant.
_____/



## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

THIS MATTER is before the Court upon the Defendant CHARLES LLEWYLN's pro se Letter/Motion for Appointment of Counsel to prepare and file his 18, U.S.C. §2255 petition (DE #234). The Court has reviewed said letter/motion, the arguments contained therein, and the Court noting that Mr. Llewyln's direct appeal of his conviction and sentence is currently pending before the Court of Appeals, it is

ORDERED AND ADJUDGED that the Defendant CHARLES LLEWYLN's pro se Motion for Appointment of Counsel is hereby **DENIED**.

DONE AND ORDERED, in Miami, Florida, this 30 day of March, 2001.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

cc:   Roger Stefin, AUSA
       Charles Llewyln, Pro Se
       Mark Graham Hanson, Esq.

