RHS/sls

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,    )
                               )
            Plaintiff,   )
v.                        )
                               )
CHARLES LLEWYEN          )
            Defendant.  )
_____)

NIGHT BOY
...FILED...
JUL 20 2001
CLERK, USDC...

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO DISMISS INDICTMENT

The United States of America responds to defendant's Motion to Dismiss Indictment Under Federal Rules of Criminal Procedure 12(B)(2) and states:

1.    Defendant seeks dismissal of the indictment under Rule 12(B)(2), F.R.CR.P., claiming that the indictment in this matter was defective.  Rule 12(B)(2) states that defenses and objections based on defects in the indictment must be raised <u>before trial</u>. Since the defendant entered a plea of guilty in this matter, Rule 12(b) is inapplicable.

Further, by his plea of guilty defendant waived all non-jurisdictional defects in the indictment.  <u>United States v. Fairchild</u>, 803 F2d, 1121 (11th Cir. 1986).

JUL 2 4 2001

Rec'd in MIA DKt _____

NON-COMPLIANCE OF S.D. fla. L.R.

Wherefore, the United States request that Defendant's motion be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar # 0287334
500 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
Tel: 954-356-7255
Fax: 954-356-7336

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Defendant's Motion to Dismiss Indictment  was mailed this 20th day of July, 2001 to Charles Llewyln  Reg.No. 60206-004, BCDF, 20 Davidson Dr., Ashville, NC 28801.


_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

3