# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 27, 2001



Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 00-15230-FF      USA v. Charles Llewlyn
DC DKT NO.:  00-06022 CR-DMM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: one psi
    Original record on appeal or review, consisting of: four volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

(1) Vol Pleadings
(3) Vols Transcripts
(1) PSI

MDT-1 (1-2001)

# United States Court of Appeals

## For the Eleventh Circuit

No. 00-15230

District Court Docket No.
00-06022-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 25, 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LLEWLYN,
a.k.a. Charles Llewylin,

Defendant-Appellant.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

-----------------------------------------------------------------
Appeal from the United States District Court
for the Southern District of Florida
-----------------------------------------------------------------

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

Entered:    May 25, 2001
For the Court:    Thomas K. Kahn, Clerk
By:    McCombs, Elaine


ISSUED AS MANDATE
JUL 2 7 2001
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 00-15230
Non-Argument Calendar

_____

D. C. Docket No. 00-06022-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 25 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LLEWLYN,
a.k.a. Charles Llewylin,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District fo Florida

_____

(May 25, 2001)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

We find no abuse of discretion in the district court's denial of Charles Llewlyn's

motion to withdraw his guilty plea.

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia