01-779(

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE ... ... ... OOKS
SENTENCE BY A PERSON IN FEDERAL ... ... SORRENTINO

| United States District Court | District Southern District of Florida | |
|---|---|---|
| Name of Movant Charles Montgommery Llewlyn | Prisoner No. 60206-004 | Docket No. *00-* 6022-CR-DMM |
| Place of Confinement Jesup, Federal Correctional Institution | | |

(include name upon whic' ... victed)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | V. | Charles Llewlyn (full name of movant) |

MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States__ District Court , Southern District of Florida

2. Date of judgment of conviction __September 27, 2000__

3. Length of sentence__110 Months and 3 Years Supervised Release.__

4. Nature of offense involved (all counts) __Conspiracy to possess with intent to distri-bute cocaine a schedule 11 substance with Aiding and Abetting.__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

__Entered a plea to Count 1 of the indictment, Count 11 was dismiss-ed by way of agreement__

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

cat / div *B/FTL*
Case # *01-779*
Judge *DMM* Mag *CHS*
Motn Ifp *N/A* Fee pd $ *N/A*
Receipt # _____

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

    (a) Name of court __Eleventh Circuit Court of Appeals_____

    (b) Result ____Denied_____

    (c) Date of result ___On or About May 25th, 2001_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___United States District Court for Southern Dist. of Fl.

       (2) Nature of proceeding ___Rule 12 (b) (2) Motion to Dismiss Indictment.___

       (3) Grounds raised___(1) Defective Indictment: (2) Court constructively ___

          amended the indictment by inserting in the missing elements ,

          i.e. drug quantity.

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐ No ☒

       (5) Result____.Dismissed as time barred_____

       (6) Date of result ___October 19th, 2001_____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court United States District Court- West Palm Beach Division

       (2) Nature of proceeding ___Motion to Reconsider_____

       (3) Grounds raised___Movant was in-transit, and for excusable negligence

          the Court should reconsider its adverse ruling.

(3)

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: __Trial Court Violated Petitioner Sixth Amendment__
__Rights.__

Supporting FACTS (tell your story *briefly* without citing cases or law: _____

__See Attached Memorandum of Law__

B. Ground two: ___Trial Court erred in enforcing plea__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

__See Attached Memorandum of Law__

C. Ground three: __Trial Court erred in attributing five kilograms__
__of cocaine to Petitioner.__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

__See Attached Memorandum of Law__

(5)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-0547-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FREDERICK A. SCHREIER,

        Defendant.

_____/

FILED

/ 2 3 20

LERK, USDC / SDFL / WP

## GOVERNMENT'S MOTION FOR HEARING ON ISSUE OF MENTAL HEALTH EXAMINATION OF DEFENDANT BY GOVERNMENT'S PSYCHOLOGIST WITHOUT DEFENSE COUNSEL BEING PRESENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Honorable Court to hold a hearing on the issue as to whether defendant may be interviewed and evaluated by the government's psychologist without the pressence of the defense counsel. In support thereof, the government avers as follows:

1.      As the Court is aware, defendant has pleaded guilty to the offense of possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5). Defendant is pending sentencing before the Court on January 3, 2002.

2.      Defendant has, through counsel, submitted mental health reports which indicate the defendant shall be pursuing some sort of claim of diminished capacity, thus putting his mental state at issue.

3.      The government has retained the services of Dr. George L. Rahaim, of the Center for Personal Psychology in West Palm Beach, Florida, to conduct his own, independent evaluation of



the defendant.

4.      Dr. Rahaim has advised counsel for the government that in his opinion and based on his past experience and practice in conducting numerous similar evaluations, that it is inadvisable and clinically impracticable to conduct an accurate psychological evaluation of the defendant with defense counsel (or any third person, to include government counsel) present in the same room. Dr. Rahaim has requested government counsel file this motion to obtain permission to conduct his testing and evaluation without defense counsel being present.

5.      The undersigned has conferred with counsel for defendant, Bruce H. Fleisher, Esq., and related the foregoing to Mr. Fleisher.  Mr. Fleisher advised he wants to be present for any evaluations or interviews conducted upon the defendant by Dr. Rahaim.

6.      As defendant has already pleaded guilty, the United States submits that the psychological evaluation is not a critical state of the defendant's prosecution at which the Sixth Amendment compels defense counsel's being present.

WHEREFORE, the United States respectfully request that the Court set this matter for hearing on this issue.  The undersigned respectfully notifies the Court that he will be trial before Judge Middlebrooks and thus unavailable the dates of November 27-28, 2001, and will be in

Washington, D.C. on official business November 29-30, 2001, and respectfully requests that any

hearing not be set on those dates..

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:

JOHN C. McMILLAN, JR.
ASSISTANT   UNITED   STATES   ATTORNEY
Admin. No. A5500228
500 Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 820-8711
FAX:    (561) 820-8777

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd

day of November, 2001, to:

Bruce H. Fleisher, Esq.
Grand Bay Plaza - Suite 1206
2665 South Bayshore Drive
Coconut Grove, Florida 33132

By:

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-0547-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDERICK A. SCHREIER,

Defendant.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** came before the Court on the Government's Motion for Hearing on Issue of

Mental Health Examination of Defendant By Government's Psychologist Without Defense Counsel

Being Present. The Court being advised in its premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's motion is GRANTED and a hearing

on this matter shall be held before the Court on _____, 2001, at

_____ a.m. / p.m., in West Palm Beach, Florida.

**DONE AND ORDERED** this _____ day of November, 2001, at West Palm Beach,

Florida.


_____
**DANIEL T. K. HURLEY**
**UNITED STATES DISTRICT JUDGE**

cc:    AUSA John C. McMillan (WPB)
        Bruce H. Fleisher, Esq.

## SERVICE LIST

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
500 Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 820-8711
FAX:    (561) 820-8777
(counsel for the United States)

BRUCE H. FLEISHER, ESQ.
2665 S Bayshore Drive
Grand Bay Plaza - Suite 1206
Coconut Grove, FL  33133
Office:        (305) 859-7999
FAX:          (305) 858-0603