```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
              CASE NO.  00-6022-CR-MIDDLEBROOKS
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LLEWYLN,

    Defendant(s).

_____/

### ORDER

THIS CAUSE has come before the Court upon the Defendant Charles Llewyln pro se Motion to Schedule Payments, filed March 18, 2002. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED. Pursuant to the Inmate Financial Responsibility Program all payments of criminal monetary penalties imposed in the Judgment, shall be due during the period of imprisonment through the Federal Bureau of Prisons Inmate Financial Responsibility Program.

DONE AND ORDERED at Miami, Florida, this ___9___ day of April 2002.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

cc:  Charles Llewyln, Pro Se,
     Reg#60206-004
     Federal Correctional Institution
     2680 Highway 301 South, F2
     Jesup, Ga 31599