**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-7261-CIV-MIDDLEBROOKS
(00-6022-CR-MIDDLEBROOKS)
MAGISTRATE JUDGE SORRENTINO

CHARLES LLEWYLN, :

    Movant, :

v. : FINAL JUDGMENT

UNITED STATES OF AMERICA, :

    Respondent. :

FILED by ___ D.C.
SEP - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

For the reasons stated in the report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to dismiss indictment under Federal Rules of Criminal Procedure 12(b)(2) is dismissed, as time-barred.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Miami, Florida, this 4 day of Sept, 2001.

_____
UNITED STATES DISTRICT JUDGE

cc: Charles Llewyln, Pro Se
    Roger H. Stefin, AUSA