October 10, 2001

Honorable Judge Donald M. Middlebrooks,
United States District Court,
301 N.E. Miami Ave., 6th floor
Miami, Florida
33128

01 OCT 16 PM 4:24

01-7261-Civ-Middlebrooks
00-6022-Cr-Middlebrooks
Magistrate Judge Sorrentino

RE- UNITED STATES V CHARLES LLEWYLN
Case No. 6022-Cr-DMM

Dear Judge Middlebrooks:
Respectfully again I contact the court to apprise the court of my current addres:

JESSUP FCI
2680 Highway 301. South
Jessup, Georgia

This is in conjunction with my previuos prayer to the court seeking relief pursuant to Fed. Crim. Pr. rule (12)b though untimely but could be recognize by the court as dictated by Fed. R. Crim. 12(f) and that jurisdiction defect can never be waived not even with the defendant's consent and aplea of guilty does not waive such defects as held by the Eleventh Circuit in Unitedstates V Tomeny (1998).

In a letter dated August 12, 2001, I duly informed the court of my status of being intransit and if the court had already ruled on said motion adversely to consider said correspondence as notice of appeal contesting any such unfavourable ruling and respectfully ask that the court provide the Defendant with competent counsel to perfect such appeal.

The Defendant now pray that the court will respond in atimely manner as to the courts ruling in the matter pending as I continue to seek relief from this government manufactured crime, of which I remain innocent.

I thank the court most kindly for taking time out to address my concerns and its usual promt response.

Respectfully Submitted,

Charles Llewyln

#60206-004
Jessup FCI

CC: Kept