UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-7261-CIV-MIDDLEBROOKS

CHARLES LLEWYLN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



OCT 19 2001

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court on a *sua sponte* review of the record. On September 4, 2001, this Court adopted the recommendation of Magistrate Judge Charlene Sorrentino and dismissed as time-barred movant's motion to dismiss the indictment, and entered final judgment in favor of the United States. On September 26, 2001, the final judgment was returned as undeliverable because movant was no longer at his last known address. On October 16, 2001, movant filed a notice of change of address. Accordingly, the clerk is hereby instructed to CLOSE the case.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 19 day of October 2001.

                DONALD M. MIDDLEBROOKS
                UNITED STATES DISTRICT JUDGE

cc: Roger H. Stefin, AUSA
    Charles Llewyln, *pro se*
      Jessup FCI
      2680 Highway 301 South
      Jessup, Georgia 31546