UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
00-6022-CR
Case No. ~~01-7261~~-CIV-MIDDLEBROOKS

CHARLES LLEWYLN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



FILED by WGC D.C.

NOV 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MOTION FOR RECONSIDERATION

    THIS CAUSE comes before the Court upon movant Charles Llewyln's ("Llewyln") Motion for Reconsideration, filed November 5, 2001. The Court has reviewed the record and is advised in the premises. On August 8, 2001, Magistrate Judge Charlene Sorrentino issued a Report and Recommendation ("R&R") in this case. Llewyln was given ten days from the receipt of the R&R within which to file objections thereto. Llewyln now claims that he never received a copy of the R&R, although it was not returned as undeliverable. On September 4, 2001, the Court adopted the findings and conclusions of the R&R and entered final judgment in favor of the respondent. This final judgment *was* returned as undeliverable due to Llewyln no longer being at his last known address. Then, on October 19, 2001, the Court entered an Administrative Order directing the Clerk to close the case. The instant motion seeks reconsideration of the October 19, 2001 administrative order. Along with the motion, Llewyln attaches a letter from the Federal Correctional Institution at Jessup, Georgia (where he currently is incarcerated), stating that Llewyln was "in transit from 09-18-2001 through 10-12-2001 [and that] [d]uring this time ... he could only be allowed little or no access to his property or legal material." Federal Rule of Civil Procedure allows a court to relieve a party from a final judgment for, *inter alia*, excusable neglect. However, there appears to be no reason for Llewyln's failure to object to the original R&R, which was issued in early August, nearly six weeks before Llewyln was "in transit." Further, Llewyln now moves the Court to reconsider an administrative order that did nothing more than instruct the Clerk to close the case, which the Court

had mistakenly left out of its final judgment. The Court finds no reason to reconsider its October 19, 2001, administrative order. Accordingly, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this /6 day of November 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Roger H. Stefin, AUSA
　　Charles Llewyln, *pro se*
　　　Jessup FCI
　　　2680 Highway 301 South
　　　Jessup, Georgia 31546