Clerk of Court,
United States District Court
Southern District of Florida
701 Clematis Street
West Palm Beach, Florida

November 11, 2001

IN RE: Case No. 01-7261-Civ-Middlebrooks

Dear Clerk of Court:

Respectfully I submit this letter to obtain a copy of Magistrate Judge Charlene Sorrentino recommendation in the above styled case.

As indicative of Judge Middlebrooks Order of October 19 2001, I have yet to recieve said Order. In respect to my motion for reconsideration and tentative notice of appeal, could you advise if has been docketed, and provide me with a copy of the filed notice of appeal.

Thanking you kindly for your assistance.

Respectfully Submitted,

Charles Llewlyn/#60206-004
2680 Highway, 301 South
Jesup, Georgia 31599

NOV 19 2001