UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-6022 CR SAM

Case O. ~~01-7261~~- CIV-MIDDLEBROOKS



CHARLES LLEWYLN,

    Movant,

V

UNITED STATES OF AMERICA,

    Respondent.
_____/

### NOTICE OF APPEAL

Notice is hereby given that Movant, CHARLES LLEWYLN, pro-se, hereby appeal to the United States Court of Appeal for the Eleventh Circuit from the District Court's Order denying Motion pursuant to Rule 60(B). this notice is filed in accordance with App. R. 4(a)(1)(A) and is timely.

This 30th day of November, 2001.

Respectfully Submitted,

Charles Llewyln
#60206-004
2680 Highway, 301 South
Jesup, Georgia 31599

## CERTIFICATE OF SERVICE

THIS 30th day of November, 2001, I have deposited for mail this Notice of Appeal in the mail receptacle at Jesup Federal Correctional Institution with adequate postage to the following address:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33701

Respectfully submitted,

Charles Llewyln, #60206-004
2680 Highway 301 South
Jesup, Georgia 31599

**UNDER PENALTY OF PERJURY ( 28 U.S.C. § 1746)**