O 240 (Rev. /86) Application to proceed

00-6022CR-DMM

# United States District Court

SOUTHERN DISTRICT — DISTRICT OF — FLORIDA

CHARLES M. LLEWYLN, pro se

v.

UNITED STATES OF AMERICA

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 01-16985 USCA#
DC DKT NO: ~~01-07261 CV-DMM~~

I, Charles M. Llewyin, declare that I am the (check appropriate box)

[X] petitioner/plaintiff
[ ] respondent/defendant
[ ] movant (filing 28 U.S.C. 2255 motion)
[X] Motion to Dismiss (Fed.R.Cr. P. 12)
    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defence, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

District Court erred in dismissing motion to dismiss as time barred, contrary to United States v Candelario 240, F.2d 1300 (11th Cir.) Cert denied, 121 S.Ct. 2535 (2001).

In further support of this application, I answer the following questions.

1. Are you presently employed?  YES [X]  NO [ ]
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.(list both gross and net salary) I am employed at the Jesup Federal Correctional Institution as a pipefitter at a monthly salary of $5.25 per month.
   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?  YES [ ]  NO [X]
   b. Rent payments, interest or dividends?                    YES [ ]  NO [X]
   c. Pensions, annuities or life insurance payments?          YES [ ]  NO [X]
   d. Gifts or inheritances?                                   YES [ ]  NO [X]
   e. Any other sources?                                       YES [X]  NO [ ]

If the answer to any of the is "yes" describe each source of money and state the amount received from eact during the past twelve mounths.
Paul Gordon approximately $350.00 (friend); Delroy Cowan $200.00
Winsome Campbell approximately $200.00 (wife);Meghan Irons $50.00

3. Do you own any cash, or do you have money in checking or savings accounts? Yes [X] No [ ] (Include any funds in prison accounts.)
If the answer is "yes", state the total value of the items owned.

Approximately $180.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
If the answer is "yes", describe the property and state its approximate value. NO

N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
Lucy Crawford;(Mother) Schontal Oddman; Allison Oddman and Ashanti Oddman (daughters) Zero contribution at this time due to my circumstances.

I declare under penalty of perjury that the foregoing is true and correct. to the best of my knowledge and recollection.
Executed on _____
           (Date)                    Signature of Applicant

## CERTIFICATE
(prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ $180.10 on account to his credit at the Federal Correctional Inst. Jesup, GA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: NONE

I further certify that during the last six months the applicant's average balance was $ 121.50

                                    G. Mitchell, COUNSELOR.
                                    Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge   Date    | United States Judge   Date    |

```
                         ACCOUNT
                        STATEMENT
FCI JESUP **LIMITED OFFICIAL USE**              DATE 12/19/01
2600 HWY 301 SOUTH                              PAGE No.01
JESUP, GA. 31545


                                            Account # 60206004

            LLEWLYN, CHARLES NMI
            F2
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | .00 | .00 | .00 | .00 | .00 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T01628 | 13:30 | 10-15-01 | MONEY ORDER | 100.00 | 100.00 |
| 389286 | 16:43 | 10-15-01 | DEPOSIT ITS FUNDS | 10.00- | 90.00 |
| 000086 | 16:41 | 10-16-01 | SALE / REGULAR | 55.68- | 34.32 |
| 38C81B | 22:08 | 10-17-01 | DEPOSIT ITS FUNDS | 4.00- | 30.32 |
| 38D826 | 20:12 | 10-18-01 | DEPOSIT ITS FUNDS | 5.00- | 25.32 |
| 3917FD | 16:12 | 10-21-01 | DEPOSIT ITS FUNDS | 5.00- | 20.32 |
| 394B08 | 16:49 | 10-24-01 | DEPOSIT ITS FUNDS | 7.00- | 13.32 |
| 3963A6 | 21:07 | 10-25-01 | DEPOSIT ITS FUNDS | 5.00- | 8.32 |
| 39900C | 16:49 | 10-28-01 | DEPOSIT ITS FUNDS | 3.00- | 5.32 |
| 39A474 | 21:47 | 10-29-01 | DEPOSIT ITS FUNDS | 1.00- | 4.32 |
| 39AF5B | 20:36 | 10-30-01 | DEPOSIT ITS FUNDS | 1.00- | 3.32 |
| 39B6E8 | 16:50 | 10-31-01 | DEPOSIT ITS FUNDS | 1.00- | 2.32 |
| 39ED49 | 22:31 | 11-01-01 | DEPOSIT ITS FUNDS | 1.00- | 1.32 |
| 3A2F5A | 16:50 | 11-03-01 | DEPOSIT ITS FUNDS | 1.00- | .32 |
| DL0031 | 9:35 | 11-15-01 | FUNDS TRANSFERRED IN | 355.58 | 355.90 |
| 3BF691 | 17:01 | 11-19-01 | DEPOSIT ITS FUNDS | 15.00- | 340.90 |
| T04657 | 12:03 | 11-21-01 | MONEY ORDER | 100.00 | 440.90 |
| T04745 | 12:30 | 11-21-01 | MONEY ORDER | 120.00 | 560.90 |
| 3C2A59 | 20:19 | 11-21-01 | DEPOSIT ITS FUNDS | 10.00- | 550.90 |
| 3C5770 | 17:54 | 11-23-01 | DEPOSIT ITS FUNDS | 5.00- | 545.90 |
| 3C7710 | 15:17 | 11-25-01 | DEPOSIT ITS FUNDS | 10.00- | 535.90 |
| 000012 | 11:46 | 11-26-01 | SALE / REGULAR | 139.15- | 396.75 |
| T05089 | 14:36 | 11-26-01 | MONEY ORDER | 50.00 | 446.75 |
| 3CB976 | 16:37 | 11-29-01 | DEPOSIT ITS FUNDS | 10.00- | 436.75 |
| 000018 | 12:40 | 11-30-01 | SALE / REGULAR | 39.95- | 396.80 |
| 3D039C | 9:27 | 12-02-01 | DEPOSIT ITS FUNDS | 6.00- | 390.80 |
| 000016 | 11:52 | 12-03-01 | SALE / REGULAR | 43.20- | 347.60 |
| 3D2A1A | 16:46 | 12-03-01 | DEPOSIT ITS FUNDS | 17.00- | 330.60 |
| 3D5F95 | 16:48 | 12-05-01 | DEPOSIT ITS FUNDS | 10.00- | 320.60 |
| IOS005 | 10:05 | 12-07-01 | FIN. RESP. ACT | 25.00- | 295.60 |
| 3DA4F1 | 20:45 | 12-07-01 | DEPOSIT ITS FUNDS | 5.00- | 290.60 |
| 3DDC0B | 9:40 | 12-09-01 | DEPOSIT ITS FUNDS | 5.00- | 285.60 |
| NOV01 | 10:03 | 12-10-01 | PERFORMANCE PAY | 5.25 | 290.85 |
| 000064 | 12:54 | 12-10-01 | SALE / REGULAR | 40.60- | 250.25 |
| 3E2C40 | 20:09 | 12-11-01 | DEPOSIT ITS FUNDS | 5.00- | 245.25 |
| 3E5F15 | 16:40 | 12-13-01 | DEPOSIT ITS FUNDS | 5.00- | 240.25 |
| 3E8FDD | 9:37 | 12-15-01 | DEPOSIT ITS FUNDS | 5.00- | 235.25 |
| 000044 | 12:23 | 12-17-01 | SALE / REGULAR | 55.15- | 180.10 |

```
                        **** TRANSACTION TOTAL ****      180.10
```