UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6022-CR-DMM
~~01-7261-CIV~~-MIDDLEBROOKS

CHARLES LLEWYLN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



Filed by ____ D.C.

1/3/02

## ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS CAUSE comes before the Court upon petitioner Charles Llewyln's ("Llewyln") Application to Proceed In Forma Pauperis, filed December 26, 2001 (DE#12). The Court has reviewed the record and is advised in the premises. Determinations concerning applications to proceed *in forma pauperis* are governed by 28 U.S.C. § 1915. *See Brown v. Pena*, 441 F. Supp. 1382, 1384 (S.D. Fla. 1977), *aff'd*, 589 F.2d 1113 (5th Cir. 1979). The general guideline that a district court is to follow in making this determination is whether the appeal is taken in good faith, *see Coppedge v. United States*, 369 U.S. 438 (1962), which boils down to whether the issue for which appellate review is sought is frivolous. *See Busch v. County of Volusia*, 189 F.R.D. 687, 691-92 (M.D. Fla. 1999) (collecting cases). "[T]he district court must grant leave to appeal *in forma pauperis* unless issues raised are so frivolous that the appeal would be dismissed in the case of a nonindigent litigant." *Id.* at 692. A final note in the guidance on this issue is that in general, "a court should be more willing to entertain an *in forma pauperis* application in a criminal proceeding ... than in a civil action for damages." *Id.* It is with this standard in mind that we look to the present motion.

Llewyln seeks leave to proceed *in forma pauperis* in his appeal of this Court's Order dismissing as untimely Llewyln's motion to dismiss the indictment in this case. Although as mentioned this Court denied the motion to dismiss as untimely, the issue is not such that the Court can definitively state that the appeal is frivolous. Further, Llewyln has provided the appropriate documentation in support of his application. Accordingly, it is hereby

ORDERED AND ADJUDGED that the petitioner's Application to Proceed In Forma Pauperis (DE#12) is GRANTED.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 5 day of January 2002.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Roger H. Stefin, AUSA
    Charles Llewyln, *pro se*
      Jessup FCI
      2680 Highway 301 South
      Jessup, Georgia 31546