UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6022 CR-DMM

Case No. ~~01-7261-CIV~~-MIDDLEBROOKS

CHARLES LLEWYLN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/



FILED by _____ D.C.
JAN 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON NOTICE OF APPEAL

    THIS CAUSE comes before the Court upon petitioner Charles Llewyln's ("Llewyln") Notice of Appeal, construed as a Motion for a Certificate of Appealability, filed December 5, 2001 (DE#11). The Court has reviewed the record and is advised in the premises.

    Llewyln requires a Certificate of Appealability ("COA") to proceed with an appeal. *See Hardwick v. Singletary*, 122 F.3d 935, 936 (11th Cir.), *modified on other grounds*, 126 F.3d 1412, 1313 (11th Cir. 1997). "A [COA] may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and "shall indicate which specific issue or issues satisfy the showing required by [the statute]." *Id.* Before the Court of Appeals may rule on the merits, the district court must rule on whether to issue a COA. *See Edwards v. United States*, 114 F.3d 1083, 1084-85 (11th Cir. 1997). Further, the scope of review on appeal is limited to such issues. *See Murray v. United States*, 145 F.3d 1249, 1250-51 (11th Cir. 1998).

    As evidenced by his Notice of Appeal, Llewyln seeks to appeal this Court's decision not to reconsider the October 19, 2001, Administrative Order instructing the Clerk to close this case due to the September 4, 2001, entry of final judgment in favor of the United States and against Llewyln. The short Notice of Appeal contains no indication as to any "substantial showing of the denial of a constitutional right." Additionally, the Court finds none in the record. Accordingly, it is hereby

ORDERED AND ADJUDGED that the motion for a COA is DENIED.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 16 day of January 2002.

                                                   DONALD M. MIDDLEBROOKS
                                                   UNITED STATES DISTRICT JUDGE

cc: Roger H. Stefin, AUSA
    Charles Llewyln, *pro se*
       Jessup FCI
       2680 Highway 301 South
       Jessup, Georgia 31546