UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022 CR-MIDDLEBROOKS

CHARLES LLEWYLN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



FILED by _____ D.C.

FEB 19 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MOTION TO VACATE JUDGMENT

THIS CAUSE comes before the Court upon movant Charles Llewyln's ("Llewyln") Motion to Vacate Judgment Pursuant to Fed. R. Civ. P. 60(b)(4), received in Chambers and filed in West Palm Beach on February 15, 2002. The Court has reviewed the record and is advised in the premises.

Llewyln seeks to vacate the Final Judgment entered by this Court on September 4, 2001, on the basis that Magistrate Judge Charlene Sorrentino was without jurisdiction to enter her August 8, 2001 Report. In that Report, Magistrate Judge Sorrentino recommended that Llewyln's Federal Rule of Criminal Procedure 12(b)(2) Motion to Dismiss be dismissed as being untimely filed. On September 4, 2001, this Court entered Final Judgment for the Respondent United State of America, dismissing Llewyln's motion as time-barred. Llewyln now challenges Magistrate Judge Sorrentino's jurisdiction to enter her original Report.

On July 27, 2001, this action was referred to Magistrate Judge Sorrentino "for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." Such a referral is wholly appropriate pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules for the Southern District of Florida. Although Llewyln is correct that § 636(b)(1)(A) does not allow a magistrate "to hear *and* determine" (emphasis added) a motion to dismiss, this is not what occurred here. Here, Magistrate Judge Sorrentino issued a Report pursuant to § 636(b)(1)(B), which provides that a magistrate may "submit to a judge of the court proposed

findings of fact and recommendations [*i.e.*, a Report and Recommendation] for the disposition, by a judge of the court, of any motion excepted in subparagraph (A)," which includes motions to dismiss. Upon receipt of Magistrate Judge Sorrentino's Report, the Court made an independent and *de novo* review of the issues, and thereupon entered the Final Judgment. Such is entirely consistent with the applicable statutory framework. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion to Vacate is DENIED.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 19 day of February 2002.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: counsel of record
    Charles Llewyln, *pro se*
        Jessup FCI
        2680 Highway 301 South
        Jessup, Georgia 31546