UNITED STATED DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHARLES LLEWYLN,
    Plaintiff,
V

UNITED STATES OF AMERICA,
    Respondent.
_____/

Case NO: 01-7201-CV-DMM
Crim. NO: 06022-CR-DMM

NOTICE OF APPEAL

COMES NOW, Charles Llewyln, federal prisoner, #60206-004, pro se respectfully file this his Notice of Appeal pursuant to Fed.R. App. Rule(s) 4, hereby invoking the Eleventh Circuit jurisdiction pursuant to 28 U.S.C. § 1291. Appealing the district court ruling on the lack of jurisdiction by the Magistrate Judge.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under pains and penalty of perjury a true and correct copy of the foregoing was affixed with adequate postage and mailed 6th day of February 2002, to the address below;

Clerk of Court,
701 Clematis Street,
West Palm Beach, Fl
33701

Charles Llewyln, #60206-004
Fedreral Correctional Inst.
2680 Highway 301 South, F2
Jesup, GA. 31599
Respectfully submitted,