UNITED STATED DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHARLES LLEWYLN,
    Plaintiff,
V

UNITED STATES OF AMERICA,
    Respondent.
_____/

Case NO: 01-7261-CV-DMM
Crim. NO: 06022-CR-DMM

## MOTION TO APPOINT COUNSEL

**COMES NOW** Charles Llewyln, pro se, respectfully move this Court pursuant to the Criminal Justice Act 18 U.S.C. § 3006(A) and the Sixth Amendment to the United States Constitution to appoint counsel to perfect his appeal from this Courts adverse decision entered in the above styled matter.

    In support of this his motion he so states:

(1) That this Court has already found this petitioner indigent.

(2) That his claim is colorable by virtue of this Circuit ruling in United States v Candelario, 240 F.3d 1300 (11th Cir. 2001)

(3) That this appeal constitutes a criminal matter even though styled by this court as a civil proceedings.

(4) That he's entitled to appellate counsel to properly make his pleadings.

    WHEREFORE GOOD CAUSE SHOWN, the plaintiff-defendant herein prays this Court will be so moved to appoint counsel.

(1)