UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                          CASE NO. 06022-CR-DMM
                                   01-cv-7261-DMM

CHARLES LLEWYLN,
        Defendant.
_____/

## MOTION TO SCHEDULE PAYMENTS

**COMES NOW CHARLES M. LLEWYLN,** pro se, Respectfully Move this Honorable Court to enter an Administrative Order scheduling the payment of this courts assessment of one hundred dollars imposed upon him. In support of this his pro se motion he so states:

(1) That he was convicted in the above styled matter on September 27,2000.
(2) That this Court assessed a cost of one hundred dollars this defendant should pay.
(3) That this Court has previously found this Defendant indigent.
(4) that the defendant is presently confined at the Jesup Federal Correctional Institution.
(5) That the defendant is currently employed by said institution at a nominal rate of twelve cent per hour, pro rated for inclement weather and other factors.
(6) That the defendant has no other stable source of income.
(7) That failure of the Court to enter an Order will result in sanctions been imposed upon him for failure to pay said fines.
(8) That 18 U.S.C. § 3565(b)(1)(A) gives this Court jurisdiction to determine payment schedules when necessary.

(1)

   WHERFORE by ~~~e of **18 U.S.C. § 3565(b)**, the defendant herein Moves this ~~urt respectfully to enter ~~ Order compelling this defendant to pay at least five($5) dollars per month until exhausted or in the alternative ten ($10) dollars every three months.

   Llewyln prays this Honorable Court will enter such an Order to prevent him from been unduly penalized base on his impecuinosity.


Respectfully submitted,

*/s/ Charles Llewyln*

Charles Llewyln, Pro Se,
#60206-004
Federal Correctional institution
2680 Highway 301 South, F2
Jesup, Ga 31599

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under pains and penalty of perjury that the foregoing was deposited with adequate postage to the address below and a copy of teh foregoing was hand delivered addressed to the authorities here at Jesup Federal Correctional Institution by placing in the internal mailbox this day March 13,2002.

Respectfully submitted,

Charles Llewyln,
#60206-004
Jeup FCI
2680 Highway 301 South
Jesup,GA. 31599

CC: Clerk of Court
    Warden Hobbs