UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CR-DMM
~~01-7261-CIV~~-MIDDLEBROOKS

CHARLES LLEWYLN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



FILED by _____ D.C.
APR 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MOTION TO APPOINT COUNSEL

THIS CAUSE comes before the Court upon petitioner's Motion to Appoint Counsel, filed March 11, 2002 (DE#20). The Court has reviewed the record and is advised in the premises. Although this case, its appeal, and whatever collateral proceedings have taken place thus far have all become somewhat enmeshed procedurally, one thing is clear, and that is that the petitioner's criminal conviction in case number 00-CR-6022-MIDDLEBROOKS was affirmed on direct appeal by the Eleventh Circuit, with the mandate having issued on July 27, 2001. Therefore, while recognizing that "[a] first appeal as of right ... is not adjudicated in accord with due process of law if the appellant does not have the effective assistance of an attorney," *Evitts v. Lucey*, 469 U.S. 387, 396 (1985), and therefore that "a criminal defendant has a constitutional right to counsel during the first appeal as of right," *Williams v. Turpin*, 87 F.3d 1204, 1209 (11th Cir. 1996), the Court finds that the petitioner has already been afforded this right. In an Order dated September 28, 2000, this Court appointed Mark Hanson, Esquire, to represent appellant on his direct appeal. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the motion to appoint counsel is DENIED.

    DONE AND ORDERED in Chambers in ~~Miami~~ West Palm Beach, Florida, this 12 day of April 2002.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc: Roger H. Stefin, AUSA
    Charles Llewyln, *pro se*
      Jessup FCI
      2680 Highway 301 South
      Jessup, Georgia 31546