UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   01-7261-CIV-MIDDLEBROOKS/SORRENTINO
(00-6022-CR-MIDDLEBROOKS)

CHARLES LLEWYLN,

    Plaintiff/Movant,

v.

UNITED STATES OF AMERICA,

    Defendant/Respondent,

_____/



### CLERK'S NOTICE OF INSTRUCTION TO LITIGANTS

Pursuant to an Order of Clarification issued by Donald M. Middlebrooks, United States District Judge, classifying this proceeding as a motion in the underlying criminal action, and in accordance with Local Policy of this District, the Clerk instructs the parties to this action as follows:

    1.    That all documents docketed and filed in the civil case will be docketed and filed in the criminal action;

    2.    That all documents hereafter shall bear the following case number followed by the surname of the assigned Judicial Officers as follows:

**00-6022-CR-MIDDLEBROOKS**

to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 15th day of May, 2002.

                  CLARENCE MADDOX,
                  Court Administrator • Clerk of Court

                  By: _____
                      Deputy Clerk

c:    U.S. District Judge Middlebrooks
      U.S. Magistrate Judge Sorrentino
      All counsel of record/pro se parties

