IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Respondent,<br><br>-versus-<br><br>Charles M. Llewlyn<br>        Movant/Defendant. | ]<br>]<br>]<br>]  CASE No: 00-6022-CR-DMM<br>]<br>]<br>]<br>] |

## MOTION FOR DISMISSAL OF INDICTMENT

Comes Now, Owen St. Junior Oddman, in proper person and files this his motion and moves the court to dismiss the above styled indictment and shows the court as follows:

1. That he is incarcerated under the allegations set forth in the above indictment.

2. That Owen St. Junior Oddman asserts that the indictment is defective in that it does not contain a proper and sufficient allegation of the name of the defendant.

3. That the true and given name of the movant is Owen St, Junior Oddman.(See transcript of plea hearing of movant under oath attached)

4. That the United States was aware of movant's true identity on or about February 2/27/00 and failed to move the court to amend the indictment or re-submit same to the grand jury.(See attached)

5. That Owen St. Junior Oddman asserts that failure of the indictment to contain his true name vitiates it.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A

6. That movant did waive his right to challenge the indictment by pleading guilty.

7. That movant could only waive such objection by proceeding to trial on the merits of the case.

WHEREFORE, the movant prays that this court dismiss the above styled indictment and released him from federal custody.
MOVANT FURTHER SAYETH NAUGHT

                        Respectfully submitted,
                        Owen Oddman

This the 8th day of June 2004.

```
 1              THE COURT:  All right, Mr. Horowitz, are you
 2   ready to begin with this change of plea?
 3              MR. HOROWITZ:  Yes, we are, Your Honor.
 4              THE COURT:  Ms. Walden, would you please swear
 5   the defendant.
 6              THE CLERK:  Please raise your right hand.
 7              (Defendant Sworn)
 8              THE COURT:  Good morning, sir.  What is your
 9   name?
10              THE DEFENDANT:  Owen Oddman.
11              THE COURT:  Oddman, did you say?
12              THE DEFENDANT:  Yes, sir.
13              THE COURT:  How do you spell that?
14              THE DEFENDANT:  O-D-D-M-A-N.
15              THE COURT:  And you also have been known as
16   Charles Llewlyn?
17              THE DEFENDANT:  Yes, sir.
18              THE COURT:  But Oddman is your given name?
19              THE DEFENDANT:  Yes, sir.
20              THE COURT:  All right, Mr. Oddman.  You are
21   now under oath, and if you answer falsely to any of my
22   questions, your answer could later be used against you
23   in another prosecution for perjury or for false
24   statement.  Do you understand that?
25              THE DEFENDANT:  Yes, sir.
```

UNITED STATES GOVERNMENT

# memorandum

DATE: 02/24/00

REPLY TO
ATTN OF: 7 (c)
828/271-   FAX-828/271-

SUBJECT:
ODMAN, Owen
Aka Charles Llewyln

TO:
United States Marshal
Southern District of Florida
301 North Miami Avenue, Room 205
Miami, FL 33128-7785



Enclosed are the following documents on the above subject:

__X__   WARRANT

____   INDICTMENT

____   MAGISTRATE COMPLAINT

____   JUDGEMENT AND COMMITMENT

__X__   WE HAVE BEEN INFORMED THE ABOVE SUBJECT IS IN YOUR CUSTODY.
According to : 7 (c) FBI (704/377- 7(c), Odman was arrested under the name of Charles Llewyln, DOB-01/15/64. Please hold our warrant as a detainer.

____   SUBJECT IS IN STATE CUSTODY AT_____
PLEASE PLACE A DETAINER AND SEND A COPY BACK TO THIS OFFICE. IF SUBJECT IS SERVING A SENTENCE HAVE HIM/HER COMPLETE A SPEEDY TRIAL FORM AND RETURN IT ALSO TO THIS OFFICE.

REMARKS:

THANKING YOU FOR YOUR ASSISTANCE IN THIS MATTER.

COPY TO:   FILE
           US ATTORNEY

OPTIONAL FORM NO. 19
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114
☆ U.S. GPO: 1986—491-248/40042

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was deposited in the institution mail with adequate postage to effectuate delivery via U.S. Mail First Class to:

AUSA Roger Steffin
Office of the United States Attorney
299 E Broward Blvd
Fort Lauderdale, Fl 33301

Respectfully submitted,

Owen Oddman

Effectuated this day June 8th 2004.

CC: File