UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA,
         Respondent,

   -verses-                    00-6022-CR-DMM

CHARLES LIEWLYN,
_____Movant/Defendant._____/

### MOTION  TO  AMEND  AND  STRIKE

    **Comes Now,** Owen St. Junior Oddman in proper person and files this motion and move the court to consider the following:

1.   That on or about June 7,2004, movant submitted a motion for dismissal of the above caption indictment based on lack of specificity of the movant.

2.   That paragraph 6 should be stricken from said motion.

3.   That paragraph 6 should read, "That movant did not waive right to challenge misnomer by pleading guilty."

    Wherefore, movant prays that this motion be granted.


                         Respectfully submitted,

             /s/_____
                Owen Oddman
                USM# 60206-004
                F.C.I. (JESUP)
                2680 Highway 301 South
                Jesup, Georgia 31599

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A

## CERTIFICATE  OF  SERVICE

I, Owen Oddman, movant, of the foregoing Motion to Amend And Strike; Hereby certify under penalty of perjury that a true exact and correct copy was deposited in the VIA U.S. prison mailbox this 8th day of June 2004 to the following:

Roger Steffin, AUSA
U.S. Attorney's office
500 E. Broward Blvd.
Ft. Lauderdale, Fl.33401

/s/ _Owen Oddman_
Owen Oddman
USM# 60206-004
F.C.I. (JESUP)
2680 Highway 301 South
Jesup, Georgia 31599

[2]