UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN,

    Defendant.
_____/

### ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion to Dismiss Indictment, filed June 10, 2004. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___7___ day of July, 2004.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Charles M. Llewlyn, *pro se*, Reg. No. 60206-004
       USAO