UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

FILED by ___ D.C.

OCT 7 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN

    Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's pro se Nunc Pro Tunc Section 2255 Motion, filed September 24, 2004. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of October, 2004.

                DONALD M. MIDDLEBROOKS
                UNITED STATES DISTRICT JUDGE

cc:    AUSA
        Charles M. Llewlyn, pro se