UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,  :
      Plaintiff,  :
                         :  **CASE NO. 00-6022-CR-DMM**
-versus-  :
                         :
CHARLES M. LLEWLYN, Et. Al.  :
      Defendant(s).  :         NIGHT BOX
                         :              FILED
                         :

CLARENCE MADDOX
CLERK USDC/SDFL/FTL

## MOTION FOR APPOINTMENT OF COUNSEL

    NOW COMES the Defendant Charles M. Llewlyn, pro se and respectfully move this Court pursuant to **Title 18 U.S.C. §3006(A)** for appointment of Counsel to prosecute his Motion for Modification of Sentence pursuant to **Title 18 U.S.C. §3582(c)(1)(B)**. In support thereof the Defendant so states:

1. The Defendant has being incarcerated pursuant to the judgment of this Court for approximately four years.

2. The Defendant has been adjudged indigent by this Court previously.

3. The Defendant does not have the resources to obtain learned counsel.

4. The issues advance in his Motion are complex and above the grasp of the Defendant.

5. That there exist a reasonably probability that the Defendant sentence was imposed in violation of the statutory maximum and the Court exceeded its authority to impose an exceptional sentence on the Defendant.

6. That the interest of justice would be best served if the Court would assign learned counsel to represent the Defendant herein.

WHEREFORE, premises considered the Defendant begs and pray that this Honorable Court so enter an order granting counsel.

Respectfully submitted,

*Charles M. Llewlyn*
Charles M. Llewlyn, Pro Se
USM#60206-004
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599

Certificate of Service

I the undersigned certify that a true and correct copy of the foregoing instrument was served upon AUSA Roger Steffin, this day 29th, January, 2005.

Respectfully submitted,

*Charles M. Llewlyn*
Charles M. Llewlyn, Pro Se
USM#60206-004