UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN, pro se,

    Defendant.

_____/



## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's pro se Nunc Pro Tunc Motion to Dismiss Indictment, filed on March 7, 2005. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED.**

**DONE AND ORDERED** at West Palm Beach, Florida, this _15_ day of March, 2005.

    DONALD M. MIDDLEBROOKS
    **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
        Charles M. Llewlyn, USM #60206-004
        Jesup FCI 2680 Hway 301 S. Jesup, George 31599