UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  -versus-

                              CASE NO. 00-6022-CR-DMM

CHARLES M. LLEWLYN,

       Defendant.

_____/

## NOTICE OF APPEAL

    AND NOW COMES the Defendant Charles M. Llewlyn, sui juris and hereby lodge this his Notice of Appeal pursuant to Federal Rules of Appellate Procedure 3 & 4 from the district court's order of March 15, 2005, denying his Motion to Dismiss Indictment, to the Eleventh Circuit Court of Appeals.

    The issues to be presented on appeal are:

(i) Whether an indictment must be returned in open court, the record denotes same to a U.S. Magistrate Judge while court is in session to confer jurisdiction on the court, and an indictment not so return is invalid? (Federal Rules of Criminal Procedure 6(f))

(ii) Whether an indictment must contain every element of the charged offense to pass constitutional muster, and, if not is such a charging instrument defective?

(iii) Whether the district court findings that the defendant was responsible for 5 kilograms of cocaine when such facts were neither

alleged in the indictment or admitted by the defendant, constructively amended the indictment, to the extent it was not the indictment as returned by the grand jury?

(iv) Whether the defendant was denied his Fifth Amendment rights as set forth in the Fair Notice/Grand Jury Clause and his Sixth Amendment rights as set forth in the Jury Trial/Confrontation Clause as has been interpreted in such case as In re Winship/Apprendi?

Executed this day March 23, 2005.

Respectfully submitted,

Charles M. Llewlyn
USM#60206-004
Jesup FCI
2680 Highway 301 South
Jesup, GA 31599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CHARLES M. LLEWLYN, pro se,

     Defendant.

_____ /

**ORDER**

FILED by ___ D.C.

MAR 1 5 2005

CLARENCE MADDOX
CLERK
S. D.

    **THIS CAUSE** has come before the Court upon the Defendant's pro se Nunc Pro Tunc

Motion to Dismiss Indictment, filed on March 7, 2005.    The Court being fully advised in the

premises, it is

    **ORDERED AND ADJUDGED** that the Motion is hereby **DENIED.**

    **DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of March, 2005.

                              **DONALD M. MIDDLEBROOKS**
                              **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
       Charles M. Llewlyn, USM #60206-004
       Jesup FCI 2680 Hway 301 S. Jesup, George 31599