UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN,

    Defendant(s).

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion to Modify Sentence, filed February 3, 2005. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**; see, Varela v. US, 400 F.3d 864 (11Cir. 2005).

**DONE AND ORDERED** at West Palm Beach, Florida this _____ day of May, 2005.

    DONALD M. MIDDLEBROOKS
    **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record/Pro Se Party
       U. S. Probation Office