UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN,

    Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Motion to Reconsider (Motion to Alter/Amend Judgment), filed May 18, 2005. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this _19_ day of May, 2005.

                DONALD M. MIDDLEBROOKS
                UNITED STATES DISTRICT JUDGE

cc:    USAO
        Charles M. Llewlyn, USM #60206-004, Jesup FCI, 2680 Highway 301 South, Jessup, GA 31599
        U. S. Probation Office