FILED by _____ D.C.
APPEALS

JUL 15 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:  7/15/2005

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:  00-06022-CR  - DMM

U.S.C.A. No:  05-11804-II

Style:  CHARLES M. LLEWLYN V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

1  Volume(s) of pleadings

3  Volume(s) of Transcripts

X  Exhibits:   0  boxes;        0  folders;

0  envelopes;      1  PSIs (sealed)

☐  other:  _____

☐  other:  _____

☐  Other:  _____

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court,
Southern District of Florida

Sincerely,
Clarence Maddox, Clerk of Court

By: _____  Deputy Clerk

Date _7/15/05_  Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☐ 301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

```
                                              AEV     CLOSED
                                              APPEAL
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6022-ALL

USA v. Llewlyn                                Filed: 01/25/00

Other Dkt # 0:00-m -04006

Case Assigned to:  Judge Donald M. Middlebrooks

CHARLES LLEWLYN (1)          Philip Robert Horowitz
aka                           [term  09/28/00]
Charles Llewylin             FTS 232-1963
    defendant                [COR LD NTC ret]
  [term  09/28/00]           Philip R. Horowitz
                             9130 S Dadeland Boulevard
                             Suite 1910 Two Datran Center
                             Miami, FL 33156
                             305-232-1949

                             Mark Graham Hanson
                             FTS 442-0733
                             305-285-0816
                             Suite 102
                             [COR LD NTC cja]
                             2530 SW 3rd Avenue
                             Miami, FL 33129-2034

                             Charles Llewlyn
                             ppp
                             60206-004
                             Federal Correction Institution
                             2650 Highway 3015
                             Jessup, GA 31599
```

Pending Counts:                      Disposition

21:846=CD.F CONSPIRACY       Imprisonment for a term of 110
DISTRIBUTE CONTRL SUBST      months.  Supervised release
(1)                          for a period of 3 years.
                             Assessment of $100.00.
                             (1)


Offense Level (opening): 4



Docket as of July 6, 2005 3:04 pm            Page 1

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                          CLOSED APPEAL
```

Terminated Counts:                          Disposition

21:841A=CD.F CONTROLLED SUBST     Dismissed
SELL/DISTR/DISPENSE               (2)
(2)


Offense Level (disposition): 4



Complaints                                  Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================

Case Assigned to:  Judge Donald M. Middlebrooks

DOUGLAS MCCLOUD (2)                 Public Defender
     defendant                     [term  02/01/00]
   [term  09/07/00]                 FTS 356-7556
                                    [COR LD NTC pda]
                                    Daryl Elliott Wilcox
                                      [term  02/01/00]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436

                                    Leon Watts
                                      [term  02/24/00]
                                    FTS 833-0368
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    200 S Indian River Drive
                                    Suite 207
                                    Fort Pierce, FL 34950
                                    561-833-6288

                                    Russell Karl Rosenthal
                                      [term  09/07/00]
                                    [COR LD NTC cja]

Docket as of July 6, 2005 3:04 pm                     Page 2
```

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

```
                                    PO Box 2528
                                    Fort Myers, FL 33902-2528
```

```
Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY          Imprisonment for a term of 88
DISTRIBUTE CONTRL SUBST          months.  Supervised release
(1)                              for a period of 5 years.
                                 Assessment of $100.00.
                                 (1)
```

```
Offense Level (opening): 4
```

```
Terminated Counts:                       Disposition

21:841A=CD.F CONTROLLED SUBST   Dismissed
SELL/DISTR/DISPENSE              (2)
(2)
```

```
Offense Level (disposition): 4
```

```
Complaints                               Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]
```

```
========================
```

```
Docket as of July 6, 2005 3:04 pm                    Page 3
```

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

Case Assigned to:  Judge Donald M. Middlebrooks

CHRISTOPHER GILBOURNE (3) ,              Abe Anselheart Bailey
PRISONER # (not listed) DOB:               [term   09/07/00]
(not listed) Place: Kingston,            FTS 653-5286
Jamaica                                  305-653-8860
     defendant                           5th Floor
  [term   09/07/00]                      [COR LD NTC cja]
                                         18350 NW 2nd Avenue
                                         Miami, FL 33169

                                         David Patrick Rowe
                                          [term   09/07/00]
                                         FTS 651-3666
                                         [COR LD NTC tmp]
                                         Rosemarie D Robinson & Company
                                         18800 NW 2nd Avenue
                                         Suite 105 A
                                         Miami, FL 33169
                                         305-653-6900


Pending Counts:                              Disposition

21:846=CD.F CONSPIRACY               Imprisonment for a term of 160
DISTRIBUTE CONTRL SUBST              months as to each of Counts    1
(1)                                  and 2, to be served
                                     concurrently.  Supervised
                                     release as   to each of Counts
                                     1 and 2, to be served
                                     concurrently.      Assessment
                                     of $200.00.
                                     (1)


21:841A=CD.F CONTROLLED SUBST        Imprisonment for a term of 160
SELL/DISTR/DISPENSE                  months as to each of Counts    1
(2)                                  and 2, to be served
                                     concurrently.  Supervised
                                     release as   to each of Counts
                                     1 and 2, to be served
                                     concurrently.      Assessment
                                     of $200.00.
                                     (2)


Offense Level (opening): 4


Terminated Counts:

    NONE


Docket as of July 6, 2005 3:04 pm                    Page 4

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL
```

Complaints                              Disposition

```
21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]
```


========================

Case Assigned to:  Judge Donald M. Middlebrooks

```
EDWARD DANY (4)                  Abe Anselheart Bailey
     defendant                    [term  10/27/00]
  [term  10/27/00]               FTS 653-5286
                                 305-653-8860
                                 5th Floor
                                 [COR LD NTC cja]
                                 18350 NW 2nd Avenue
                                 Miami, FL 33169

                                 Arthur Elliot Marchetta, Jr.
                                  [term  09/05/00]
                                 FTS 566-7980
                                 954-566-9889
                                 Suite 600
                                 [COR LD NTC ret]
                                 Galleria Professional Building
                                 915 Middle River Drive
                                 Fort Lauderdale, FL 33304

                                 Steven Hunter Kassner
                                  [term  10/27/00]
                                 FTS 740-5404
                                 305-740-5404
                                 [COR LD NTC cja]
                                 7228 SW 54th Avenue
                                 Miami, FL 33143
                                 305-740-5404
```


```
Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY          Seventy-eight (78) months
DISTRIBUTE CONTRL SUBST         imprisonment; 3 years
(1)                             supervised   release, $100
                                assessment
                                (1)
```


Offense Level (opening): 4


```
Docket as of July 6, 2005 3:04 pm               Page 5
```

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL
```

Terminated Counts:                     Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                             Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



=========================

Case Assigned to:  Judge Donald M. Middlebrooks

DORREL BRYAN (5) , DOB:            Paul A. McKenna
unknown Prisoner # 60205-004         [term  08/10/00]
    defendant                       FTS 373-2040
    [term  10/27/00]                [COR LD NTC ret]
                                    McKenna & Obront
                                    200 S Biscayne Boulevard
                                    Suite 2940
                                    Miami, FL 33131
                                    305-373-1040

                                    James Scott Benjamin
                                      [term  10/27/00]
                                    FTS 779-1771
                                    [COR LD NTC cja]
                                    Benjamin & Aaronson
                                    1 Financial Plaza
                                    Suite 1615
                                    Fort Lauderdale, FL 33394-2843
                                    954-779-1700

                                    Dorrel Bryan
                                    ppp
                                    60205-004
                                    Federal Correctional
                                    Institution
                                    Yazoo City
                                    PO Box 5000
                                    Yazoo city, MS 39194


Docket as of July 6, 2005 3:04 pm                    Page 6

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY              Eighty-seven (87) months
DISTRIBUTE CONTRL SUBST             imprisonment; 3 years
(1)                                supervised      release; $100
                                   assessment.
                                   (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                               Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                          CLOSED  APPEAL
```

Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


U. S. Attorneys:

    Roger Harris Stefin, AUSA
    FTS 356-7336
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33301-3002
    954-356-7255

    PTS Officer
    561-803-3460
    [COR LD NTC]
    Pretrial Services Office
    701 Clematis Street
    Room 221
    West Palm Beach, FL 33401
    561-803-3460

    Probation Officer
    FTS 655-1049
    561-804-6894
    [COR LD NTC]
    United States Probation Office
    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL

1/15/00   --      ARREST of Charles Llewylin, Douglas McCloud, Christopher
                  Gilbourne, Edward Dany, Dorrel Bryan, Howard Beckford
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/15/00   1       COMPLAINT as to Charles Llewylin, Douglas McCloud,
                  Christopher Gilbourne, Edward Dany, Dorrel Bryan, Howard
                  Beckford
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   2       ORDER on Initial Appearance as to Douglas McCloud Bond set
                  to No Bond earing-Stipulated $250,000 CSB w/nebbia for
                  Appointment of Public Defender Arraignment set for 11:00
                  1/28/00 before Magistrate Barry S. Seltzer, , ( Signed
                  by Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   3       ORDER on Initial Appearance as to Charles Llewylin Bond set
                  to $150,000 Corp. Surety recommended for Charles Llewylin.
                  Arraignment set for 11:00 1/28/00 for Charles Llewylin ;
                  Report re counsel set for 11:00 1/28/00 for Charles
                  Llewylin ;   before Magistrate Barry S. Seltzer, , (
                  Signed by Magistrate Barry S. Seltzer  on 1/18/00)  Tape #
                  00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   4       ORDER on Initial Appearance as to Dorrel Bryan Bond set to
                  $100,000 PSB/ $25,000-10% Cash Arraignment set for 11:00
                  1/28/00 ; Report re counsel set for 11:00 1/28/00 before
                  Magistrate Barry S. Seltzer, , ( Signed by Magistrate
                  Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   5       ORDER on Initial Appearance as to Christopher Gilbourne
                  Bond set to $150,000 Corp. Surety Requested for Christopher
                  Gilbourne.   Arraignment set for 11:00 1/28/00 for
                  Christopher Gilbourne ; Report re counsel  and bond hearing
                  set for 11:00 1/21/00 for Christopher Gilbourne ; before
                  Magistrate Barry S. Seltzer, , ( Signed by Magistrate
                  Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   7       Minute of Initial Appearance held on 1/18/00  before
                  Magistrate Barry S. Seltzer  as to Dorrel Bryan ; Atty.
                  Paul McKenna temporarily retained, $100,000 PSB-$25,000-10%
                  Cash, IRC/arraignment 1/28/00. Court Reporter Name or Tape
                  #: 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   8       Minute of Initial Appearance held on 1/18/00  before
                  Magistrate Barry S. Seltzer  as to Charles Llewylin ; Atty.
                  Fred Robbins temporarily retained, IRC/arraignment 1/28/00,
                  bond hearing 1/20/00. Court Reporter Name or Tape #: 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

Docket as of July 6, 2005 3:04 pm                      Page 9

