# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 14, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 05-11804-II**
Case Style: USA v. Charles Llewlyn
District Court Number: 00-06022 CR-DMM

REC'D by _____ D.C.
APPEALS
JAN 2 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FILED by _____ D.C.
RECORDS
JAN 2 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original Exhibits, consisting of: one psi (1 PSI) 1 vol of plds, 3 vol of trans
   Original record on appeal or review, consisting of: four volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (11-2005)

# United States Court of Appeals
For the Eleventh Circuit

No. 05-11804

District Court Docket No.
00-06022-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Oct 21, 2005

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

CHARLES LLEWLYN,
a.k.a. Charles Llewylin,

    Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
DEC 1 4 2005
U.S. COURT OF APPEALS
ATLANTA, GA

Entered:    October 21, 2005
For the Court:    Thomas K. Kahn, Clerk
By:    Jackson, Jarvis

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

| FILED |
| U.S. COURT OF APPEALS |
| ELEVENTH CIRCUIT |
| OCTOBER 21, 2005 |
| THOMAS K. KAHN |
| CLERK |

No. 05-11804
Non-Argument Calendar

D. C. Docket No. 00-06022-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LLEWLYN,
a.k.a. Charles Llewylin,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(October 21, 2005)

Before TJOFLAT, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Charles Llewlyn ("Llewlyn"), a federal prisoner proceeding pro se, appeals the district court's denial of his motion to dismiss his indictment, filed pursuant to

Fed.R.Crim.P. 12(b). On March 7, 2005, Llewlyn, proceeding pro se, filed a "Nunc Pro Tunc Motion to Dismiss Indictment Pursuant to Fed.R.Crim.P. 6(f) & 12(b), et. seq.," asserting various defects in his indictment.

In the instant case, Llewlyn is using Fed.R.Crim.P. 12(b) to attack his conviction and sentence after this court affirmed this conviction and sentence on direct appeal, and his § 2255 motion was unsuccessful. Because Llewlyn's motion was the functional equivalent of a successive motion to vacate, within the meaning of § 2244(b)(3)(A), and because he never obtained leave to file a successive motion, it was subject to dismissal for lack of jurisdiction. Felker, 101 F.3d 660-61; see also 28 U.S.C. § 2244(b)(requiring the dismissal of successive petitions for which no leave is obtained). As such, we vacate the judgment of the district court and remand with instructions to dismiss for lack of jurisdiction.

**VACATED AND REMANDED.**

A True Copy - Attested
U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia