UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN

    Defendant(s).

_____/

## ORDER

THIS CAUSE has come before the Court upon the Defendant's <u>pro se</u>, Motion to Preserve Booker Claims Under Dodd, filed January 13, 2006. The Court being fully advised in the premises and there being no basis to grant any relief, it is

ORDERED AND ADJUDGED that the Motion is hereby DISMISSED.

DONE AND ORDERED at Miami, Florida, this _____ day of January, 2006.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Charles M. Llewlyn, pro se