UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES DISTRICT COURT,

    Plaintiff,

-versus-   CASE NO. 00-6022-CR-DMM

CHARLES M. LLEWLYN,

    Defendant.

_____/

**AFFIDAVIT IN SUPPORT OF MOTION TO VOID CONTRACT**
**BETWEEN THE PARTIES ABOVE**

    Personally appeared before the undersigned officer duly qualified and authorize to administer oath, Charles M. Llewlyn, who after been duly sworn state as follows:

1. That he is the party so named in the above entitled proceedings and that he has personal knowledge of the facts as alleged herein.

2. That he currently resides at the Jesup Federal Correctional Institution, 2680 Highway 301 South, Jesup, GA 31599 and that he currently does not have access to a telephone accessible to incoming calls.

3. That on or about January 14, 2000, he was arrested by officials representing the United States on charges of conspiring to violate federal narcotics laws.

4. That after expressing his innocence of the charges and professing that the government was in possession of tape recordings in which he expressly stated to Rohan Gordon (Informant) that he wanted nothing to do with the transaction. Counsel of record prevailed upon affiant to plead guilty to the charges as counsel was afraid

that if affiant was found guilty as opposed to pleading guilty he would be subjected to a mandatory life sentence in North Carolina. Counselor's fear were unfounded.

5. In prevailing upon affiant to waive his right to a jury trial counsel proffered to affiant that consistent with his plea he would be given the opportunity to reduce any term of imprisonment by cooperating with the government in the prosecution of others.

6. That although such material promise was not reduced to writing, it was fully explored in open court and recorded on the record during court proceedings on May 11, 2000.

7. That in relying on the good fiath of the United States affiant was prevailed upon to forego his constitutional right to a jury trial and holding the government to their burden of proof.

8. That the United States in offering affiant the opportunity to cooperate did in fact contrive a common scheme and artifice designed to deprive affiant of a jury trial as guaranteed by the Constitution, knowing at all times relevant that the United States had no intention of keeping its promises that was utilized to secure affiant's plea of guilt.

9. That based upon information and belief, counsel of record Philip Horowitz, did contact both AUSA Roger Steffin and DEA Special Agent James Barnick, expressing affiant's willingness to debrief consistent with the plea agreement as executed.

10. That at no times relevant have the United States acting either through its agents AUSA Steffin and James Barnick debriefed affiant consistent with the terms of the agreement.

INT: _Chl_

-2-

11. That based upon information and belief the United States had no intention of debriefing affiant and only made such material promises to deprive affiant of a trial by jury and to withhold material exculpatory evidence in the form of tape recordings between affiant and Rohan Gordon (**Informant**) in which affiant expressly stated that he wanted nothing to do with the transcation at hand.

12. That based upon information and belief the existing contract between affiant and the United States is void as a result of **fraud** and **breach** of said contract.

13. That based on the continuing collateral consequences inherent in affiant plea of guilty and failure of the United States to keep its word renders the contract null and void.

14. That based upon information and belief the contract as executed herein was secured by fraudulent misrepresentation and the United States failure to perform to the terms of the agreement constitutes a breach of said contract.

15. That based upon information and belief affiant is relieved of the contractural terms of the agreement and such contract must be deem **void ab inito.**

    Affiant succinctly states under pains and penalty of perjury that the above paragraphs 1-15 are the truth and nothing but the truth so help me God.

-3-

INT: _Carl_

I the undersigned office duly authorized to administer oath do declare that the foregoing instrument entitled **AFFIDAVIT IN SUPPORT OF MOTION TO VOID CONTRACT BETWEEN THE PARTIES ABOVE** was sworn to and subscribe to before me this day May _____, 2006.

Affiant: _____
Charles M. Llewlyn

_____
Case Manager

[Stamp: CASE MANAGER ... THE ACT OF ... ADMINISTER OATHS ...]