UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHARLES M. LLEWLYN,

      Defendant(s).

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion to Rescind Contract

and/or For Declaratory Judgment, filed May 12, 2006.  The Court being fully advised in the

premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this __19__ day of May, 2006.

**DONALD M. MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**

cc:    Attorneys of Record
       U. S. Pretrial Services
       U. S. Probation Office
       U. S. Marshal Service