UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWLYN,

    Defendant(s).

_____/



## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion To Alter And/Or Amend, filed June 9, 2006. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**. The Court notes that Defendant filed a civil complaint, case number 06-21473, which addresses the issues raised in this motion.

**DONE AND ORDERED** at West Palm Beach, Florida, this ___ day of June, 2006.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Attorneys of Record
       U. S. Pretrial Services
       U. S. Probation Office
       U. S. Marshal Service