UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES M. LLEWYLYN

    Defendant(s).
_____/



## ORDER

**THIS CAUSE** has come before the Court upon the Defendant's Motion To Dismiss, filed November 27, 2006. Defendant argues that Assistant United States Attorney Roger H. Stefin was not properly appointed to his position. Defendant states that Mr. Stefin did not take his oath of office and thus, did not have authority to represent the United States in this matter. In support of this position, Defendant submitted Mr. Stefin's "Appointment Affidavit." Contrary to Defendant's position, the document clearly indicates that Mr. Stefin was properly appointed and took his oath of office. The Government did not file a response in this matter. The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida this ___ day of February, 2007.

                                           **DONALD M. MIDDLEBROOKS**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
        Charles Llewylyn