```
Proceedings include all events.                               AEV
0:00cr6022-ALL USA v. Llewlyn                          CLOSED APPEAL
```

1/18/00  9    Minute of Initial Appearance held on 1/18/00 before
              Magistrate Barry S. Seltzer as to Douglas McCloud ; FPD
              appointed, no bond hearing held, both sides stipulate to a
              $250,000 Corp. surety bond with a nebbia. arraignment set
              1/28/00. Court Reporter Name or Tape #: 00-002
              [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  10   Minute of Initial Appearance held on 1/18/00 before
              Magistrate Barry S. Seltzer as to Christopher Gilbourne ;
              Defendant advised of charges, will hire an atty., IRC/bond
              hearing set 1/21/00, arraignment 1/28/00. Court Reporter
              Name or Tape #: 00-002
              [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  11   Minute of Initial Appearance held on 1/18/00 before
              Magistrate Barry S. Seltzer as to Edward Dany ; Defendant
              advised of charges, CREOLE INTERPRETER ORDERED, will be
              brought back tomorrow when Interpreter available,
              arraignment set 1/28/00. Court Reporter Name or Tape #:
              00-002
              [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  13    PERSONAL SURETY BOND entered by Dorrel Bryan in Amount $
              100,000  Approved by Magistrate Barry S. Seltzer .
              Surrender passports/travel documents;  Report to PTS as
              follows: as directed  Random urine testing;  Full-time
              employment;  Avoid victims/witnesses;  No firearms/weapons;
               Curfew from: 11:00 pm to 6:00 am  Additional conditions:
              no excessive alcohol no illegal drugs.
              [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  14   Minute of initial appearance held on 1/19/00 before
              Magistrate Barry S. Seltzer as to Edward Dany ; Tape #:
              00-003
              [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  15   INTERPRETER required for Edward Dany  Language: Creole
              [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  16   ORDER on Initial Appearance as to Edward Dany Pretrial
              Detention Requested . Detention hearing set for 10:00
              1/24/00 ; Preliminary examination set for 11:00 1/28/00 ;
              before Magistrate Barry S. Seltzer, ,  ( Signed by
              Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-003 CCAP
              [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  17    10% BOND entered by Dorrel Bryan in Amount $ 25,000
              Receipt # 401 518336  Approved by Magistrate Barry S.
              Seltzer .
              [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

| | | |
|---|---|---|
| 1/19/00 | 18 | CJA 20 as to Edward Dany : Appointment of Attorney Abe Anselheart Bailey ( Signed by Magistrate Barry S. Seltzer on 1/19/00) Voucher# 0859519 [ 0:00-m -4006 ] (dd) [Entry date 01/19/00] |
| 1/19/00 | 19 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Douglas McCloud [ 0:00-m -4006 ] (pb) [Entry date 01/20/00] |
| 1/19/00 | 20 | NOTICE of Assignment of Assistant Public Defender for Douglas McCloud . Terminated attorney Public Defender for Douglas McCloud AFPD Daryl Elliott Wilcox assigned. [ 0:00-m -4006 ] (pb) [Entry date 01/20/00] |
| 1/20/00 | 21 | Minute of Bond Hearing held on 1/20/00 before Magistrate Barry S. Seltzer as to Charles Llewylin ; THere was a question about the defendant's INS status so the hearing was continued until 1/21/00 in MIAMI (at the special request of BSS). Court Reporter Name or Tape #: 00-005 [ 0:00-m -4006 ] (dd) [Entry date 01/20/00] |
| 1/20/00 | -- | Bond hearing as to Charles Llewylin set for 10:00 1/21/00 for Charles Llewylin before Duty Magistrate in Miami [ 0:00-m -4006 ] (dd) [Entry date 01/20/00] |
| 1/21/00 | 22 | REPORT Commencing Criminal Action as to Dorrel Bryan DOB: unknown Prisoner # 60205-004 [ 0:00-m -4006 ] (pb) [Entry date 01/21/00] |
| 1/21/00 | 25 | Minute of inquiry re cnsl/bond hearing held on 1/21/00 before Magistrate Barry S. Seltzer as to Christopher Gilbourne ; Tape #: 99-006 [ 0:00-m -4006 ] (pb) [Entry date 01/21/00] |
| 1/24/00 | 26 | Minute of Pretrial Detention Hearing held on 1/24/00 before Magistrate Barry S. Seltzer as to Edward Dany ; Parties stipulated to 200,000 CSB w/Nebbia with both sides reserving the right to proceed with a PTD hearing at a later date. Tape #: 00-006 [ 0:00-m -4006 ] (pb) [Entry date 01/24/00] |
| 1/24/00 | 27 | REPORT Commencing Criminal Action as to Christopher Gilbourne DOB: none given Prisoner # none given [ 0:00-m -4006 ] (dd) [Entry date 01/25/00] |
| 1/25/00 | 28 | INDICTMENT as to Charles Llewlyn (1) count(s) 1, 2, Douglas McCloud (2) count(s) 1, 2, Christopher Gilbourne (3) count(s) 1, 2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan (5) count(s) 1, 2 (Criminal Category 1) (Preliminary Examination cancelled.) (pb) [Entry date 01/26/00] Begin Vol. I |
| 1/25/00 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (pb) [Entry date 01/26/00] |

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

1/26/00   29    NOTICE of Temporary Appearance for Christopher Gilbourne by
                Attorney David Patrick Rowe (pa) [Entry date 01/27/00]

1/28/00   30    Minute of IRC held on 1/28/00 before Magistrate Barry S.
                Seltzer as to Charles Llewlyn ; Court Reporter Name or
                Tape #: 00-010 3338-3404 recall 00-011 708-905 (kw)
                [Entry date 01/31/00]

1/28/00   31    Minute of IRC/arraignment held on 1/28/00 before
                Magistrate Barry S. Seltzer as to Dorrel Bryan ; Court
                Reporter Name or Tape #: 00-011 10-170 (kw)
                [Entry date 01/31/00]

1/28/00   32    Minute of arraignment held on 1/28/00 before Magistrate
                Barry S. Seltzer as to Douglas McCloud ; Court Reporter
                Name or Tape #: 00-011 10219 (kw) [Entry date 01/31/00]

1/28/00   33    Minute of arraignment held on 1/28/00 before Magistrate
                Barry S. Seltzer as to Edward Dany ; Tape #: 00-010 10-375
                (kw) [Entry date 01/31/00]

1/28/00   34    Minute of IRC held on 1/28/00 before Magistrate Barry S.
                Seltzer as to Christopher Gilbourne ; Tape # 00-011 10-100
                00-011 950-1000 1286-1400 (kw) [Entry date 01/31/00]

1/28/00   35    NOTICE of Appearance for Edward Dany by Attorney Arthur
                Elliot Marchetta Jr. (kw) [Entry date 01/31/00]

1/28/00   36    NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                McKenna (kw) [Entry date 01/31/00]

1/28/00   37    ORDER RE: STATUS CONFERENCE SPEEDY TRIAL AND PRETRIAL
                MATTERS as to Charles Llewlyn, Douglas McCloud, Christopher
                Gilbourne, Edward Dany, Dorrel Bryan set status
                conference for 9:30 2/28/00 for Charles Llewlyn, for
                Douglas McCloud, for Christopher Gilbourne, for Edward
                Dany, for Dorrel Bryan before Magistrate Ann E. Vitunac
                ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

1/28/00   38    STANDING DISCOVERY ORDER as to Charles Llewlyn, Douglas
                McCloud, Christopher Gilbourne, Edward Dany, Dorrel Bryan
                all motions concerning matters not covered by this order
                must be filed within 28 days of this order ( Signed by
                Magistrate Barry S. Seltzer on 1/28/00) CCAP (kw)
                [Entry date 01/31/00]

1/28/00   39    ORDER on partial indigency for appointment of counsel and
                distribution of available funds as to Christopher Gilbourne
                ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

```
Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL
```

1/28/00   43      ARRAIGNMENT INFORMATION SHEET for Christopher Gilbourne (3)
                  count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00   44      ARRAIGNMENT INFORMATION SHEET for Edward Dany (4) count(s)
                  1, 2    NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (pa) [Entry date 02/01/00]

1/28/00   45      ARRAIGNMENT INFORMATION SHEET for Douglas McCloud (2)
                  count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00   46      ARRAIGNMENT INFORMATION SHEET for Dorrel Bryan (5) count(s)
                  1, 2    NOT GUILTY PLEA ENTERED as to all counts. Court
                  accepts plea. (pa) [Entry date 02/01/00]    *Vol. 1 Cont'd*

1/28/00   47      ARRAIGNMENT INFORMATION SHEET for Charles Llewlyn (1)
                  count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (pa) [Entry date 02/01/00]

1/31/00   40      NOTICE of Appearance for Charles Llewlyn by Attorney Philip
                  Robert Horowitz (pa) [Entry date 02/01/00]

1/31/00   41      CJA 20 as to Charles Llewlyn : Appointment of Attorney (
                  Signed by Magistrate Barry S. Seltzer   on 1/31/00 Nunc Pro
                  Tunc Date 1/28/00) (pa) [Entry date 02/01/00]

1/31/00   42      CJA 20 as to Christopher Gilbourne : Appointment of
                  Attorney Abe Anselheart Bailey ( Signed by Magistrate Barry
                  S. Seltzer   on 1/31/00 Nunc Pro Tun Date 1/28/00) (pa)
                  [Entry date 02/01/00]

2/1/00    48      NOTICE of Assignment of Assistant Public Defender for
                  Douglas McCloud. Terminated attorney Daryl Elliott Wilcox
                  for Douglas McCloud AFPD Leon Watts assigned. (pa)
                  [Entry date 02/02/00]

2/3/00    49      NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                  McKenna (pa) [Entry date 02/03/00]

2/4/00    50      Minute of Bond Hearing held on 2/4/00  before Magistrate
                  Ann E. Vitunac as to Charles Llewlyn; Tape #: AEV00-10-303
                  (pa) [Entry date 02/04/00]

2/4/00    --      Bond hearing as to Charles Llewlyn  held (pa)
                  [Entry date 02/04/00]

2/7/00    51      ORDER SETTING STATUS CONFERENCE: ORDER as to Charles
                  Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                  Dany, Dorrel Bryan set status conference for 9:10 2/28/00
                  before Judge Daniel T. K. Hurley (Signed by Judge T. K.
                  Hurley on 2/4/00) CCAP [EOD Date: 2/7/00] CCAP (pa)
                  [Entry date 02/07/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

2/11/00   53    NOTICE of Appearance for Christopher Gilbourne by Attorney
                David P. Rowe Esq. (pa) [Entry date 02/15/00]

2/11/00   54    NOTICE of filing the attached letter to the legal
                Department, Federal Detention Center, Miami, by Christopher
                Gilbourne (pa) [Entry date 02/15/00]

2/14/00   (52)  RESPONSE to Standing Discovery Order by USA  as to Charles
                Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                Dany, Dorrel Bryan (pa) [Entry date 02/14/00]

2/16/00   56    MOTION by Christopher Gilbourne for disclosure of of
                existence of confidential informers (at)
                [Entry date 02/22/00]                         *Vol. 1 Cont'd*

2/18/00   55    MOTION by Christopher Gilbourne for disclosure of giglio
                materials (kw) [Entry date 02/18/00]

2/18/00   57    MOTION by Christopher Gilbourne for giglio materials (pa)
                [Entry date 02/23/00]

2/22/00   58    MOTION by Douglas McCloud for Leon Daniel Watts to
                withdraw as attorney (pa) [Entry date 02/23/00]

2/24/00   59    ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
                McCLOUD: ORDER as to Douglas McCloud granting [58-1] motion
                for Leon Daniel Watts to withdraw as attorney (Terminated:
                attorney Leon Watts). New counsel shall be appointed by
                separate order (Signed by Magistrate Ann E. Vitunac on
                2/24/00) CCAP [EOD Date: 2/24/00] CCAP (pa)
                [Entry date 02/24/00]

2/25/00   60    MOTION by Edward Dany for disclosure of existence of
                confinential informers (pa) [Entry date 02/28/00]

2/25/00   61    MOTION by Edward Dany for giglio materials (pa)
                [Entry date 02/28/00]

2/25/00   62    MOTION by Edward Dany to reduce Bond, for Evidentiary
                Hearing on [62-1] motion for reduction of bond (pa)
                [Entry date 02/28/00]

2/28/00   (63)  Minute of Status Re: Discovery held on 2/28/00  before
                Magistrate Linnea R. Johnson as to Charles Llewlyn; Tape #:
                LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Charles Llewlyn  held (pa)
                [Entry date 02/28/00]

2/28/00   64    Minute of Status RE: Discovery held on 2/28/00  before
                Magistrate Linnea R. Johnson as to Dorrel Bryan; Tape #:
                LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Dorrel Bryan  held (pa)

```
Proceedings include all events.                              AEV
0:00cr6022-ALL USA v. Llewlyn                        CLOSED APPEAL
```

                    [Entry date 02/28/00]

2/28/00   65     Minute of Status Re: Discovery held on 2/28/00  before
                 Magistrate Linnea R. Johnson as to Douglas McCloud; Tape #:
                 LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --     Status conference as to Douglas McCloud  held (pa)
                 [Entry date 02/28/00]

2/28/00   66     Minute of Status Conference Re: Discovery held on 2/28/00
                 before Magistrate Linnea R. Johnson as to Christopher
                 Gilbourne;  Tape #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --     Status conference as to Christopher Gilbourne  held (pa)
                 [Entry date 02/28/00]

2/28/00   67     Minute of Status Re:Discovery held on 2/28/00  before
                 Magistrate Linnea R. Johnson as to Edward Dany;  Court Tape
                 #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --     Status conference as to Edward Dany  held (pa)
                 [Entry date 02/28/00]

2/28/00   68     ORDER as to Christopher Gilbourne, there are pending
                 motions. It is too early to determine whether or not the
                 case will plead. The parties estimate trial will take 5
                 days to complete. The government is preparing transcript of
                 conversations (Signed by Magistrate Linnea R. Johnson on
                 2/28/00) CCAP [EOD Date: 2/29/00] (pa) [Entry date 02/29/00]

2/28/00   69     ORDER as to Douglas McCloud, there are pending motions. It
                 is too early to determine whether or not the case will
                 plead. The parties estimate trial will take 5 days to
                 complete. The government is preparing transcripts but has
                 not completed them. (Signed by Magistrate Linnea R. Johnson
                 on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                 [Entry date 02/29/00] [Edit date 02/29/00]

2/28/00   70     ORDER as to Dorrel Bryan, Motions are pending. It is to
                 early to ascertain whether a plea is likely. The parties
                 estimate trial will take 5 days. The government has not
                 produced transcripts of tapes (Signed by Magistrate Linnea
                 R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                 [Entry date 02/29/00]

2/28/00   71     ORDER as to Charles Llewlyn, Motions pending. It is too
                 early to ascertain whether the case will plea. The parties
                 estimate trial will take 5 days. The Goverment has not
                 produced the tape trascripts  (Signed by Magistrate Linnea
                 R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                 [Entry date 02/29/00]

```
Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                 CLOSED APPEAL
```

2/28/00    72    ORDER as to Edward Dany, there are pending motions. It is
                 too early to ascertain whether the case will plea. The
                 parties estimate trial will take 5 days. The Goverment has
                 not produced the tape trascripts but is in the process of
                 doing so (Signed by Magistrate Linnea R. Johnson on
                 2/28/00) CCAP [EOD Date: 2/29/00] CCAP▒ (pa)
                 [Entry date 02/29/00]

2/28/00    --    Status conference as to Christopher Gilbourne, Douglas
                 McCloud, Dorrel Bryan, Charles Llewlyn, Edward Dany held
                 (pa) [Entry date 02/29/00]

2/28/00    --    Status conference as to Charles Llewlyn, Douglas McCloud,
                 Christopher Gilbourne, Edward Dany, Dorrel Bryan held (pa)
                 [Entry date 03/06/00]

3/1/00     73    NOTICE of Appearance for Christopher Gilbourne by Attorney
                 David P. Rowe (pa) [Entry date 03/01/00]

3/6/00     74    ORDER SETTING TRIAL DATE & ESTABLISING PRETRIAL PROCEDURES:
                 ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                 Gilbourne, Edward Dany, Dorrel Bryan set Jury trial for
                 5/1/00 before Judge Daniel T. K. Hurley, set calendar
                 call for 1:30 4/21/00 before Judge Daniel T. K. Hurley,
                 to Continue in Interest of Justice (Signed by Judge
                 Daniel T. K. Hurley on CCAP [EOD Date: 3/6/00] CCAP▒ (pa)
                 [Entry date 03/06/00]

3/6/00     75    ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT
                 OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS: ORDER as to
                 Christopher Gilbourne vacating [39-1] order ( Signed by
                 Magistrate Barry S. Seltzer on 3/6/00) CCAP [EOD Date:
                 3/7/00] CCAP▒ (pa) [Entry date 03/07/00]

3/7/00     76    NOTICE of Hearing as to Edward Dany: Motion hearing before
                 Magistrate Ann E. Vitunac set for 9:30 3/13/00 for [62-1]
                 motion to reduce Bond,and for [62-2] motion for Evidentiary
                 Hearing on [62-1] motion for reduction of bond (pa)
                 [Entry date 03/07/00]

3/7/00     77    RESPONSE by USA  as to Christopher Gilbourne, Edward Dany
                 re [61-1] motion for giglio materials (pa)
                 [Entry date 03/07/00]

3/7/00     78    CJA 20 as to Douglas McCloud : Appointment of Attorney
                 Russell Karl Rosenthal ( Signed by Magistrate Ann E.
                 Vitunac on 3/7/00) (pa) [Entry date 03/08/00]

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

3/17/00  (79)   ORDER as to Christopher Gilbourne, Edward Dany, Charles
                Llewlyn denying [55-1] motion for disclosure of giglio
                materials as to Christopher Gilbourne (3), denying [56-1]
                motion for disclosure of of existence of confidential
                informers as to Christopher Gilbourne (3), denying [60-1]
                motion for disclosure of existence of confinential
                informers, denying [61-1] motion for giglio materials as to
                Edward Dany (4) (Signed by Magistrate Ann E. Vitunac on
                3/17/00) CCAP [EOD Date: 3/17/00] CCAP (pa)
                [Entry date 03/17/00]

3/17/00  80     NOTICE of Hearing as to Edward Dany : Motion hearing
                before Magistrate Ann E. Vitunac set for 9:30 3/29/00 for
                [62-1] motion to reduce Bond, for [62-2] motion for
                Evidentiary Hearing on [62-1] motion for reduction of bond
                (pa) [Entry date 03/17/00]

3/29/00  81     Minute of Motion to Reduce Bond held on 3/29/00 before
                Magistrate Ann E. Vitunac as to Edward Dany; Court set bond
                at $50,000 Corporate Surety Bond with Nebbia. Conditions to
                be set at Nebia. Tape #: AEV00-21-890/1744 (pa)
                [Entry date 03/29/00]

3/29/00  --     Motion hearing  as to Edward Dany re: [62-1] motion to
                reduce Bond. Motion hearing held  before Magistrate Ann E.
                Vitunac (pa) [Entry date 03/29/00]

4/7/00   82     NOTICE of Hearing as to Edward Dany: set Nebbia Hearing
                for 10:00 4/11/00 for Edward Dany  before Magistrate Ann E.
                Vitunac (pa) [Entry date 04/07/00]

4/11/00  83     Minute of Nebbia Hearing held on 4/11/00  before Magistrate
                Ann E. Vitunac as to Edward Dany;  Bond set at $50,000 CSB.
                Tape #: AEV00-25-1009 (pa) [Entry date 04/11/00]

4/11/00  84     Exhibit and Witness List, as to Edward Dany (pa)
                [Entry date 04/11/00]

4/12/00  85     CORPORATE SURETY BOND entered by Edward Dany  in  Amount $
                50,000. Approved by Magistrate Ann E. Vitunac. Surrender
                passports/travel documents; Report to PTS as follows: 1X
                per week by phone & in person as directed. Random urine
                testing; Full-time employment; 40 Hours per week-verified
                by PTS> Avoid victims/witnesses; No firearms/weapons;
                Additional conditions: Reside at current address, do not
                move without Court's permission, no drugs/Narcotics, do not
                violate any other laws, not to be in an airplane or the
                highways, travel restricted to S/D of Florida. (pa)
                [Entry date 04/12/00]

4/19/00  86     UNOPPOSED MOTION by Dorrel Bryan to continue trial (pa)
                [Entry date 04/20/00]

4/20/00  87     UNOPPOSED MOTION by Edward Dany to continue trial (pa)

Docket as of July 6, 2005 3:04 pm                          Page 17

Proceedings include all events.                                         AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

                    [Entry date 04/20/00]

4/21/00    88     ORDER DENYING MOTION FOR CONTINANCE:ORDER as to Dorrel
                  Bryan denying [86-1] motion to continue trial (Signed by
                  Judge Daniel T. K. Hurley on 4/20/00) CCAP [EOD Date:
                  4/24/00] CCAP※ (pa) [Entry date 04/24/00]

4/27/00    89     ORDER DENYING MOTION TO CONTINUE:ORDER as to Edward Dany
                  denying [87-1] motion to continue trial (Signed by Judge
                  Daniel T. K. Hurley on 4/26/00) CCAP [EOD Date: 4/27/00]
                  CCAP※ (pa) [Entry date 04/27/00]

5/8/00     90     NOTICE of Hearing as to Douglas McCloud :  set Change of
                  Plea Hearing for 3:00 6/2/00 for Douglas McCloud   before
                  Judge Daniel T. K. Hurley (pa) [Entry date 05/08/00]

5/9/00     91     Requested Voir Dire Questions by Dorrel Bryan (pa)
                  [Entry date 05/10/00]

5/11/00    92     Minute of Jury Trial, Jury Impaneled, Voir Dire Begins held
                  on 5/11/00 before Judge Donald M. Middlebrooks as to
                  Christopher Gilbourne, Edward Dany, Dorrel Bryan ;
                  Continued to 9:30 5/15/00; Court Reporter Name or Tape #:
                  Roger Watford (nt) [Entry date 05/15/00]

5/11/00    --     Voir dire begun as to Christopher Gilbourne (3) count(s) 1,
                  2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan (5) count(s)
                  1, 2 (nt) [Entry date 05/15/00]

5/11/00    --     Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                  Bryan  held (nt) [Entry date 05/15/00]

5/11/00    --     Change of Plea Hearing as to Charles Llewlyn  held (wc)
                  [Entry date 05/18/00]

5/11/00    96     Minutes of Change of Plea hearing held on 5/11/00  before
                  Judge Donald M. Middlebrooks as to Charles Llewlyn ;   Court
                  defers adjudication of guilty until time of sentencing.
                  GUILTY: Charles Llewlyn (1) count(s) 1 Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00    97     Plea Agreement as to Charles Llewlyn (wc)
                  [Entry date 05/18/00]

5/11/00    98     NOTICE of Hearing as to Charles Llewlyn :  set Sentencing
                  for 4:30 8/9/00 for Charles Llewlyn   before Judge Donald
                  M. Middlebrooks (wc) [Entry date 05/18/00]

5/11/00    --     Change of Plea Hearing as to Douglas McCloud  held (wc)
                  [Entry date 05/18/00]

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

5/11/00   99    Minutes of Change of Plea hearing held on 5/11/00  before
                Judge Donald M. Middlebrooks as to Douglas McCloud ;
                GUILTY: Douglas McCloud (2) count(s) 1  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00   100   Plea Agreement as to Douglas McCloud (wc)
                [Entry date 05/18/00]

5/11/00   101   NOTICE of Hearing as to Douglas McCloud :  set Sentencing
                for 4:30 8/9/00 for Douglas McCloud   before Judge Donald
                M. Middlebrooks (wc) [Entry date 05/18/00]

5/15/00   --    Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/18/00]          *Vol. 1 (Cont'd)*

5/15/00   102   Minutes of Jury trial held on 5/15/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                Watford (wc) [Entry date 05/18/00]

5/15/00   103   ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                Gilbourne, Edward Dany, Dorrel Bryan transferring case to
                the calendar of Judge Donald M. Middlebrooks ( Signed by
                Judge Daniel T. K. Hurley on 5/9/00 and Judge Donald M.
                Middlebrooks on 5/15/00) CCAP [EOD Date: 5/18/00] CCAP (wc)
                [Entry date 05/18/00]

5/15/00   --    CASE reassigned  to Judge Donald M. Middlebrooks (wc)
                [Entry date 05/18/00]

5/16/00   93    NOTICE of Filing Memorandum of Law In Support of
                Defendant's Motion To Exclude Tape Transcripts by
                Christopher Gilbourne (at) [Entry date 05/17/00]

5/16/00   94    MOTION by Christopher Gilbourne to exclude tape
                transcripts of tape recordings and notice of Jencks
                violations (at) [Entry date 05/17/00]

5/16/00   95    MEMORANDUM OF LAW by Christopher Gilbourne in support of
                [94-1] motion to exclude tape transcripts of tape
                recordings and notice of Jencks violations (at)
                [Entry date 05/17/00]

5/16/00   --    Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/18/00]

5/16/00   104   Minutes of Jury trial held on 5/16/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                Watford (wc) [Entry date 05/18/00]

5/17/00   --    Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (wc) [Entry date 05/19/00]

Proceedings include all events.                                            AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

5/17/00   105   Minutes of Jury trial held on 5/17/00  before Judge Donald
                M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                Dorrel Bryan ;  Closing arguments made.  Deliberations
                commenced.  Trial ends.  See verdict forms.  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/19/00]

5/17/00   106   Court's Jury instructions as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   107   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   108   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   109   Jury notes and Court's answers as to Christopher Gilbourne,
                Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   110   JURY VERDICT as to Edward Dany Guilty: Edward Dany (4)
                count(s) 1, Not Guilty: Edward Dany (4) count(s) 2 (wc)
                [Entry date 05/19/00]

5/17/00   111   JURY VERDICT as to Christopher Gilbourne Guilty:
                Christopher Gilbourne (3) count(s) 1, 2 (wc)
                [Entry date 05/19/00]

5/17/00   112   JURY VERDICT as to Dorrel Bryan Guilty: Dorrel Bryan (5)
                count(s) 1, Not Guilty: Dorrel Bryan (5) count(s) 2 (wc)
                [Entry date 05/19/00]

5/17/00   114   Jury notes and Court's answers as to Charles Llewlyn (pa)
                [Entry date 05/23/00]

5/22/00   113   MOTION by Christopher Gilbourne for new trial (pa)
                [Entry date 05/22/00]

5/23/00   115   ORDER as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan granting ore tenus motion to extend time for filing
                post-trial motions.  All post-trial motions shall be filed
                by 6/1/00 ( Signed by Judge Donald M. Middlebrooks on
                5/22/00) CCAP [EOD Date: 5/24/00] CCAP (wc)
                [Entry date 05/24/00]

5/23/00   116   NOTICE of Hearing as to Dorrel Bryan :  set Sentencing for
                4:30 9/6/00 for Dorrel Bryan  before Judge Donald M.
                Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   117   NOTICE of Hearing as to Edward Dany :  set Sentencing for
                4:30 9/6/00 for Edward Dany  before Judge Donald M.
                Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   118   NOTICE of Hearing as to Christopher Gilbourne :  set
                Sentencing for 4:30 9/6/00 for Christopher Gilbourne before
                Judge Donald M. Middlebrooks (wc) [Entry date 05/24/00]

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                      CLOSED APPEAL

5/24/00    119    ORDER as to Christopher Gilbourne  denying [113-1] motion
                  for new trial as to Christopher Gilbourne (3) ( Signed by
                  Judge Donald M. Middlebrooks on 5/24/00) CCAP [EOD Date:
                  5/25/00] CCAP░ (wc) [Entry date 05/25/00]

5/26/00    120    FURTHER MOTION by Christopher Gilbourne for new trial (pa)
                  [Entry date 05/26/00]

5/30/00    121    MOTION by Dorrel Bryan for disbursement of bond (wc)
                  [Entry date 06/01/00]

5/30/00    121    ORDER as to Dorrel Bryan granting [121-1] motion for
                  disbursement of bond. The amount of $2,500.00 with any
                  accrued interest is to be returned to Betty Bryan ( Signed
                  by Judge Donald M. Middlebrooks on 5/17/00) CCAP [EOD Date:
                  6/1/00] CCAP░ (wc) [Entry date 06/01/00]

5/30/00    122    Release of exhibits as to Christopher Gilbourne  Released
                  to: David P. Rowe, P.A. (wc) [Entry date 06/01/00]

6/5/00     123    NOTICE OF INTERLOCUTORY APPEAL by Christopher Gilbourne re:
                  [119-1] order EOD Date: 5/25/00; FEE NOT PAID; Copies to
                  USCA, AUSA, USM, USPTS and Counsel of Record. (sn)
                  [Entry date 06/26/00]

6/29/00    124    Release of exhibits as to Christopher Gilbourne, Edward
                  Dany, Dorrel Bryan  Released to: TFO James Barnick (wc)
                  [Entry date 06/29/00]

7/7/00     --     NOTICE of Receipt of Transmittal Letter from USCA as to
                  Christopher Gilbourne Re: [123-1] appeal USCA Number:
                  00-13377-F (sn) [Entry date 07/07/00]

7/19/00    125    NOTICE of RECEIPT OF CORRESPONDENCE requesting a re-trial
                  as to Dorrel Bryan.  The Court does not accept ex parte
                  communications.  A copy of defendant's letter, dated
                  7/13/00 is being forwarded to counsel. Counsel is requested
                  to discuss this matter with the defendant and take whatever
                  action counsel deems appropriate (wc) [Entry date 07/20/00]

7/25/00    126    NOTICE of receipt of correspondence sent directly to Judges
                  Chambers by Edward Dany (td) [Entry date 07/26/00]

8/3/00     127    MOTION by Dorrel Bryan for Paul A. McKenna to withdraw as
                  attorney (wc) [Entry date 08/04/00]

8/3/00     128    ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                  Judge Linnea R. Johnson as to Dorrel Bryan : [127-1] motion
                  for Paul A. McKenna to withdraw as attorney as to Dorrel
                  Bryan (5)  ( Signed by Judge Donald M. Middlebrooks on
                  8/3/00) CCAP [EOD Date: 8/4/00]  CCAP (wc)
                  [Entry date 08/04/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

8/7/00    (129)    OBJECTION by Charles Llewlyn  to Presentence Investigation
                   Report (wc) [Entry date 08/07/00]

8/7/00    (130)    MOTION by Charles Llewlyn to continue sentencing (wc)
                   [Entry date 08/07/00]

8/7/00    (131)    SUPPLEMENTAL OBJECTIONS by Charles Llewlyn  to Presentence
                   Investigation Report (wc) [Entry date 08/08/00]

8/8/00    132      EMERGENCY MOTION by Douglas McCloud to continue Sentencing
                   date (wc) [Entry date 08/08/00]                   *Vol. (Cont'd)*

8/9/00    133      SECOND SUPPLEMENTAL OBJECTION by Charles Llewlyn  to
                   Presentence Investigation Report (wc) [Entry date 08/09/00]

8/9/00    134      ORDER as to Douglas McCloud  granting [132-1] motion to
                   continue Sentencing date  reset Sentencing for 4:30 9/6/00
                   before Judge Donald M. Middlebrooks ( Signed by Judge
                   Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                   CCAP※ (wc) [Entry date 08/10/00]

8/9/00    (135)    ORDER as to Charles Llewlyn  granting [130-1] motion to
                   continue sentencing  reset Sentencing for 4:30 9/6/00
                   before Judge Donald M. Middlebrooks ( Signed by Judge
                   Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                   CCAP※ (wc) [Entry date 08/10/00]

8/9/00    --       Report Re Counsel  as to Dorrel Bryan held (wc)
                   [Entry date 08/11/00]

8/9/00    136      Minutes of Inquiry re: counsel held on 8/9/00  before Ch.
                   Magistrate Judge Linnea R. Johnson as to Dorrel Bryan ;
                   Defendant sworn.  CJA counsel James Benjamin is hereby
                   appointed.  Paul McKenna is relieved as counsel of record.
                   Court Reporter Name or Tape #: LRJ-00-69-578 (wc)
                   [Entry date 08/11/00]

8/10/00   137      ORDER as to Dorrel Bryan  granting [127-1] motion for Paul
                   A. McKenna to withdraw as attorney (Terminated: attorney
                   Paul A. McKenna) for appointment of James Benjamin as
                   counsel under the Criminal Justice Act ( Signed by Ch.
                   Magistrate Judge Linnea R. Johnson on 8/9/00) CCAP [EOD
                   Date: 8/14/00] CCAP※ (wc) [Entry date 08/14/00]

8/16/00   138      MOTION by Edward Dany for Arthur E. Marchetta, Jr. to
                   withdraw as attorney, and to extend time to file
                   objections to the PSI report (lk) [Entry date 08/18/00]

8/23/00   139      ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                   Judge Linnea R. Johnson as to Edward Dany : [138-1] motion
                   for Arthur E. Marchetta, Jr. to withdraw as attorney,
                   [138-2] motion to extend time to file objections to the PSI
                   report (Signed by Judge Donald M. Middlebrooks on 8/21/00)
                   CCAP [EOD Date: 8/24/00] CCAP (wc) [Entry date 08/24/00]

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

8/28/00   140   ORDER as to Edward Dany Motion hearing before Ch.
                Magistrate Judge Linnea R. Johnson set for 9:30 8/31/00 for
                [138-1] motion for Arthur E. Marchetta, Jr. to withdraw as
                attorney (Signed by Ch. Magistrate Judge Linnea R. Johnson
                on 8/28/00) CCAP [EOD Date: 8/30/00] (wc)
                [Entry date 08/30/00]

8/30/00   141   NOTICE of Intent to call up for Hearing on 8/31/00 at
                9:30am:  Motion to withdraw as counsel for the defendant
                and request for additional time to file objections to the
                PSI investigation by Edward Dany (wc) [Entry date 08/31/00]

8/31/00   142   MOTION by Dorrel Bryan to continue sentencing date set for
                9/6/00 (wc) [Entry date 09/01/00]                *Vol. 1 Cont'd*

8/31/00   145   Minutes of motion to withdraw attorney held on 8/31/00
                before Magistrate Judge Linnea R. Johnson as to Edward Dany
                ; Steven Kassner is apointed as counsel of record   Court
                Reporter Name or Tape #: LRJ00-81-1006 (cj)
                [Entry date 09/06/00]

8/31/00   --    Motion hearing  as to Edward Dany re: [138-1] motion for
                Arthur E. Marchetta, Jr. to withdraw as attorney   before
                Ch. Magistrate Judge Linnea R. Johnson (cj)
                [Entry date 09/06/00]

9/1/00    143   ORDER as to Dorrel Bryan  granting [142-1] motion to
                continue sentencing date set for 9/6/00  reset Sentencing
                for 4:30 10/2/00 before Judge Donald M. Middlebrooks (
                Signed by Judge Donald M. Middlebrooks on 9/1/00) CCAP [EOD
                Date: 9/5/00] CCAP✗ (wc) [Entry date 09/05/00]

9/5/00    144   ORDER as to Edward Dany  granting [138-1] motion for Arthur
                E. Marchetta, Jr. to withdraw as attorney (Terminated:
                attorney Arthur Elliot Marchetta ) for appointment of
                Steven Kassner as CJA counsel ( Signed by Ch. Magistrate
                Judge Linnea R. Johnson on 8/31/00) CCAP [EOD Date: 9/6/00]
                CCAP✗ (wc) [Entry date 09/06/00]

9/6/00    146   MOTION by USA  as to Douglas McCloud for downward
                departure pursuant to 5K1.1, Sentencing Guidelines (wc)
                [Entry date 09/07/00]

9/6/00    --    Sentencing  held Christopher Gilbourne (3) count(s) 1, 2 (wc)
                [Entry date 09/11/00]

9/6/00    --    Sentencing  held Douglas McCloud (2) count(s) 1 (wc)
                [Entry date 09/11/00]

9/7/00    147   Minutes of Sentencing held on 09/07/00  before Judge Donald
                M. Middlebrooks as to Charles Llewlyn ;  continuing
                Sentencing for 5:00 09/27/00  before Judge Donald M.
                Middlebrooks Court Reporter Name or Tape #: Roger Watford

Docket as of July 6, 2005 3:04 pm                    Page 23

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

                    (nt) [Entry date 09/08/00]

9/7/00    --       Deadline updated as to Charles Llewlyn,  setting
                   Sentencing for 5:00 9/27/00 for Charles Llewlyn   before
                   Judge Donald M. Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    148      Minutes of  Sentencing on 9/7/00  before Judge Donald M.
                   Middlebrooks as to Edward Dany ; Sentencing continued to
                   10/5/00 at 4:30; Defendant's oral motion to continue
                   granted; Court Reporter Name or Tape #: Roger Watford (nt)
                   [Entry date 09/08/00]                    *Vol I Cont'd*

9/7/00    --       Deadline updated as to Edward Dany,  setting Sentencing
                   for 4:30 10/5/00 for Edward Dany   before Judge Donald M.
                   Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    149      Minutes of Sentencing held on 9/6/00  before Judge Donald
                   M. Middlebrooks as to Christopher Gilbourne ;   Court
                   Reporter Name or Tape #: Roger Watford (wc)
                   [Entry date 09/11/00]

9/7/00    150      JUDGMENT as to  Christopher Gilbourne (3) counts 1, 2 -
                   Imprisonment for a term of 160 months as to each of Counts
                   1 and 2, to be served concurrently.  Supervised release as
                   to each of Counts 1 and 2, to be served concurrently.
                   Assessment of $200.00.  ( Signed by Judge Donald M.
                   Middlebrooks on 9/7/00) CCAP [EOD Date: 9/11/00]  CCAP (wc)
                   [Entry date 09/11/00]

9/7/00    151      Minutes of Sentencing held on 9/6/00  before Judge Donald
                   M. Middlebrooks as to Douglas McCloud ;   Court Reporter
                   Name or Tape #: Roger Watford (wc) [Entry date 09/11/00]

9/7/00    152      JUDGMENT as to Douglas McCloud (2) as to count 1 -
                   Imprisonment for a term of 88 months. Supervised release
                   for a period of 5 years. Assessment of $100.00.; count 2 -
                   Dismissed ( Signed by Judge Donald M. Middlebrooks on
                   9/7/00) CCAP [EOD Date: 9/11/00] CCAP (wc)
                   [Entry date 09/11/00]

9/7/00    153      CJA 20 as to Edward Dany : Appointment of Attorney Steven
                   Hunter Kassner ( Signed by Ch. Magistrate Judge Linnea R.
                   Johnson  on 9/7/00) (wc) [Entry date 09/11/00]

9/7/00    154      CJA 20 as to Dorrel Bryan : Appointment of Attorney James
                   S. Benjamin ( Signed by Ch. Magistrate Judge Linnea R.
                   Johnson on 9/7/00 [nunc pro tunc date:  8/9/00]) (wc)
                   [Entry date 09/11/00]

9/11/00   155      NOTICE OF APPEAL by Christopher Gilbourne re: [150-1]
                   judgment order.  EOD Date: 9/11/00; Christopher Gilbourne
                   (3) count(s) 1, 2;  Receipt #: FEE NOT PAID; Copies to
                   USCA, AUSA, USM, USPO and Counsel of Record. (sn)
                   [Entry date 09/12/00]

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                      CLOSED APPEAL

9/11/00   161   DUPLICATE NOTICE OF APPEAL by Christopher Gilbourne re:
                [150-1] judgment order. EOD Date: 9/11/00; ; Filing Fee: $
                FEE NOT PAID/DUPLICATE NOA; Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (sn) [Entry date 09/21/00]

9/13/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Christopher Gilbourne [155-1]
                appeal (sn) [Entry date 09/13/00]

9/15/00   156   NOTICE OF APPEAL by Douglas McCloud re: [152-1] judgment
                order . EOD Date: 9/11/00; Douglas McCloud (2) count(s) 1;
                FEE NOT PAID/FILED BY CJA; Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (sn) [Entry date 09/18/00]

9/15/00   157   MOTION by Douglas McCloud to proceed in forma pauperis on
                appeal, and for appointment of counsel (sn)
                [Entry date 09/18/00]

9/15/00   159   MOTION by Charles Llewlyn for Philip Horowitz to withdraw
                as attorney, and for appointment of counsel for appellate
                purposes (sn) [Entry date 09/19/00]

9/18/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Douglas McCloud [156-1] appeal
                (sn) [Entry date 09/18/00]

9/18/00   158   UNOPPOSED AND AGREED MOTION by Dorrel Bryan to continue
                Sentencing date of 10/2/00 (wc) [Entry date 09/19/00]

9/19/00   160   DUPLICATE NOTICE OF APPEAL by Douglas McCloud re: [152-1]
                judgment order . EOD Date: 9/11/00; ; Receipt #: FEE NOT
                PAID; Copies to USCA, AUSA, USM, USPO and Counsel of
                Record. (sn) [Entry date 09/19/00]

9/26/00   162   ORDER as to Dorrel Bryan  granting [158-1] motion to
                continue Sentencing date of 10/2/00  reset Sentencing for
                4:30 10/26/00 before Judge Donald M. Middlebrooks ( Signed
                by Judge Donald M. Middlebrooks on 9/25/00) CCAP [EOD Date:
                9/27/00] CCAP (wc) [Entry date 09/27/00]

9/26/00   163   ORDER as to Douglas McCloud granting [157-1] motion to
                proceed in forma pauperis on appeal as to Douglas McCloud
                (2) (Signed by Judge Donald M. Middlebrooks on 9/25/00)
                CCAP [EOD Date: 9/27/00] CCAP (sn) [Entry date 09/27/00]

9/26/00   --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Douglas McCloud  Re: [156-1] appeal  USCA Number:
                00-14903-F (sn) [Entry date 09/28/00]

9/27/00   164   Letter MOTION by Charles Llewlyn to Withdraw Plea of
                Guilty (wc) [Entry date 09/29/00]

Docket as of July 6, 2005 3:04 pm                        Page 25

Proceedings include all events.                                                      AEV
0:00cr6022-ALL USA v. Llewlyn                                               CLOSED APPEAL

9/27/00  165      ADDENDUM by Charles Llewlyn  in support of [164-1] motion
                  to Withdraw Plea of Guilty (wc) [Entry date 09/29/00]

9/27/00  165      MOTION by Charles Llewlyn for appointment of counsel (wc)
                  [Entry date 09/29/00]

9/27/00  --       Sentencing  held Charles Llewlyn (1) count(s) 1 (wc)
                  [Entry date 09/29/00]

9/28/00  166      ORDER as to Charles Llewlyn  denying [164-1] motion to
                  Withdraw Plea of Guilty ( Signed by Judge Donald M.
                  Middlebrooks on 9/28/00) CCAP [EOD Date: 9/29/00] CCAP (wc)
                  [Entry date 09/29/00]

9/28/00  167      Minutes of Sentencing held on 9/27/00  before Judge Donald
                  M. Middlebrooks as to Charles Llewlyn ;  Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 09/29/00]

9/28/00  168      JUDGMENT as to Charles Llewlyn (1) count 1 - Imprisonment
                  for a term of 110 months. Supervised release for a period
                  of 3 years.  Assessment of $100.00.;  count 2 -  Dismissed
                  ( Signed by Judge Donald M. Middlebrooks on 9/28/00) CCAP
                  [EOD Date: 9/29/00]  CCAP (wc) [Entry date 09/29/00]

9/28/00  170      ORDER as to Charles Llewlyn granting [159-1] motion for
                  Philip Horowitz to withdraw as attorney (Terminated:
                  attorney Philip Robert Horowitz for Charles Llewlyn as to
                  Charles Llewlyn (1), granting [159-2] motion for
                  appointment of counsel for appellate purposes as to Charles
                  Llewlyn (1) appointing Mark G. Hanson for purposes of
                  appeal. (Signed by Judge Donald M. Middlebrooks on 9/28/00)
                  CCAP [EOD Date: 10/2/00] CCAP (sn) [Entry date 10/02/00]

9/29/00  --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Christopher Gilbourne  Re: [155-1] appeal  USCA Number:
                  00-13377-F (sn) [Entry date 10/02/00]

9/29/00  169      NOTICE OF APPEAL by Charles Llewlyn re: [168-1] judgment
                  order.  EOD Date: 9/29/00; Charles Llewlyn (1) count(s) 1;
                  FILING FEE: FEE NOT PAID; Copies to USCA, AUSA, USM, USPO
                  and Counsel of Record. (sn) [Entry date 10/02/00]

10/2/00  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Charles Llewlyn [169-1] appeal
                  (sn) [Entry date 10/02/00]

10/2/00  171      NOTICE of intent to appeal by Charles Llewlyn - appeal
                  previously filed 9/29/00 [169-1] (sn) [Entry date 10/03/00]

10/3/00  172      RENEWED MOTION by Charles Llewlyn to Withdraw Plea of
                  Guilty (wc) [Entry date 10/04/00]


Docket as of July 6, 2005 3:04 pm                        Page 26

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

10/5/00   173   ORDER as to Charles Llewlyn  denying [172-1] motion to
                Withdraw Plea of Guilty ( Signed by Judge Donald M.
                Middlebrooks on 10/4/00) CCAP [EOD Date: 10/6/00] CCAP (wc)
                [Entry date 10/06/00]

10/5/00   174   ORDER as to Edward Dany granting Government's Oral Motion
                to continue  reset Sentencing for 4:30 10/26/00 before
                Judge Donald M. Middlebrooks ( Signed by Judge Donald M.
                Middlebrooks on 10/5/00) CCAP Date: 10/6/00] CCAP (wc)
                [Entry date 10/06/00]

10/6/00   175   TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                [169-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 10/10/00]

10/10/00  176   PRO SE MOTION by Charles Llewlyn for Return of Property as
                to 2 sets of cash, $1,757 and $9,000, keys, wallet, diary
                and $10 English pound (wc) [Entry date 10/11/00]

10/10/00  177   ORDER OF REFERENCE referring Motion(s)  to Magistrate Ted
                E. Bandstra as to Charles Llewlyn : [176-1] motion for
                Return of Property as to 2 sets of cash, $1,757 and $9,000,
                keys, wallet, diary and $10 English pound  ( Signed by
                Judge Donald M. Middlebrooks on 10/10/00) CCAP [EOD Date:
                10/11/00]  CCAP (wc) [Entry date 10/11/00]

10/13/00  178   Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                appeal Transcript due 11/11/00 for pretrial proceedings on
                5/11/00 and sentence on 9/6/00 & 9/27/00. (sn)
                [Entry date 10/17/00]

10/13/00  --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Charles Llewlyn  Re: [169-1] appeal  USCA Number:
                00-15230-F (sn) [Entry date 10/17/00]

10/17/00  179   ORDER as to Charles Llewlyn that the US file a written
                response to the Defendant's Pro Se Motion for Return of
                Property  within 10 days of the date of this Order ( Signed
                by Judge Donald M. Middlebrooks on 10/17/00) CCAP [EOD
                Date: 10/18/00] CCAP (wc) [Entry date 10/18/00]

10/20/00  180   TRANSCRIPT INFORMATION FORM as to Douglas McCloud re:
                [156-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 10/23/00]

10/25/00  181   OBJECTION by Edward Dany  to Presentence Investigation
                Report (wc) [Entry date 10/25/00]

10/25/00  182   EMERGENCY MOTION by Dorrel Bryan to continue Sentencing (wc)
                [Entry date 10/25/00]

10/25/00  183   MOTION by Dorrel Bryan to determine competency of
                defendant (wc) [Entry date 10/25/00]

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                          CLOSED APPEAL

10/25/00 184    ORDER as to Dorrel Bryan denying [183-1] motion to
                determine competency of defendant, denying [182-1] motion
                to continue Sentencing ( Signed by Judge Donald M.
                Middlebrooks on 10/25/00) CCAP [EOD Date: 10/26/00] CCAP
                (wc) [Entry date 10/26/00]

10/25/00 185    RESPONSE by USA  as to Charles Llewlyn re [176-1] motion
                for Return of Property as to 2 sets of cash, $1,757 and
                $9,000, keys, wallet, diary and $10 English pound (wc)
                [Entry date 10/26/00]

10/25/00 186    OBJECTIONS and Addendum by Dorrel Bryan  to Presentence
                Investigation Report (wc) [Entry date 10/26/00]

10/26/00 187    MOTION by Christopher Gilbourne to extend time to file
                motion to withdraw as counsel (sn) [Entry date 10/30/00]

10/26/00 --     Sentencing  held Edward Dany (4) count(s) 1, Dorrel Bryan
                (5) count(s) 1 (sp) [Entry date 11/01/00]

10/26/00 --     Sentencing  held (sp) [Entry date 11/01/00]

10/27/00 188    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Dorrel Bryan ;  Court Reporter Name
                or Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 189    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Edward Dany ;  Court Reporter Name or
                Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 190    JUDGMENT as to  Edward Dany (4) count(s) 1.  Seventy-eight
                (78) months imprisonment; 3 years supervised release, $100
                assessment  ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                [Entry date 11/01/00]

10/27/00 191    JUDGMENT as to  Dorrel Bryan (5) count(s) 1.  Eighty-seven
                (87) months imprisonment; 3 years supervised release, $100
                assessment.  ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                [Entry date 11/01/00]

11/2/00  192    ORDER as to Charles Llewlyn  denying [176-1] motion for
                Return of Property as to 2 sets of cash, $1,757 and $9,000,
                keys, wallet, diary and $10 English pound.  Defendant shall
                have leave to refile, within 10 days of the date of this
                Order, this motion with proof of a claim being filed for
                the subject property within the allowable time period. (
                Signed by Magistrate Ted E. Bandstra on 11/2/00) CCAP [EOD
                Date: 11/2/00] CCAP (wc) [Entry date 11/02/00]

11/3/00  193    FURTHER MOTION by Christopher Gilbourne for David P. Rowe
                to withdraw as attorney (wc) [Entry date 11/06/00]

Docket as of July 6, 2005 3:04 pm                        Page 28

| 11/6/00 | 194 | NOTICE OF APPEAL by Edward Dany re: [190-1] judgment order . EOD Date: 11/1/00; Edward Dany (4) count(s) 1;  Filing Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc) [Entry date 11/07/00] |
|---------|-----|--|
| 11/6/00 | 195 | NOTICE OF APPEAL by Dorrel Bryan re: [191-1] judgment order .  EOD Date: 11/1/00; Dorrel Bryan (5) count(s) 1;  Filing Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM, USPO and Counsel of Record. (nc) [Entry date 11/07/00] |
| 11/6/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Dorrel Bryan [195-1] appeal (nc) [Entry date 11/07/00] |
| 11/7/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Edward Dany [194-1] appeal (nc) [Entry date 11/07/00] |
| 11/7/00 | 196 | Judgment Returned Executed as to Douglas McCloud on 10/6/00 at FCI Loretto, PA (wc) [Entry date 11/08/00] |
| 11/7/00 | 197 | APPEAL INFORMATION SHEET as to Douglas McCloud re: [156-1] appeal; Transcript ordered. No financial arrangements made with Court Reporter. (sn) [Entry date 11/08/00] |
| 11/7/00 | 198 | ORDER as to Christopher Gilbourne  denying [193-1] motion for David P. Rowe to withdraw as attorney ( Signed by Judge Donald M. Middlebrooks on 11/7/00) CCAP [EOD Date: 11/9/00] CCAP (wc) [Entry date 11/09/00] |
| 11/13/00 | 199 | Appeal Information Sheet as to Douglas McCloud re: [160-1] appeal, [156-1] appeal Transcript due 12/8/00 for sentence on 9/6/00 (Court Reporter Watford) (sn) [Entry date 11/15/00] |
| 11/17/00 | 200 | TRANSCRIPT filed as to Charles Llewlyn of change of plea hearing held 5/11/00 before Judge Donald M. Middlebrooks Pages: 1-22  re: [169-1] appeal. (sn) [Entry date 11/20/00] |
| 11/17/00 | 201 | TRANSCRIPT filed as to Charles Llewlyn of sentencing hearing held 9/6/00 before Judge Donald M. Middlebrooks Pages: 1-25  re: [169-1] appeal. (sn) [Entry date 11/20/00] |
| 11/17/00 | 202 | TRANSCRIPT filed as to Charles Llewlyn of continued sentencing hearing held 9/27/00 before Judge Donald M. Middlebrooks Pages: 1-21 re: [169-1] appeal. Appeal record due on 12/2/00 for Charles Llewlyn (sn) [Entry date 11/20/00] [Edit date 12/19/00] |
| 11/17/00 | 203 | Appeal Information Sheet as to Charles Llewlyn re: [169-1] appeal.  3 transcripts for 5/11/00, 9/6/00 & 9/27/00 filed. (sn) [Entry date 11/20/00] |

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

11/20/00 (204)    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                  [169-1] appeal received. (Forwarded to Court Reporter
                  Coordinator) (sn) [Entry date 11/22/00]

11/22/00 --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Edward Dany  Re: [194-1] appeal  USCA Number: 00-13377-F (ga)
                  [Entry date 11/27/00]

11/22/00 --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Dorrel Bryan  Re: [195-1] appeal  USCA Number: 00-13377-F
                  (ga) [Entry date 11/27/00]                      *Vol 1 Cont'd*

11/27/00 (205)    CJA 24 as to Charles Llewlyn Authorization to Pay Amount: $
                  201.00 for Transcript Voucher # FLST2000549 (Signed by
                  Judge Donald M. Middlebrooks on 11/17/00) CCAP [EOD Date:
                  12/7/00] (sn) [Entry date 12/07/00]

12/5/00  206      Appeal Information Sheet as to Edward Dany re: [194-1]
                  appeal Transcript due 1/4/01 for trial on 5/11-5/17/00
                  (Watford) (sn) [Entry date 12/07/00]

12/11/00 207      TRANSCRIPT filed as to Douglas McCloud  of sentencing
                  hearing held 9/6/00  before Judge Donald M. Middlebrooks
                  Pages: 1-9  re: [160-1] appeal, [156-1] appeal. Appeal
                  record due on 12/26/00 for Douglas McCloud (sn)
                  [Entry date 12/11/00]

12/11/00 208      Appeal Information Sheet as to Douglas McCloud re: [160-1]
                  appeal, [156-1] appeal.  Transcript for 9/6/00 filed. (sn)
                  [Entry date 12/11/00]

12/18/00 (209)    ORDER as to Charles Llewlyn  denying Defendant's Motion for
                  Relief from Order by Magistrate Judge Ted E. Bandstra
                  [motion not found] ( Signed by Magistrate Ted E. Bandstra
                  on 12/18/00) CCAP [EOD Date: 12/20/00] CCAP (wc)
                  [Entry date 12/20/00]

12/22/00 210      Certificate of readiness transmitted to USCA and Certified
                  Copies sent to: Atty Russell Rosenthal and AUSA Office as
                  to Douglas McCloud  re: [160-1] appeal  by Douglas McCloud,
                  [156-1] appeal  by Douglas McCloud  USCA # 00-14903-F (nc)
                  [Entry date 12/22/00]

12/22/00 --       Transmitted record on appeal to U.S. Court of Appeals as to
                  Douglas McCloud  :(Miami Office) Consisting of (1)Volume of
                  Pleadings, (1)Volume of Transcripts and (1)Sealed Envelope
                  containing PSI Report [160-1] appeal, [156-1] appeal (nc)
                  [Entry date 12/22/00]

Docket as of July 6, 2005 3:04 pm                        Page 30

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

12/28/00  211    Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                 appeal Transcript due 1/28/01.  Requested: trial on
                 5/11/00, 5/15/00, 5/17/00; any trial proceedings on 5/12/00;
                 transcript of trial of co-defendants, which was relevant
                 to sentencing of defendant Llewlyn (5 days of hearing -
                 Court Reporter Watford) (sn) [Entry date 01/02/01]

1/2/01    212    Letter MOTION by Charles Llewlyn to extend time to file
                 NOA (sn) [Entry date 01/04/01]

1/2/01    213    ORDER as to Charles Llewlyn denying [212-1] motion to
                 extend time to file NOA as to Charles Llewlyn (1) (Signed
                 by Judge Donald M. Middlebrooks on 1/3/01) CCAP [EOD Date:
                 1/4/01] CCAP (sn) [Entry date 01/04/01] *Vol.1 Cont'd*

1/8/01    --     ACKNOWLEDGMENT of receipt by U.S.C.A. of: C.O.R. on
                 12/26/00 U.S.C.A. # 00-14903-F (sn) [Entry date 01/09/01]

1/23/01   214    Judgment Returned Executed as to Edward Dany on 1/17/01 at
                 Wamer LOR (undecipherable) (sk) [Entry date 01/24/01]

1/30/01   215    Appeal Information Sheet as to Dorrel Bryan  re: [195-1]
                 appeal Transcript due 2/25/01 for Dorrel Bryan (gp)
                 [Entry date 02/05/01]

2/2/01    217    MOTION by Christopher Gilbourne to Declare appellant
                 Indigent for costs , and to extend time to file
                 Appellant's Brief and Record Exceprts (gp)
                 [Entry date 02/09/01]

2/6/01    216    Judgment Returned Executed as to Dorrel Bryan on 1/25/01 at
                 ALF, White Deer, PA (wc) [Entry date 02/07/01]

2/12/01   218    TRANSCRIPT filed as to Dorrel Bryan  of Sentencing Hearing
                 held 10/26/00 before Judge Donald M. Middlebrooks; Court
                 Reporter #: Roger Watford; Pages: 1-49 re: [195-1] appeal .
                 (gp) [Entry date 02/13/01]

2/12/01   219    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/11/00  before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford;  Volume #: 1
                 Pages: 1-303 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]

2/12/01   220    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/15/00  before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford; Volume #: 2
                 Pages: 305-520 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]

Docket as of July 6, 2005 3:04 pm                      Page 31

2/12/01   221    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/16/00 before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford; Volume #: 3
                 Pages: 521-795 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]

2/12/01   222    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/17/00 before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford; Volume #: 4
                 Pages: 796-940 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]

2/12/01   223    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Sentencing Hearing held 10/26/00  before
                 Judge Donald M. Middlebrooks; Court Reporter #: Roger
                 Watford Pages: 1-19  re: [194-1] appeal . (gp)
                 [Entry date 02/13/01]

2/12/01   224    Appeal Information Sheet as to Dorrel Bryan  re: [195-1]
                 appeal; The following Transcripts are already on file:
                 Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
                 held on 5/15/00, Trial held on 5/16/00, Trial held on
                 5/17/00 and Sentencing held on 10/26/00 (gp)
                 [Entry date 02/13/01] [Edit date 02/13/01]

2/12/01   225    Appeal Information Sheet as to Edward Dany  re: [194-1]
                 appeal; The following Transcripts are already on file:
                 Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
                 held on 5/15/00, Trial held on 5/16/00, Trial held on
                 5/17/00 and Sentencing held on 10/26/00 (gp)
                 [Entry date 02/13/01]

2/12/01   226    Appeal Information Sheet as to Charles Llewlyn  re: [169-1]
                 appeal; The following Transcripts are already on file:
                 Sentencing held on 10/26/00, Trial held on 5/11/00, Trial
                 held on 5/15/00, Trial held on 5/16/00, Trial held on
                 5/17/00 and Sentencing held on 10/26/00 (gp)
                 [Entry date 02/13/01]

2/12/01   227    MOTION by Christopher Gilbourne to proceed in forma
                 pauperis on appeal, and to extend time File Appellant's
                 Brief and Record excerpts (gp) [Entry date 02/16/01]

2/15/01   228    ORDER as to Christopher Gilbourne  granting in part [227-1]
                 motion to proceed in forma pauperis on appeal as to
                 Christopher Gilbourne (3), denying [227-2] motion to extend
                 time File Appellant's Brief and Record excerpts, this court
                 does not have jurisdiction over the relief seeking an
                 extension of time. As to Christopher Gilbourne (3) ( Signed
                 by Judge Donald M. Middlebrooks on 2/15/01) CCAP [EOD Date:
                 2/26/01] CCAP (gp) [Entry date 02/26/01]

Proceedings include all events.                                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                              CLOSED APPEAL

3/8/01    229    Certificate of readiness transmitted to USCA and Certified
                 Copies sent to: Atty's David Rowe, Steven Kassner, James
                 Benjamin and AUSA Office as to Christopher Gilbourne,
                 Edward Dany, Dorrel Bryan re: [195-1] appeal  by Dorrel
                 Bryan, [194-1] appeal  by Edward Dany, [161-1] appeal  by
                 Christopher Gilbourne, [155-1] appeal  by Christopher
                 Gilbourne  USCA # 00-13377-F (nc) [Entry date 03/08/01]

3/8/01    --     Transmitted record on appeal to U.S. Court of Appeals as to
                 Christopher Gilbourne, Edward Dany, Dorrel Bryan :(Miami
                 Office) Consisting of (2)Volumes of Pleadings, (6)Volumes
                 of Transcripts and (1)Sealed Envelope containing (3)PSI
                 Report [195-1] appeal, [194-1] appeal, [161-1] appeal,
                 [155-1] appeal (nc) [Entry date 03/08/01]

3/8/01   (230)   Certificate of readiness transmitted to USCA and Certified
                 Copies sent to: Atty Mark Hanson and AUSA Office as to
                 Charles Llewlyn re: [169-1] appeal  by Charles Llewlyn
                 USCA # 00-15230-F (nc) [Entry date 03/08/01]

3/8/01    --     Transmitted record on appeal to U.S. Court of Appeals as to
                 Charles Llewlyn  :(Miami Office) Consisting of (1)Volume of
                 Pleadings, (3)Volumes of Transcripts and (1)Sealed Envelope
                 containing PSI Report *PLEASE SEE USCA#s 00-14903-F &
                 00-13377-F for Co-Defendant's Transcripts [169-1] appeal (nc)
                 [Entry date 03/08/01]

3/20/01   --     ACKNOWLEDGMENT of receipt by U.S.C.A. of: C.O.R. on 3/2/01
                 U.S.C.A. # 00-15230-F (sn) [Entry date 03/21/01]

3/20/01   --     ACKNOWLEDGMENT of receipt by U.S.C.A. of: C.O.R. on 3/12/01
                 U.S.C.A. # 00-13377-F  (Dany & Bryan) (sn)
                 [Entry date 03/21/01]

3/20/01  (234)   Letter MOTION by Charles Llewlyn for appointment of
                 counsel on Appeal (gp) [Entry date 03/23/01]

3/22/01  (231)   CJA 24 as to Charles Llewlyn  Authorization to Pay  Amount:
                 $ 251.50 for Transcript  Voucher # FLST2001768 ( Signed by
                 Judge Donald M. Middlebrooks on 2/12/01) CCAP [EOD Date:
                 3/23/01] (wc) [Entry date 03/23/01]

3/22/01   232    CJA 24 as to Edward Dany  Authorization to Pay  Amount: $
                 3,018.00 for Transcript  Voucher # FLST2001770 ( Signed by
                 Judge Donald M. Middlebrooks on 2/12/01) CCAP [EOD Date:
                 3/23/01] (wc) [Entry date 03/23/01]

3/22/01   233    CJA 24 as to Dorrel Bryan  Authorization to Pay  Amount: $
                 251.50 for Transcript  Voucher # FLST2001769 ( Signed by
                 Judge Donald M. Middlebrooks on 2/12/01) CCAP [EOD Date:
                 3/23/01] (wc) [Entry date 03/23/01]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

3/30/01  (235)   ORDER as to Charles Llewlyn  denying [234-1] motion for
                 appointment of counsel on Appeal ( Signed by Judge Donald
                 M. Middlebrooks on 3/30/01) CCAP Date: 3/30/01] CCAP (wc)
                 [Entry date 03/30/01]

5/10/01  --      Letter as to Christopher Gilbourne Requesting a copy of
                 Docket Sheet (Docket Sheet is being sent on 5/14/01) (gp)
                 [Entry date 05/14/01]

5/17/01  236     FURTHER MOTION by Christopher Gilbourne to extend time to
                 file Appellant's Brief (wc) [Entry date 05/17/01]

6/14/01  237     Letter MOTION by Edward Dany for the Court to politely
                 inform Mr. Marchetta's office to refrain from terrorizing
                 his family about money (wc) [Entry date 06/15/01]

7/6/01   238     MANDATE OF USCA (certified copy)as to Douglas McCloud  RE:
                 [160-1] appeal, [156-1] appeal affirming judgment/order of
                 the district court with court's opinion  Date Issued:
                 6/29/01 USCA Appeal #: 00-14903-FF; Copy to Judge. (nc)
                 [Entry date 07/10/01]

7/6/01   --      Record on appeal returned from U.S. Court of Appeals:
                 (Miami/Records) Consisting of (1)Volume of Pleadings,
                 (1)Volume of Transcripts and (1)PSI Report [160-1] appeal
                 by Douglas McCloud, [156-1] appeal by Douglas McCloud  USCA
                 #: 00-14903-FF (nc) [Entry date 07/10/01]

7/9/01   (239)   MOTION by Charles Llewlyn for appointment of counsel (gp)
                 [Entry date 07/12/01]

7/20/01  (240)   RESPONSE by USA  as to Charles Llewlyn re Motion to Dismiss
                 Indictment (not found) (wc) [Entry date 07/24/01]

7/26/01  (241)   MOTION by Charles Llewlyn to vacate under 28 U.S.C. 2255
                 (Civil Action # 01-7261-CIV-DMM)(motion to dismiss) (ea)
                 [Entry date 07/27/01]

7/26/01  (246)   MOTION by Charles Llewlyn to dismiss indictment under rule
                 12(B)(2) (mg) [Entry date 05/16/02]

7/27/01  (247)   CLERK'S order Assigning case to Magistrate Judge Sorrentino
                 as to Charles Llewlyn (mg) [Entry date 05/16/02]

7/31/01  (242)   MANDATE OF USCA (certified copy)as to Charles Llewlyn  RE:
                 [169-1] appeal affirming judgment/order of the district
                 court with court's opinion Charles Llewlyn (1) count(s) 1
                 Date Issued: 7/27/01  USCA Appeal #: 00-15230-FF; Copy to
                 Judge. (nc) [Entry date 08/02/01]

7/31/01  --      Record on appeal returned from U.S. Court of Appeals:
                 (Miami/Records) Consisting of (1)Volume of Pleadings,
                 (3)Volumes of Transcripts and (1)PSI Report [169-1] appeal
                 by Charles Llewlyn USCA #: 00-15230-FF (nc)

Proceedings include all events.                                                AEV
0:00cr6022-ALL USA v. Llewlyn                                         CLOSED APPEAL

                   [Entry date 08/02/01]

7/31/01  248   RESPONSE by Charles Llewlyn to government's opposing
               dismissal of defective [246-1] motion to dismiss
               indictment under rule 12(B)(2) (mg) [Entry date 05/16/02]

8/8/01   249   REPORT AND RECOMMENDATIONS of Magistrate Judge Charlene H.
               Sorrentino as to Charles Llewlyn recommending that [246-1]
               motion to dismiss indictment under rule 12(B)(2) as to
               Charles Llewlyn (1) be dismissed because it was not timely
               filed. Motion no longer referred.  Signed on: 8/8/01
               Objections to R and R due by 8/20/01  CCAP (mg)
               [Entry date 05/16/02]

9/4/01   243   ORDER as to Charles Llewlyn denying [241-1] motion to
               vacate under 28 U.S.C. 2255 (Civil Action #
               01-7261-CIV-DMM) as to Charles Llewlyn (1) ( Signed by
               Judge Donald M. Middlebrooks on 9/4/01) [EOD Date: 9/5/01]
               CCAP (wc) [Entry date 09/05/01]

9/4/01   250   ORDER adopting as to Charles Llewlyn [249-1] report and
               recommendations dismissing [246-1] motion to dismiss
               indictment under rule 12(B)(2) ( Signed by Judge Donald M.
               Middlebrooks on 9/4/01) [EOD Date: 5/16/02] CCAP (mg)
               [Entry date 05/16/02]

10/16/01 251   NOTICE of Change of Address by Charles Llewlyn to Jessup
               FCI (mg) [Entry date 05/16/02]

10/19/01 252   ADMINISTRATIVE ORDER as to Charles Llewlyn Re: civil case
               that case shall be closed. ( Signed by Judge Donald M.
               Middlebrooks on 10/19/01) [EOD Date: 5/16/02] CCAP (mg)
               [Entry date 05/16/02] [Edit date 05/16/02]

11/5/01  253   MOTION by Charles Llewlyn for reconsideration of [252-1]
               administrative order (mg) [Entry date 05/16/02]

11/15/01 255   NOTICE of request copy of Report and Recommendations
               entered by Magistrate Sorrentino by Charles Llewlyn (mg)
               [Entry date 05/16/02]

11/16/01 254   ORDER as to Charles Llewlyn denying [253-1] motion for
               reconsideration of [252-1] administrative order ( Signed by
               Judge Donald M. Middlebrooks on 11/16/01) [EOD Date:
               5/16/02] CCAP (mg) [Entry date 05/16/02]

11/26/01 244   MOTION by Charles Llewlyn to vacate under 28 U.S.C. 2255 (
               Civil Action # 01-7796-Civ-Middlebrooks) (pa)
               [Entry date 11/27/01]

12/5/01  256   NOTICE OF APPEAL by Charles Llewlyn re: [243-1] order  EOD
               Date: 9/5/01; Charles Llewlyn (1) count(s) 1; Copies to
               USCA, AUSA, USM, USPO and Counsel of Record. (nc)
               [Entry date 05/16/02]

Docket as of July 6, 2005 3:04 pm                        Page 35

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                            CLOSED APPEAL

12/26/01  257    APPLICATION by Charles Llewlyn to proceed in forma
                 pauperis on appeal (nc) [Entry date 05/16/02]

12/26/01  258    Transcript Information Form re:as to Charles Llewlyn
                 [256-1] appeal  by Charles Llewlyn . No transcript
                 requested. (nc) [Entry date 05/16/02]

1/13/02   259    ORDER as to Charles Llewlyn  granting [257-1] motion to
                 proceed in forma pauperis on appeal as to Charles Llewlyn
                 (1) ( Signed by Judge Donald M. Middlebrooks on 1/5/02)
                 [EOD Date: 5/16/02] CCAP☒ (nc) [Entry date 05/16/02]

1/16/02   260    ORDER ON NOTICE OF APPEAL denying certificate of
                 appealability as to Charles Llewlyn ( Signed by Judge
                 Donald M. Middlebrooks on 1/16/02) [EOD Date: 5/16/02]
                 CCAP☒ (nc) [Entry date 05/16/02]

2/6/02    261    MOTION by Charles Llewlyn for reconsideration of [250-1]
                 order (nc) [Entry date 05/16/02]

2/19/02   262    ORDER as to Charles Llewlyn denying [244-1] motion to
                 vacate under 28 U.S.C. 2255 ( Civil Action #
                 01-7796-Civ-Middlebrooks) ( Signed by Judge Donald M.
                 Middlebrooks on 2/19/02) [EOD Date: 5/16/02] CCAP☒ (nc)
                 [Entry date 05/16/02]

2/19/02   263    ORDER as to Charles Llewlyn  granting [261-1] motion for
                 reconsideration of [250-1] order and vacating [260-1]
                 order ( Signed by Judge Donald M. Middlebrooks on 2/19/02)
                 [EOD Date: 5/16/02] CCAP☒ (nc) [Entry date 05/16/02]

3/11/02   264    NOTICE OF APPEAL by Charles Llewlyn re: [262-1] order  EOD
                 Date: 5/16/02; ; Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (nc) [Entry date 05/16/02]

3/11/02   265    MOTION by Charles Llewlyn for appointment of counsel (nc)
                 [Entry date 05/16/02]

3/18/02   266    MOTION by Charles Llewlyn to schedule payments (nc)
                 [Entry date 05/16/02]

3/27/02   267    Transcript Information Form re:as to Charles Llewlyn
                 [264-1] appeal  by Charles Llewlyn . No transcript
                 requested. (nc) [Entry date 05/16/02]

3/29/02   --     REQUEST from U.S.C.A. dated: 3/20/02  Re: ORIGINAL FILE
                 (Atlanta Office) Consisting of (1)Volume of Pleadings and
                 Criminal Case# 00-6022-CR-DMM Consisting of (1)Expansion
                 Folder containing OLD ROA and DE#'s 230,231,234,235,237-244
                 Complied with on: 3/29/02 U.S.C.A. # 01-16985-F (nc)
                 [Entry date 05/17/02]


Docket as of July 6, 2005 3:04 pm                    Page 36

Proceedings include all events.                                            AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

4/2/02   (268)   ORDER OF CLARIFICATION: ORDER adopting as to Charles Llewlyn
                 [249-1] report and recommendations. This case is not a
                 habeas action brought under 28 USC Section 2255, despite
                 having been docketed as such. The original motion did not
                 style it as such, nor did Magistrate Judge Sorrentino treat
                 it as such. The motion originally should have been filed in
                 the underlying criminal action. Llewyln should not bear the
                 onerous consequences of it not having been so docketed. As
                 Magistrate Judge Sorrentino stated in her R&R, if Llewyln
                 chooses to do so, he may attempt to challenge his conviction
                 in a collateral habeas action. The Court makes no judgment
                 as to the validity or timeliness as such a challenge. (
                 Signed by Judge Donald M. Middlebrooks on 4/2/02) [EOD Date:
                 5/16/02] CCAP (nc) [Entry date 05/16/02]
                 [Edit date 05/21/02]                      *Vol. 1 Court*

4/10/02  245     ORDER as to Charles Llewlyn; DENYING Defendant's motion to
                 schedule payments (not filed) (Signed by Judge Donald M.
                 Middlebrooks on 4/9/02) [EOD Date: 4/11/02] CCAP (ls)
                 [Entry date 04/11/02]

4/12/02  (269)   ORDER as to Charles Llewlyn denying [265-1] motion for
                 appointment of counsel as to Charles Llewlyn (1) ( Signed
                 by Judge Donald M. Middlebrooks on 4/12/02) [EOD Date:
                 5/16/02] CCAP (nc) [Entry date 05/16/02]

5/2/02   --      Record on appeal returned from U.S. Court of Appeals:
                 (Miami/Records) Consisting of (1)Volume of Pleadings and
                 (1)Expansion Folder containing OLD ROA under 00-6022-CR-DMM
                 [256-1] appeal by Charles Llewlyn USCA #: 01-16985-F (nc)
                 [Entry date 05/17/02]

5/16/02  (270)   CLERK'S NOTICE of instructions to Litigant. That all
                 documents hereafter shall bear the case number
                 00-6022-CR-Middlebrooks. All documents shall be filed in
                 the criminal case. (nc) [Entry date 05/16/02]

5/17/02  271     MANDATE OF USCA (certified copy)as to Christopher
                 Gilbourne, Edward Dany, Dorrel Bryan RE: [195-1] appeal,
                 [194-1] appeal, [161-1] appeal, [155-1] appeal affirming
                 judgment/order of the district court with court's opinion
                 Date Issued: 5/14/02 USCA Appeal #: 00-13377-FF; Copy to
                 Judge. (nc) [Entry date 05/20/02]

5/17/02  --      Record on appeal returned from U.S. Court of Appeals:
                 (Miami/Records) Consisting of (2)Volumes of Pleadings,
                 (6)Volumes of Transcripts and (3)PSI Report [195-1] appeal
                 by Dorrel Bryan, [194-1] appeal by Edward Dany, [161-1]
                 appeal by Christopher Gilbourne, [155-1] appeal by
                 Christopher Gilbourne, [123-1] appeal by Christopher
                 Gilbourne USCA #: 00-13377-FF (nc) [Entry date 05/20/02]

Docket as of July 6, 2005 3:04 pm                          Page 37

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

5/21/02  (272)   Certificate of readiness transmitted to USCA as to Charles
                 Llewlyn  re: [264-1] appeal  by Charles Llewlyn, [256-1]
                 appeal  by Charles Llewlyn  USCA # 01-16985-F (nc)
                 [Entry date 05/21/02]                            *Vil / Cont'd*

5/21/02  --      Transmitted record on appeal to U.S. Court of Appeals as to
                 Charles Llewlyn  :(Miami Office) Consisting of (1)Volume of
                 Pleadings, (3)Volumes of Transcripts and (1)Sealed Envelope
                 containing PSI Report [264-1] appeal, [256-1] appeal (nc)
                 [Entry date 05/21/02]

5/31/02  --      ACKNOWLEDGMENT of  receipt by U.S.C.A. of: COR/ROA on
                 5/24/02;  U.S.C.A. # 01-16985-FF (nc) [Entry date 05/31/02]

8/27/02  273     MOTION by Dorrel Bryan to vacate under 28 U.S.C. 2255
                 (Civil Action # 02-61192-CIV-DMM) (ea) [Entry date 08/28/02]

1/2/03   (274)   MANDATE OF USCA (certified copy)as to Charles Llewlyn RE:
                 [264-1] appeal, [256-1] appeal affirming judgment/order of
                 the district court with court's opinion  Date Issued:
                 12/26/02 USCA Appeal #: 01-16985-FF; Copy to Judge. (nc)
                 [Entry date 01/03/03]

1/2/03   --      Record on appeal returned from U.S. Court of Appeals:
                 (Miami/Records) Consisting of (1)Volume of Pleadings,
                 (3)Volumes of Transcripts and (1)PSI Report[264-1] appeal
                 by Charles Llewlyn, [256-1] appeal by Charles Llewlyn USCA
                 #: 01-16985-FF (nc) [Entry date 01/03/03]

2/5/03   275     MOTION by Edward Dany to vacate under 28 U.S.C. 2255
                 (Civil Action # 03-60169-CIV-DMM) (ea) [Entry date 02/06/03]

7/25/03  276     NOTICE of Change of Address of party by Dorrel Bryan (sp)
                 [Entry date 07/28/03]

11/3/03  277     NOTICE of Change of Address of by Dorrel Bryan (th)
                 [Entry date 11/04/03]

1/7/04   278     FINAL JUDGMENT as to Edward Dany denying [275-1] motion to
                 vacate under 28 U.S.C. 2255 (Civil Action #
                 03-60169-CIV-DMM) as Edward Dany (4) (Signed by Judge
                 Donald M. Middlebrooks on 1/7/04) [EOD Date: 1/7/04] CCAP※
                 (at) [Entry date 01/07/04]

6/10/04  (279)   MOTION by Owen St.Junior Oddman  as to Charles Llewlyn for
                 dismissal of indictment (cj) [Entry date 06/10/04]

6/14/04  (280)   MOTION by Charles Llewlyn to amend [279-1] motion for
                 dismissal of indictment to read, "that movant did not waive
                 right to challenge misnomer by pleading guilty", and to
                 strike paragrah 6 of said motion (pa) [Entry date 06/15/04]

Proceedings include all events.                                    . AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

7/7/04    281    ORDER as to Charles Llewlyn  denying [279-1] motion for
                 dismissal of indictment as to Charles Llewlyn (1) ( Signed
                 by Judge Donald M. Middlebrooks on 7/7/04) [EOD Date:
                 7/8/04] CCAP✄ (pa) [Entry date 07/08/04]

9/24/04   282    MOTION by Charles Llewlyn for further relief purusant to
                 28:2202 (kw) [Entry date 09/29/04]

10/7/04   283    ORDER as to Charles Llewlyn  denying [282-1] motion for
                 further relief purusant to 28:2202 as to Charles Llewlyn
                 (1) ( Signed by Judge Donald M. Middlebrooks on 10/7/04)
                 [EOD Date: 10/8/04] CCAP✄ (pa) [Entry date 10/08/04] *Vol. 1 Court*

1/24/05   284    REQUEST for reconsideration by Dorrel Bryan to vacate
                 under 28 U.S.C. 2255 ( Civil Action # 05-60128-CV-DMM) (bs)
                 [Entry date 01/27/05]

2/3/05    285    MOTION by Charles Llewlyn to amend [168-1] judgment order
                 (pa) [Entry date 02/07/05]

2/3/05    286    MOTION by Charles Llewlyn for Appointment of Attorney (pa)
                 [Entry date 02/07/05]

2/17/05   287    MOTION by Dorrel Bryan to vacate under 28 U.S.C. 2255 (
                 Civil Action # 05-60254-Civ-DMM) (wc) [Entry date 02/18/05]

2/17/05   --     NOTE: All further docketing is to be done in the civil
                 case. (Civil Case no.: 05-60254-Civ-DMM) Criminal cases
                 filed 1996 and prior will be scanned at a later date (wc)
                 [Entry date 02/18/05]

3/7/05    288    MOTION by Charles Llewlyn to dismiss indictment pursuant
                 to Fed. R. Crim. P. 6(f) & 12(b) et.seq. (gz)
                 [Entry date 03/08/05]

3/15/05   289    ORDER as to Charles Llewlyn  denying [288-1] motion to
                 dismiss indictment pursuant to Fed. R. Crim. P. 6(f) &
                 12(b) et.seq. as to Charles Llewlyn (1) ( Signed by Judge
                 Donald M. Middlebrooks on 03/15/05) [EOD Date: 3/16/05]
                 CCAP✄ (ra) [Entry date 03/16/05]

3/15/05   291    MOTION by Dorrel Bryan to vacate under 28 U.S.C. 2255 (
                 Civil Action # 05-60470) (tb) [Entry date 03/31/05]

3/29/05   290    NOTICE OF APPEAL by Charles Llewlyn re: [289-1] order  EOD
                 Date: 3/16/05; Charles Llewlyn (1) count(s) 1;  Filing Fee:
                 $ (FEE NOT PAID) Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (nc) [Entry date 03/30/05]

3/30/05   --     Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Charles Llewlyn [290-1] appeal
                 (nc) [Entry date 03/30/05]

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

4/8/05   (292)   NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 4/4/05 as to Charles Llewlyn  Re: [290-1]
                 appeal  USCA Number: 05-11804-II (nc) [Entry date 04/11/05]

                                                                    *Vol.1 Cont'd*

4/14/05  (293)   Transcript Information Form re:as to Charles Llewlyn
                 [290-1] appeal  by Charles Llewlyn . No transcript
                 requested. All necessary transcripts are already on file.
                 (nc) [Entry date 04/18/05]

5/9/05   (294)   ORDER as to Charles Llewlyn  denying [285-1] motion to
                 amend [168-1] judgment order ( Signed by Judge Donald M.
                 Middlebrooks on 5/9/05) [EOD Date: 5/10/05] CCAP (cj)
                 [Entry date 05/10/05]

5/18/05  (295)   MOTION by Charles Llewlyn to alter and/or amend [294-1]
                 order (dg) [Entry date 05/19/05]

5/19/05  (296)   ORDER as to Charles Llewlyn denying [295-1] motion to alter
                 and/or amend [294-1] order as to Charles Llewlyn (1)
                 (Signed by Judge Donald M. Middlebrooks on 5/19/05) [EOD
                 Date: 5/20/05] CCAP (dg) [Entry date 05/20/05]

                                                                 *End Vol.1*

# U.S.D.C. CASE #  <u>00-06022-CR</u>

# U.S.C.A. CASE #  <u>05-11804-II</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**CHARLES M. LLEWLYN**